UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEGAL SEA FOODS, LLC, *Plaintiff*, v. STRATHMORE INSURANCE COMPANY, *Defendant*. | Civil Action No.: 1:20-CV-10850 |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Legal Sea Foods, LLC states that: (1) it is wholly-owned by Legal Sea Foods Holdings Co., Inc.; and (2) no publicly-held corporation owns 10 percent or more of its stock.

\*\*\*

Date:  May 4, 2020

Respectfully submitted,

PLAINTIFF LEGAL SEA FOODS, LLC

By and through its attorneys,

*/s/ Michael S. Levine*
Michael S. Levine (BBO # 633248)
  mlevine@hunton.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
Phone:  (202) 955-1857

Harry L. Manion, III (BBO # 317440)
  hmanion@hunton.com
Christopher M. Pardo (BBO # 674674)
  cpardo@hunton.com
Anna L. Rothschild (BBO # 703881)
  arothschild@hunton.com
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02116
Phone:  (617) 648-2700
Fax:  (617) 433-5022

 -and-

Rachel E. Hudgins (*pro hac vice* forthcoming)
  rhudgins@hunton.com
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree St. NE
Atlanta, GA 30308
Phone:  (404) 888-4000

## **CERTIFICATE OF SERVICE**

By the undersigned signature, I hereby certify on behalf of the above-captioned plaintiff that on May 4, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court via the Court's CM/ECF System, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and I will also cause a true and correct copy of the foregoing to be served upon the above-captioned defendant together with the service of the Complaint.

*/s/ Christopher M. Pardo*
Christopher M. Pardo