# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LEGAL SEA FOODS, LLC** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:20-CV-10850-NMG** |
| **STRATHMORE INSURANCE COMPANY** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Strathmore Insurance Company
    200 Madison Avenue
    New York, NY 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael S. Levine
    Hunton Andrews Kurth LLP
    220 Pennsylvania Ave. NW
    Washington, DC 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ – Loren Weyland**
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020-05-05 10:15:22.0, Clerk USDC DMA

Civil Action No.: **1:20−CV−10850−NMG**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date)_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify): On May 15, 2020, By First Class Mail to Strathmore Insurance Company c/o Corporation Service Company at 84 State Street, Boston, MA 02109

My fees are $_____ for travel and $_____ for services, for a total of $ **6.00**.

I declare under penalty of perjury that this information is true.

5/15/20
Date

Server's Signature

Steven Zawicki − Legal Assistant
Printed name and title

MA DOI
1000 Washington Street
Boston, MA 02118
Server's Address

RECEIVED
MAY 15 2020
DIVISION OF INSURANCE
LEGAL DIVISION

Additional information regarding attempted service, etc: