# EXHIBIT A



*This policy is issued by the following GNY Company:*

# STRATHMORE  INSURANCE
# COMPANY

This policy jacket with the policy forms, declarations page and endorsements, if any, issued to form a part thereof, completes the policy.

IL P 050 09 11

# MASSACHUSETTS – FIRE LOSSES
# FOLLOWING TERRORISM
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverage you are provided.

Your property insurance policy includes an endorsement which imposes an exclusion or sub-limit of insurance for loss caused by acts of terrorism as defined in the endorsement. Such exclusion or sub-limit applies to all losses attributable to such acts of terrorism, including fire losses, which are subject to the federal Terrorism Risk Insurance Program (TRIP) for its duration, or its successor. Direct property loss by fire resulting from acts of terrorism after the termination of TRIP will no longer be subject to the exclusion or sub-limit stated in the aforementioned endorsement. TRIP is scheduled to terminate at the end of 2014, but action by Congress could extend that date.

 © Insurance Services Office, Inc., 2011

# COMMON POLICY DECLARATIONS

THIS POLICY IS ISSUED BY THE

## STRATHMORE INSURANCE COMPANY

HOME OFFICE

200 MADISON AVENUE NEW YORK, NY  10016

A STOCK COMPANY

POLICY NUMBER **8120T24753**

POLICY TERM **1    Year**    ACCOUNT NUMBER **20T2475320**    ENDORSEMENT NUMBER

---

**NAMED INSURED AND MAILING ADDRESS**

LEGAL SEA FOODS LLC
1 SEAFOOD WAY
BOSTON MA 02210-2702

**PRODUCER**        0030459

RICHARDS ROBINSON SHEPPARD INSURANCE LLC
152 CONANT STREET
BEVERLY MA 01915

---

POLICY PERIOD: FROM **03-01-2020** TO: **03-01-2021** AT 12:0l A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN.

ENDORSEMENT DATE:

BUSINESS DESCRIPTION:    **LIMITED LIABILITY COMPANY**

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:

| | PREMIUM |
|---|---|
| **COMMERCIAL PROPERTY COVERAGE PART** | $   176,949.00 |
| TAX OR SURCHARGE | $        29.00 |
| **TOTAL** | $   176,978.00 |

---

**FORMS APPLICABLE TO ALL COVERAGE PARTS:**

    **SEE SCHEDULE OF FORMS AND ENDORSEMENTS**

---

TOTAL            PREMIUM  $    176,978.00

THE POLICY MAY BE SUBJECT TO ADJUSTMENT.

---

COUNTERSIGNED _____    BY ___*Elizabeth Heck*_____

                        DATE                        AUTHORIZED REPRESENTATIVE

**DESIGNATION OF PREMISES SCHEDULE**
**COMMERCIAL LINES POLICY**
THIS POLICY IS ISSUED BY THE
**STRATHMORE INSURANCE COMPANY**

| NAMED INSURED<br>LEGAL SEA FOODS LLC | EFFECTIVE DATE<br>03-01-20 | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

| LOC.<br>NO. | BLDG.<br>NO. | DESIGNATED PREMISES<br>(ADDRESS, CITY, STATE) | OCCUPANCY |
|---|---|---|---|
| 001 | 001 | 355 MAIN ST, AKA 5 CAMBRIDGE CENTER,<br>CAMBRIDGE, MA 02142-1062<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 002 | 002 | 75 MIDDLESEX TPKE, BURLINGTON, MA 01803-5389<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 003 | 003 | 50 WORCESTER RD, AKA 50-60 RTE 9, FRAMINGHAM,<br>MA 01702-5361<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 004 | 004 | 100 HUNTINGTON AVE, BOSTON, MA 02116-6506<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 005 | 005 | 210 ANDOVER ST, AKA ROUTES 128 & 114, PEABODY,<br>MA 01960-1647<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 006 | 006 | 1 HARBORSIDE DR, LOGAN AIRPORT TERMINAL B,<br>EAST BOSTON, MA 02128-2907<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 007 | 007 | 1 HARBORSIDE DR, LOGAN AIRPORT TERMINAL C,<br>EAST BOSTON, MA 02128-2907<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 008 | 008 | 255 STATE ST, BOSTON, MA 02109-2617<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 009 | 009 | 26 PARK PLZ, BOSTON, MA 02116-3928<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 010 | 010 | 2301 RICHMOND HWY, ARLINGTON, VA 22202-3820<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |

## DESIGNATION OF PREMISES SCHEDULE
## COMMERCIAL LINES POLICY
### THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03-01-20** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

| LOC.<br>NO. | BLDG.<br>NO. | DESIGNATED PREMISES<br>(ADDRESS, CITY, STATE) | OCCUPANCY |
|---|---|---|---|
| 011 | 011 | 704 7TH ST, AKA 704-708, WASHINGTON, DC 20001-3716<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 012 | 012 | 1 SEAFOOD WAY, BOSTON, MA 02210-2702<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 013 | 013 | 20 UNIVERSITY RD, CAMBRIDGE, MA 02138-5756<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 014 | 014 | 1200 MORRIS TPKE, SHORT HILLS, NJ 07078-2746<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 015 | 015 | 1 HARBORSIDE DR, LOGAN AIRPORT TERMINAL A, EAST BOSTON, MA 02128-2907<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 016 | 016 | 225 NORTHERN AVE, BOSTON, MA 02210-2052<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 017 | 017 | 680 W DEKALB PIKE, KING OF PRUSSIA, PA 19406-3467<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 018 | 018 | 736 LEGACY PL, DEDHAM, MA 02026-6837<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 019 | 019 | 8500 ESSINGTON AVE, PHILADELPHIA INTN'L AIRPO, PHILADELPHIA, PA 19153-3755<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 020 | 020 | 270 NORTHERN AVE, AKA LEGAL HARBORSIDE, BOSTON, MA 02210-2022<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |

## DESIGNATION OF PREMISES SCHEDULE
## COMMERCIAL LINES POLICY
### THIS POLICY IS ISSUED BY THE
#### STRATHMORE INSURANCE COMPANY

| NAMED INSURED | EFFECTIVE DATE | POLICY NUMBER **8120T24753** |
|---|---|---|
| **LEGAL SEA FOODS LLC** | **03-01-20** | ENDORSEMENT NUMBER |

| LOC. NO. | BLDG. NO. | DESIGNATED PREMISES (ADDRESS, CITY, STATE) | OCCUPANCY |
|---|---|---|---|
| 021 | 021 | 92 DERBY ST # 98, AKA LEGAL C, HINGHAM, MA 02043-4218<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 022 | 022 | 220 MARKET ST, AKA LEGAL C, LYNNFIELD, MA 01940-4020<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 023 | 023 | 30 FORBES RD, AKA SOUTH SHORE MALL, BRAINTREE, MA 02184-2625<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 024 | 024 | 550 WASHINGTON ST, AKA LEGAL CROSSING, BOSTON, MA 02111-1723<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 025 | 025 | 1 AVIATION CIR, AKA SPACE 17, WASHINGTON, DC 20001-6000<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 026 | 026 | 301 GREAT RIVER RD, SOMERVILLE, MA 02145-1214<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 027 | 027 | 1 HARBORSIDE DR, LOGAN AIRPORT TERMINAL B, EAST BOSTON, MA 02128-2907<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 028 | 028 | 10 CITY SQ, CHARLESTOWN, MA 02129-3740<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 029 | 029 | 1 HARBORSIDE DR, LOGAN AIRPORT TERMINAL E, EAST BOSTON, MA 02128-2907<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 030 | 030 | 175 HILLSIDE RD, CRANSTON, RI 02920-5602<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |

GNY 002 (0691)

### DESIGNATION OF PREMISES SCHEDULE
### COMMERCIAL LINES POLICY
THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>LEGAL SEA FOODS LLC | EFFECTIVE DATE<br>03-01-20 | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

| LOC.<br>NO. | BLDG.<br>NO. | DESIGNATED PREMISES<br>(ADDRESS, CITY, STATE) | OCCUPANCY |
|---|---|---|---|
| 031 | 031 | 55 BOYLSTON ST, AKA STE 2005A BAY 2-4, BOSTON, MA 02116-4703<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |
| 032 | 032 | 50 MASSACHUSETTS AVE NE, AKA SPACE Z202, WASHINGTON, DC 20002-4214<br>APPLIES TO: PROPERTY<br>NUMBER OF STORIES: 001 | |

GNY 002 (0691)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF FORMS AND ENDORSEMENTS

THIS POLICY IS ISSUED BY THE

## STRATHMORE INSURANCE COMPANY

| | |
|---|---|
| **NAMED INSURED**<br>LEGAL SEA FOODS LLC | **POLICY NUMBER 8120T24753**<br><br>**ENDORSEMENT NUMBER** |
| | **COUNTERSIGNED BY:**<br>_____<br>AUTHORIZED REPRESENTATIVE |
| **SCHEDULE OF FORMS & ENDORSEMENTS**<br>**EFFECTIVE DATE: 03-01-20** | **POLICY PERIOD: FROM:** 03-01-2020<br>**TO:** 03-01-2021 |

COMMON POLICY FORMS AND ENDORSEMENTS

```
SIC PJ           01-17      POLICY JACKET
GNY 001          09-91      COMMON POLICY DECLARATIONS
GNY 002          06-91      DESIGNATION OF PREMISES SCHEDULE
GNY 003A         07-09      SCHEDULE OF FORMS AND ENDORSEMENTS
GNY 003          07-09      GNY 003
PACAAD           01-06      ADDITIONAL CANCELLATION REASON ENDT
IL 00 03         09-08      CALCULATION OF PREMIUM
IL 00 17         11-98      COMMON POLICY CONDITIONS
IL 01 11         11-03      NEW JERSEY CHANGES
IL 01 20         10-13      PENNSYLVANIA CHANGES - DEFENSE COST
IL 01 52         10-15      VIRGINIA CHANGES
IL 01 72         09-07      PENNSYLVANIA CHANGES
IL 02 08         09-07      NJ CHANGES-CANC & NONRENL
IL 02 46         09-07      PENNSYLVANIA CHANGES-CANC & NONRENL
IL 02 73         01-10      RHODE ISLAND CHANGES-CANC & NONRENL
IL 02 78         09-08      DISTRICT OF COLUMBIA CHGS-CANC & NONRENL
IL 04 15         04-98      PROTECTIVE SAFEGUARDS
IL 09 10         07-02      PENNSYLVANIA NOTICE
IL 09 35         07-02      EXCL OF CERTAIN COMPUTER- RELATED LOSSES
IL 09 52         01-15      CAP/LOSSES FROM CERTIFIED ACTS OF TERROR
IL 09 85         01-15      DISCLOSURE PURSUANT/TERROR RISK INS ACT
IL N 088         09-03      PENNSYLVANIA FRAUD STATEMENT
ILSHORT          12-09      RHODE ISLAND SHORT RATE CANCELLATION TAB
```

PROPERTY FORMS AND ENDORSEMENTS

```
DOBI 16-09       04-17      NJ EQ INSURANCE AVAILABILITY NOTICE
GNY 004          09-91      COMMERCIAL PROPERTY COVERAGE PART
GNY 005          06-91      COMMERCIAL PROPERTY COVERAGE PART
GNYCP 03         01-18      EQUIPMENT BREAKDOWN ENHANCEMENT ENDT
PROGRD R         02-11      PROTECTO GUARD ENHANCED PF COV ENDT REST
CP 00 30         06-07      BUSINESS INCOME COVERAGE (&/EX EXP)
CP 15 55         06-95      BUSINESS INCOME CHGS - TIME PERIOD
CP 15 56         06-07      BUS INC CHNGS-BEGIN PERIOD/RESTORATION
CP 10 32         08-08      WATER EXCLUSION ENDORSEMENT
CP 10 64         09-06      MA-FUNGUS,WET/DRY ROT BACTERIA EXCL/LIMT
FLODEC           02-05      FLOOD COVERAGE SCHEDULE AND CHANGES
```

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SCHEDULE OF FORMS AND ENDORSEMENTS

THIS POLICY IS ISSUED BY THE

## STRATHMORE INSURANCE COMPANY

| | |
|---|---|
| **NAMED INSURED**<br>LEGAL SEA FOODS LLC | **POLICY NUMBER 8120T24753**<br><br>**ENDORSEMENT NUMBER** |
| | **COUNTERSIGNED BY:**<br>_____<br>AUTHORIZED REPRESENTATIVE |
| **SCHEDULE OF FORMS & ENDORSEMENTS**<br>**EFFECTIVE DATE: 03-01-20** | **POLICY PERIOD: FROM:** 03-01-2020<br>**TO:** 03-01-2021 |

```
CP 10 65            06-07    FLOOD COVERAGE ENDORSEMENT
EQDEC               12-17    EQ-VOLC ERUPTION COV SCHEDULE & CHANGES
CP 10 45            08-99    EARTHQUAKE AND VOLCANIC ERUPTION END'T
CP 00 10            06-07    BUILDING & PERSONAL PROPERTY COVERAGE
CP 00 90            07-88    COMMERCIAL PROPERTY CONDITIONS
CP 01 09            10-00    MASSACHUSETTS CHANGES
CP 01 29            03-04    RHODE ISLAND CHANGES
CP 01 30            10-15    VIRGINIA CHANGES
CP 04 11            09-17    PROTECTIVE SAFEGUARDS
CP 04 40            06-07    SPOILAGE COVERAGE
CP 10 30            06-07    CAUSES OF LOSS - SPECIAL FORM
CP 99 93            10-90    TENTATIVE RATE

POLICYHOLDER JACKETS

SIC PJ              01-17    POLICY JACKET
```

GNY 003A 07/09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMON POLICY DECLARATIONS (Continued)

THIS POLICY IS ISSUED BY THE

## STRATHMORE INSURANCE COMPANY

| | |
|---|---|
| **NAMED INSURED**<br>LEGAL SEA FOODS LLC | **POLICY NUMBER** 8120T24753 |
| | **ENDORSEMENT NUMBER** |
| | **COUNTERSIGNED BY:** |
| | _____<br>AUTHORIZED REPRESENTATIVE |
| **COMMON POLICY DECLARATIONS (Continued)** | **POLICY PERIOD: FROM:** 03-01-2020 |
| **EFFECTIVE DATE: 03/01/2020** | **TO:** 03-01-2021 |

**THIS ENDORSEMENT IS USED AS AN OVERFLOW FOR FIELDS ON THE DECLARATIONS PAGE NOT LARGE ENOUGH FOR THE NECESSARY INFORMATION AND TO LIST OPTIONAL COVERAGES.**

```
       IT IS HEREBY AGREED AND UNDERSTOOD THAT THIS POLICY IS
       PAYABLE ON INSTALLMENTS AS FOLLOWS:
```

| | PREVIOUS | | | GRAND |
|---|---|---|---|---|
| **DUE** | **TOTAL** | **PREMIUM** | **SURCHARGE** | **TOTAL** |
| DEPOSIT 03/01/2020 | | 44,237.00 | 29.00 | 44,266.00 |
| INSTALL 04/01/2020 | | 16,589.00 | | 16,589.00 |
| INSTALL 05/01/2020 | | 16,589.00 | | 16,589.00 |
| INSTALL 06/01/2020 | | 16,589.00 | | 16,589.00 |
| INSTALL 07/01/2020 | | 16,589.00 | | 16,589.00 |
| INSTALL 08/01/2020 | | 16,589.00 | | 16,589.00 |
| INSTALL 09/01/2020 | | 16,589.00 | | 16,589.00 |
| INSTALL 10/01/2020 | | 16,589.00 | | 16,589.00 |
| INSTALL 11/01/2020 | | 16,589.00 | | 16,589.00 |

```
THERE IS A $6 SERVICE FEE FOR EACH PREMIUM INSTALLMENT.
THIS FEE IS NOT INCLUDED IN THE PREMIUMS SHOWN ABOVE.
```

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMON POLICY DECLARATIONS (Continued)

THIS POLICY IS ISSUED BY THE

**STRATHMORE INSURANCE COMPANY**

| NAMED INSURED<br>LEGAL SEA FOODS LLC | POLICY NUMBER 8120T24753<br>ENDORSEMENT NUMBER |
|---|---|
| | COUNTERSIGNED BY:<br>_____<br>AUTHORIZED REPRESENTATIVE |
| COMMON POLICY DECLARATIONS (Continued)<br>EFFECTIVE DATE: 03-01-20 | POLICY PERIOD: FROM: 03-01-2020<br>TO: 03-01-2021 |

**THIS ENDORSEMENT IS USED AS AN OVERFLOW FOR FIELDS ON THE DECLARATIONS PAGE NOT LARGE ENOUGH FOR THE NECESSARY INFORMATION AND TO LIST OPTIONAL COVERAGES.**

GNY 003

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

SHELLFISH ENDORSEMENT

THIS ENDORSEMENT MODIFIES COVERAGE AFFORDED BY THE FOLLOWING:

BUILDING AND PERSONAL PROPERTY COVERAGE

NOTWITHSTANDING ANY PROVISION TO THE CONTRARY IN THIS POLICY, IT IS AGREED AND UNDERSTOOD THAT:

(1)  THE DEFINITION OF "STOCK" UNDER PARAGRAPH H.3. OF FORM CP 00 01 INCLUDES LIVE CRUSTACEANS AND MOLLUSCS HELD IN STORAGE OR FOR SALE, INCLUDING LOBSTERS, CLAMS, SCALLOPS, AND OTHER SHELLFISH; AND

(2)  "STOCK" THAT CONSISTS OF LIVE CRUSTACEANS AND MOLLUSCS HELD IN STORAGE OR FOR SALE, INCLUDING LOBSTERS, CLAMS, SCALLOPS, AND OTHER SHELLFISH, IS COVERED FOR DIRECT PHYSICAL LOSS OF OR DAMAGE CAUSED BY OR RESULTING FROM ANY COVERED CAUSE OF LOSS, FLOOD, OR EARTH MOVEMENT.

# GNY INSURANCE COMPANIES

# Additional Cancellation Reason Endorsement

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY POLICY
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL CRIME AND FIDELITY COVERAGE
LIQUOR LIABILITY COVERAGE PART
DIRECTORS' AND OFFICERS' LIABILITY COVERAGE PART

The following is added as a reason for which we may cancel your policy:

We may cancel this policy for the Insured's failure to comply with safety standards and/or loss control recommendations if:
1.  We performed an inspection no later than 60 days after the inception date of the policy or
2.  During the policy period, the condition causing the recommendations or the violation of safety standards began or substantially increased.

This provision applies only if: we provided:
  **a.**  The Insured with written notice of the failure to comply with the safety standards and loss control recommendations; and
  **b.**  The Named Insured with a reasonable opportunity to cure deficiencies, but the deficiencies were not corrected.

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 01 11 11 03

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion and related provisions are added:

**1.** We will not pay for loss or damage arising out of any act committed:

**a.** By or at the direction of any insured; and

**b.** With the intent to cause a loss.

**2.** However, this exclusion will not apply to deny payment to a co-insured who did not cooperate in or contribute to the creation of the loss if the loss arose out of domestic violence.

**3.** If we pay a claim pursuant to Paragraph **A.2.**, our payment to the insured is limited to that insured's insurable interest in the property. In no event will we pay more than the Limit of Insurance.

To the extent that the Concealment, Misrepresentation Or Fraud Condition conflicts with the provisions of Paragraph **A.2.** above, the provisions of **A.2.** will apply.

**B.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

If we pay a co-insured for loss arising out of an act of domestic violence by another insured, the rights of the co-insured, who did not cooperate in or contribute to the creation of the loss, to recover damages from the perpetrator of domestic violence are transferred to us to the extent of our payment. Following the loss, the co-insured who did not cooperate in or contribute to the loss may not waive such rights to recover against the perpetrator of domestic violence.

     © ISO Properties, Inc.,  2003

IL 01 20 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART – LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART – MORTGAGEHOLDER'S ERRORS AND OMISSIONS
COVERAGE FORM
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

**A.** The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

**1.** Section **I** of the Commercial General Liability, Commercial Liability Umbrella, Electronic Data Liability, Employment-related Practices Liability, Farm, Liquor Liability, Medical Professional Liability, Owners And Contractors Protective Liability, Pollution Liability, Product Withdrawal, Products/Completed Operations Liability, Railroad Protective Liability and Underground Storage Tank Coverage Parts, Auto Dealers Coverage Form and the Farm Umbrella Liability Policy;

**2.** Section **II** under the Auto Dealers, Business Auto and Motor Carrier Coverage Forms;

**3.** Section **III** under the Auto Dealers and Motor Carrier Coverage Forms;

**4.** Section **A.** Coverage under the Legal Liability Coverage Form; and

**5.** Coverage **C** – Mortgageholder's Liability under the Mortgageholder's Errors And Omissions Coverage Form.

Paragraph **B.** also applies to any other provision in the policy that sets forth a duty to defend.

**B.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that none of the claims ("claims"), for which we provided a defense or defense costs, are covered under this insurance, we have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement under this provision will only apply to the costs we have incurred after we notify you in writing that there may not be coverage and that we are reserving our rights to terminate the defense or the payment of defense costs and to seek reimbursement for defense costs.

© Insurance Services Office, Inc., 2013

IL 01 52 10 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# VIRGINIA CHANGES

This endorsement modifies insurance provided under the following when written as part of a Commercial Package Policy containing liability coverage and supersedes the cancellation and nonrenewal provisions contained in any amendatory endorsement(s) of a policy to which this endorsement is attached.

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    CRIME AND FIDELITY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART

**A.** Paragraphs **2., 3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least:

    **a.** 15 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    **b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver written notice to the first Named Insured's last mailing address known to us. If notice is mailed, it will be sent in accordance with Virginia Law.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

    **a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is cancelled:

        **(1)** At our request;

        **(2)** Because you no longer have a financial or insurable interest in the property or business operation that is the subject of insurance;

        **(3)** And rewritten by us or a member of our company group; or

        **(4)** After the first year, if it is a prepaid policy written for a term of more than one year.

    **b.** When this policy is cancelled at your request (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multi-year prepaid policy, we will return the full annual premium for the subsequent years. In addition, earned premium will not be less than our policywriting minimum premium.

**B.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

**1.** If we elect not to renew this policy, we will mail or deliver a notice of nonrenewal to the first Named Insured shown in the Declarations, stating the reason for nonrenewal, at least:

    **a.** 15 days before the expiration date if the nonrenewal is due to nonpayment of premium; or

    **b.** 45 days before the expiration date if the nonrenewal is for any other reason.

**2.** We will mail or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us. If notice is mailed, it will be sent in accordance with Virginia Law.

**3.** If notice is mailed, proof of mailing will be sufficient proof of notice.

 © Insurance Services Office, Inc., 2015

IL 01 72 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

**A.** For insurance provided under the:

Capital Assets Program (Output Policy) Coverage Part
Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Crime And Fidelity Coverage Part
Equipment Breakdown Coverage Part

The **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY** Common Policy Condition is replaced by the following:

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

If you die, this Coverage Part will remain in effect as provided in **1.** or **2.** below, whichever is later:

**1.** For 180 days after your death regardless of the policy period shown in the Declarations, unless the insured property is sold prior to that date; or

**2.** Until the end of the policy period shown in the Declarations, unless the insured property is sold prior to that date.

Coverage during the period of time after your death is subject to all provisions of this policy including payment of any premium due for the policy period shown in the Declarations and any extension of that period.

**B.** For insurance provided under the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part
Commercial Property Coverage Part
Farm Coverage Part

The following is added to the **LOSS PAYMENT** Loss Condition and supersedes any provision to the contrary:

**NOTICE OF ACCEPTANCE OR DENIAL OF CLAIM**

**1.** Except as provided in **3.** below, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

**a.** Accept your claim;

**b.** Deny your claim; or

**c.** Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason why more time is required.

2. If we have not completed our investigation, we will notify you again in writing, within 30 days after the date of the initial notice as provided in **1.c.** above, and thereafter every 45 days. The written notice will state why more time is needed to investigate your claim and when you may expect us to reach a decision on your claim.

3. The notice procedures in **1.** and **2.** above do not apply if we have a reasonable basis, supported by specific information, to suspect that an insured has fraudulently caused or contributed to the loss by arson or other illegal activity. Under such circumstances, we will notify you of the disposition of your claim within a period of time reasonable to allow full investigation of the claim, after we receive a properly executed proof of loss.

 © ISO Properties, Inc., 2006 **IL 01 72 09 07** ☐

IL 02 08 09 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

>    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
>    COMMERCIAL AUTOMOBILE COVERAGE PART
>    COMMERCIAL GENERAL LIABILITY COVERAGE PART
>    COMMERCIAL INLAND MARINE COVERAGE PART
>    COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
>    COMMERCIAL PROPERTY COVERAGE PART
>    CRIME AND FIDELITY COVERAGE PART
>    EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
>    EQUIPMENT BREAKDOWN COVERAGE PART
>    FARM COVERAGE PART
>    FARM UMBRELLA LIABILITY POLICY
>    LIQUOR LIABILITY COVERAGE PART
>    POLLUTION LIABILITY COVERAGE PART
>    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the insured. The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the insured and/or the insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**B.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** If this policy has been in effect for less than 60 days, we may cancel this policy for any reason subject to the following:

**a.** We may cancel this policy by mailing or delivering to the first Named Insured and any person entitled to notice under this policy written notice, of cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for:

**(a)** Nonpayment of premium; or

**(b)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

**(i)** "The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a 'moral hazard'"; and

**(ii)** "The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability for which an insurer will be held responsible. Any change in the character or circumstances of an individual, corporate, partnership or other insured that will increase the probability of such a loss or liability may be considered a 'moral hazard'".

© ISO Properties, Inc., 2006

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f);

**(3)** Material misrepresentation or nondisclosure to us of a material fact at the time of acceptance of the risk;

**(4)** Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

**(5)** Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

**(6)** Lack of cooperation from the insured on loss control matters materially affecting insurability of the risk;

**(7)** Fraudulent acts against us by the insured or its representative that materially affect the nature of the risk insured;

**(8)** Loss of or reduction in available insurance capacity;

**(9)** Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

**(10)** Loss of or substantial changes in applicable reinsurance;

**(11)** Failure by the insured to comply with any Federal, State or local fire, health, safety or building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

**(12)** Failure by the insured to provide reasonable and necessary underwriting information to us upon written request therefore and a reasonable opportunity to respond.

**(13)** Agency termination, provided:

**(a)** We document that replacement coverage at comparable rates and terms has been provided to the first Named Insured, and we have informed the first Named Insured, in writing, of the right to continue coverage with us; or

**(b)** We have informed the first Named Insured, in writing, of the right to continue coverage with us and the first Named Insured has agreed, in writing, to the cancellation or nonrenewal based on the termination of the first Named Insured's appointed agent.

**(14)** Any other reasons in accordance with our underwriting guidelines for cancellation of commercial lines coverage.

**b.** If we cancel this policy based on Paragraph **7.a.(1)** or **(2)** above, we will mail or deliver a written notice, to the first Named Insured and any person entitled to notice under this policy, at least 10 days before the effective date of cancellation. If we cancel this policy for any other reason listed above, we will mail or deliver a written notice to the first Named Insured and any person entitled to notice under this policy, not more than 120 days nor less than 30 days before the effective date of such cancellation.

**c.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation. For cancellation due to the nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date set forth in the notice.

**d.** Notice will be sent to the last mailing addresses known to us, by:

**(1)** Certified mail; or

**(2)** First class mail, if we have obtained from the post office a date stamped proof of mailing showing names and addresses.

© ISO Properties, Inc., 2006                   **IL 02 08 09 07**   ☐

**e.** We need not send notice of cancellation if you have:

    **(1)** Replaced coverage elsewhere; or

    **(2)** Specifically requested termination.

**D.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** We may elect not to renew this policy for any reason permitted to cancel it. If we elect not to renew this policy, we will mail a notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 30 days but not more than 120 days before the expiration date of this policy. If this policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception.

**2.** This notice will be sent to the first Named Insured at the last mailing address known to us by:

    **a.** Certified mail; or

    **b.** First class mail, if we have obtained from the post office a date stamped proof of mailing showing the first Named Insured's name and address.

**3.** We need not mail or deliver this notice if you have:

    **a.** Replaced coverage elsewhere; or

    **b.** Specifically requested termination.

 © ISO Properties, Inc., 2006 ☐

IL 02 46 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS / COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.** The first Named Insured shown in the Declarations may cancel this policy by writing or giving notice of cancellation.

**2. Cancellation Of Policies In Effect For Less Than 60 Days**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation.

**3. Cancellation Of Policies In Effect For 60 Days Or More**

If this policy has been in effect for 60 days or more or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**a.** You have made a material misrepresentation which affects the insurability of the risk. Notice of cancellation will be mailed or delivered at least 15 days before the effective date of cancellation.

**b.** You have failed to pay a premium when due, whether the premium is payable directly to us or our agents or indirectly under a premium finance plan or extension of credit. Notice of cancellation will be mailed at least 15 days before the effective date of cancellation.

**c.** A condition, factor or loss experience material to insurability has changed substantially or a substantial condition, factor or loss experience material to insurability has become known during the policy period. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

**d.** Loss of reinsurance or a substantial decrease in reinsurance has occurred, which loss or decrease, at the time of cancellation, shall be certified to the Insurance Commissioner as directly affecting in-force policies. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

 © ISO Properties, Inc., 2006  ☐

e. Material failure to comply with policy terms, conditions or contractual duties. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

f. Other reasons that the Insurance Commissioner may approve. Notice of cancellation will be mailed or delivered at least 60 days before the effective date of cancellation.

This policy may also be cancelled from inception upon discovery that the policy was obtained through fraudulent statements, omissions or concealment of facts material to the acceptance of the risk or to the hazard assumed by us.

4. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. Notice of cancellation will state the specific reasons for cancellation.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata and will be returned within 10 business days after the effective date of cancellation. If the first Named Insured cancels, the refund may be less than pro rata and will be returned within 30 days after the effective date of cancellation. The cancellation will be effective even if we have not made or offered a refund.

7. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

B. The following are added and supersede any provisions to the contrary:

1. **Nonrenewal**

If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal, stating the specific reasons for nonrenewal, to the first Named Insured at least 60 days before the expiration date of the policy.

2. **Increase Of Premium**

If we increase your renewal premium, we will mail or deliver to the first Named Insured written notice of our intent to increase the premium at least 30 days before the effective date of the premium increase.

Any notice of nonrenewal or renewal premium increase will be mailed or delivered to the first Named Insured's last known address. If notice is mailed, it will be by registered or first class mail. Proof of mailing will be sufficient proof of notice.

© ISO Properties, Inc., 2006
IL 02 46 09 07   □

IL 02 73 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RHODE ISLAND CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** With respect to the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part

Commercial Property Coverage Part

Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions

Farm – Livestock Coverage Form

Farm – Mobile Agricultural Machinery And Equipment Coverage Form;

Paragraph **1.** of the **Cancellation** Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by giving, mailing or delivering advance written notice of cancellation to us or to the insurance agent or producer who issued the policy.

**C.** With respect to all Coverage Parts and Policies addressed in this endorsement, the **Cancellation** Common Policy Condition is amended by replacing Paragraphs **2., 3., 5.** and **6.** with the following:

**2.** We may cancel this policy by giving, mailing or delivering to the first Named Insured and the insurance producer of record, if any, written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

If this policy has been in effect for 60 days or more, or if this is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**a.** Nonpayment of premium;

**b.** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

© Insurance Services Office, Inc., 2010   ☐

**c.** Activities or omissions on your part which increase any hazard insured against, including a failure to comply with loss control recommendations;

**d.** Change in the risk which increases the risk of loss after insurance coverage has been issued or renewed, including but not limited to an increase in exposure due to regulation, legislation, or court decision;

**e.** Loss or decrease of our reinsurance covering all or part of the risk or exposure covered by the policy;

**f.** Determination by the Commissioner of Insurance that the continuation of the policy would jeopardize our solvency or would place us in violation of the insurance laws of this state;

**g.** Owner or occupant incendiarism;

**h.** Violation or breach by you of any policy terms or conditions;

**i.** Constructive or actual total loss of the Covered Property; or

**j.** Such other reasons as may be approved by the Commissioner of Insurance.

**3.** We will give, mail or deliver written notice to the first Named Insured at the address shown on the policy, and to the insurance producer of record, if any.

However, with respect to the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part

Commercial Property Coverage Part

Employment-Related Practices Liability Coverage Part

Farm Property — Other Farm Provisions Form — Additional Coverages, Conditions, Definitions

Farm — Livestock Coverage Form

Farm — Mobile Agricultural Machinery And Equipment Coverage Form;

We will give, mail or deliver written notice to the first Named Insured at the last address known to us, and to the insurance producer of record, if any.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

The cancellation will be effective even if we have not made or offered a refund.

The following provisions govern calculation of return premium:

**a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is:

**(1)** Cancelled at our request;

**(2)** Cancelled because you no longer have a financial or insurable interest in the property or business operation that is the subject of insurance;

**(3)** Cancelled and rewritten by us or a member of our company group;

**(4)** Cancelled after the first year, if it is a prepaid policy written for a term of more than one year; or

**(5)** Cancelled by us at the request of a premium finance company upon default of the first Named Insured, when this policy is financed under a premium finance agreement.

**b.** When this policy is cancelled at your request (except when Paragraph **a.(2), a.(3)** or **a.(4)** applies), we will return 90% (75% for Equipment Breakdown policies) of the pro rata unearned premium, rounded to the next higher whole dollar. However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years.

**6.** Proof of giving, mailing or delivering notice of cancellation will be sufficient proof of notice.

**D.** With respect to all Coverage Parts and Policies addressed in this endorsement, the following is added to the **Cancellation** Common Policy Condition:

**7.** We will provide you with the reason or reasons for cancellation if:

**a.** You request in writing a statement of the reasons for cancellation; and

**b.** You agree in writing to hold us harmless from liability for any:

**(1)** Communication giving notice of, or specifying the reasons for, cancellation; or

**(2)** Statement made in connection with an attempt to discover or verify the existence of conditions which would be a reason for cancellation as provided under Paragraph **C.2.**

© Insurance Services Office, Inc., 2010

**E.** With respect to all Coverage Parts and Policies addressed in this endorsement, the following is added and supersedes any provision to the contrary:

**Nonrenewal**

1. If we elect not to renew this policy, we will give, mail or deliver to the first Named Insured and the insurance producer of record, if any, written notice of nonrenewal at least 60 days before:

    **a.** The expiration date of the policy; or

    **b.** An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.

2. However, we need not give, mail or deliver this notice if:

    **a.** We have offered to issue a renewal policy; or

    **b.** The first Named Insured has obtained, or has agreed in writing to obtain, replacement coverage.

**F.** The following is added to the Common Policy Conditions with respect to the Coverage Parts to which this endorsement applies, except the Employment-Related Practices Liability Coverage Part:

If notice of nonrenewal is mailed to the insured, we shall forward the notice of nonrenewal to the last known address of the first Named Insured by first class mail and maintain proof of mailing by the United States Postal Service certificate of mailing. This proof of mailing will be sufficient proof of notice.

**G.** With respect to the:

Capital Assets Program (Output Policy) Coverage Part

Commercial Inland Marine Coverage Part

Commercial Property Coverage Part

Farm Property — Other Farm Provisions Form — Additional Coverages, Conditions, Definitions

Farm — Livestock Coverage Form

Farm — Mobile Agricultural Machinery And Equipment Coverage Form;

The following is added to the Common Policy Conditions:

If notice of cancellation is mailed to the insured, we shall forward the notice of cancellation to the last known address of the first Named Insured by first class mail and maintain proof of mailing by the United States Postal Service certificate of mailing. This proof of mailing will be sufficient proof of notice.

**H.** With respect to a loss payee named in the policy, if any, we will give, mail or deliver written notice of cancellation, subject to **C.2.** above, and written notice of nonrenewal, subject to **E.1.** above. Mailing will be accomplished in accordance with the applicable procedure stated in **F.** or **G.** above.

**I.** Under the **Mortgageholders** Condition, the paragraphs pertaining to cancellation and nonrenewal are replaced by the following:

1. If we cancel this policy, we will give, mail or deliver written notice to the mortgageholder at least:

    **a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

2. If we do not renew this policy, we will give, mail or deliver written notice to the mortgageholder at least 10 days before:

    **a.** The expiration date of the policy; or

    **b.** An anniversary date of the policy, if the policy is written for a term longer than one year or with no fixed expiration date.

 © Insurance Services Office, Inc., 2010

IL 02 78 09 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DISTRICT OF COLUMBIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the effective date of cancellation. At least five days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy.

If this policy has been in effect for 30 days or less and is not a renewal of a policy we issued, we may cancel this policy for any reason.

If this policy has been in effect more than 30 days, or if this policy is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**1.** You have refused or failed to pay a premium due under the terms of the policy;

**2.** You have made a material and willful misstatement or omission of fact to us or our employees, agents or brokers in connection with any application to or claim against us;

**3.** You have transferred your property or other interest to a person other than you or your beneficiary, unless the transfer is permitted under the terms of the policy; or

**4.** The property, interest or use of the property or interest has materially changed with respect to its insurability.

**B.** The following is added:

**NONRENEWAL**

We may elect not to renew this policy by mailing or delivering written notice of nonrenewal to the first Named Insured's last mailing address known to us. We will mail or deliver the notice at least 30 days before the expiration of the policy. At least five days before sending notice to the first Named Insured, we will notify the agent or broker, if any, who wrote the policy. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

 © ISO Properties, Inc., 2007  ☐

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE\***

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 1 | 1 | P-1,P-9 |
| | 2 | 1 | P-1,P-9 |
| | 3 | 1 | P-1,P-9 |
| Describe any "P-9":  UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
Farm Property – Other Farm
Provisions Form – Additional Coverages, Conditions, Definitions
General Conditions in the Mobile Agricultural Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

**IL 04 15 04 98**          Copyright, Insurance Services Office, Inc.,  1997          **Page 1 of 12**          ☐

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 4 | 1 | P-1,P-9 |
| | 5 | 1 | P-1,P-9 |
| | 6 | 1 | P-1,P-9 |
| Describe any "P-9": | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
  Farm Property – Other Farm
  Provisions Form – Additional Coverages,
  Conditions, Definitions
General Conditions in the Mobile Agricultural
  Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
  Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

  **(1)** Sprinklers and discharge nozzles;

  **(2)** Ducts, pipes, valves and fittings;

  **(3)** Tanks, their component parts and supports; and

  **(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

  **(1)** Non-automatic fire protective systems; and

  **(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE\***

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 7 | 1 | P-1,P-9 |
| | 8 | 1 | P-1,P-9 |
| | 9 | 1 | P-1,P-9 |
| **Describe any "P-9":** | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property – Other Farm
    Provisions Form – Additional Coverages,
    Conditions, Definitions
General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
    Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

   **(1)** Sprinklers and discharge nozzles;

   **(2)** Ducts, pipes, valves and fittings;

   **(3)** Tanks, their component parts and supports; and

   **(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

   **(1)** Non-automatic fire protective systems; and

   **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

   Copyright, Insurance Services Office, Inc.,  1997     □

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 10 | 1 | P-1,P-9 |
| | 11 | 1 | P-1,P-9 |
| | 12 | 1 | P-1,P-9 |
| **Describe any "P-9":** | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property – Other Farm
    Provisions Form – Additional Coverages,
    Conditions, Definitions
General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
    Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

  **(1)** Sprinklers and discharge nozzles;

  **(2)** Ducts, pipes, valves and fittings;

  **(3)** Tanks, their component parts and supports; and

  **(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

  **(1)** Non-automatic fire protective systems; and

  **(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

Copyright, Insurance Services Office, Inc.,  1997

POLICY NUMBER: 8120T24753

<strong>INTERLINE<br>IL 04 15 04 98</strong>

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 13 | 1 | P-1,P-9 |
| | 14 | 1 | P-1,P-9 |
| | 15 | 1 | P-1,P-9 |
| **Describe any "P-9":** | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
   Farm Property – Other Farm
   Provisions Form – Additional Coverages,
   Conditions, Definitions
General Conditions in the Mobile Agricultural
   Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
   Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE\***

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 16 | 1 | P-1,P-9 |
| | 17 | 1 | P-1,P-9 |
| | 18 | 1 | P-1,P-9 |
| **Describe any "P-9":** | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
    Farm Property – Other Farm
    Provisions Form – Additional Coverages,
    Conditions, Definitions
General Conditions in the Mobile Agricultural
    Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
    Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

  **(1)** Sprinklers and discharge nozzles;

  **(2)** Ducts, pipes, valves and fittings;

  **(3)** Tanks, their component parts and supports; and

  **(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

  **(1)** Non-automatic fire protective systems; and

  **(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

Copyright, Insurance Services Office, Inc.,  1997

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| | Prem.<br>No. | Bldg.<br>No. | Protective Safeguards<br>Symbols Applicable |
|---|---|---|---|
| | 19 | 1 | P-1,P-9 |
| | 20 | 1 | P-1,P-9 |
| | 21 | 1 | P-1,P-9 |
| **Describe any "P-9":** | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
  Farm Property – Other Farm
  Provisions Form – Additional Coverages,
  Conditions, Definitions
General Conditions in the Mobile Agricultural
  Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
  Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE\***

| | Prem.<br>No. | Bldg.<br>No. | Protective Safeguards<br>Symbols Applicable |
|---|---|---|---|
| | 22 | 1 | P-1,P-9 |
| | 23 | 1 | P-1,P-9 |
| | 24 | 1 | P-1,P-9 |
| **Describe any "P-9":** | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
  Farm Property – Other Farm
  Provisions Form – Additional Coverages,
  Conditions, Definitions
General Conditions in the Mobile Agricultural
  Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
  Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

     Copyright, Insurance Services Office, Inc.,  1997     **IL 04 15 04 98**     □

POLICY NUMBER: 8120T24753                                    **INTERLINE**
                                                            **IL 04 15 04 98**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 25 | 1 | P-1,P-9 |
| | 26 | 1 | P-1,P-9 |
| | 27 | 1 | P-1,P-9 |
| Describe any "P-9": | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
  Farm Property – Other Farm
  Provisions Form – Additional Coverages,
  Conditions, Definitions
General Conditions in the Mobile Agricultural
  Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
  Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"  Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

(1) Sprinklers and discharge nozzles;

(2) Ducts, pipes, valves and fittings;

(3) Tanks, their component parts and supports; and

(4) Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

(1) Non-automatic fire protective systems; and

(2) Hydrants, standpipes and outlets.

**"P-2"  Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"  Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"  Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

          Copyright, Insurance Services Office, Inc.,  1997                   □

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**SCHEDULE\***

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 28 | 1 | P-1,P-9 |
| | 29 | 1 | P-1,P-9 |
| | 30 | 1 | P-1,P-9 |
| **Describe any "P-9":** | UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
   Farm Property – Other Farm
   Provisions Form – Additional Coverages,
   Conditions, Definitions
General Conditions in the Mobile Agricultural
   Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

POLICY NUMBER: 8120T24753

**INTERLINE**
**IL 04 15 04 98**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

### SCHEDULE*

| | Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|---|---|---|---|
| | 31 | 1 | P-1,P-9 |
| | 32 | 1 | P-1,P-9 |
| **Describe any "P-9":** | ML300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.** The following is added to the:

Commercial Property Conditions
General Conditions in the
Farm Property – Other Farm
Provisions Form – Additional Coverages,
Conditions, Definitions
General Conditions in the Mobile Agricultural
Machinery and Equipment Coverage Form
General Conditions in the Livestock Coverage
Form

**PROTECTIVE SAFEGUARDS**

**1.** As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

**2.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3"** **Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9"** The protective system described in the Schedule.

**B.** The following is added to the EXCLUSIONS section of:

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
MORTGAGE HOLDERS ERRORS  AND OMISSIONS COVERAGE FORM
STANDARD PROPERTY POLICY
CAUSES OF LOSS FORM – FARM PROPERTY
MOBILE AGRICULTURAL MACHINERY AND    EQUIPMENT COVERAGE FORM
LIVESTOCK COVERAGE FORM

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

                    Copyright, Insurance Services Office, Inc.,  1997                    **IL 04 15 04 98**    ☐

IL 09 10 07 02

# PENNSYLVANIA NOTICE

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of, a policy of insurance:

1. Surveys;

2. Consultation or advice; or

3. Inspections.

The "Insurance Consultation Services Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or

3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

| Instruction to Policy Writers |
|---|
| Attach the Pennsylvania Notice to all new and renewal certificates insuring risks located in Pennsylvania. |

© ISO Properties, Inc.,  2001

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

 **1.** The failure, malfunction or inadequacy of:

  **a.** Any of the following, whether belonging to any insured or to others:

   **(1)** Computer hardware, including micro-processors;

   **(2)** Computer application software;

   **(3)** Computer operating systems and related software;

   **(4)** Computer networks;

   **(5)** Microprocessors (computer chips) not part of any computer system; or

   **(6)** Any other computerized or electronic equipment or components; or

  **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

  due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

 **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

 **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

 **2.** Under the Commercial Property Coverage Part:

  **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

  **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

 we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc.,  2001

☐

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 © Insurance Services Office, Inc., 2015

POLICY NUMBER: 8120T24753

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I |
|---|
| **Terrorism Premium (Certified Acts)** $1,655 |
| **This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies):** |
| ANY OF THE FOLLOWING LINES OF BUSINESS THAT ARE A PART OF THIS POLICY: |
| COMMERCIAL PROPERTY |
| COMMERCIAL GENERAL LIABILITY |
| COMMERCIAL INLAND MARINE |
| DIRECTOR'S AND OFFICERS LIABILITY |
| IDENTITY RECOVERY COVERAGE PART |
| |
| **Additional information, if any, concerning the terrorism premium:** |
| |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses** ___80%___ **Year: 20** __20__ |
| (Refer to Paragraph **B.** in this endorsement.) |
| |
| **Federal share of terrorism losses** ___79%___ **Year: 20** __21__ |
| (Refer to Paragraph **B.** in this endorsement.) |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

    © Insurance Services Office, Inc., 2015

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

IL N 001 09 03

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

© ISO Properties, Inc., 2003

IL N 026 06 09

# DISTRICT OF COLUMBIA FRAUD STATEMENT

**WARNING:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

© Insurance Services Office, Inc., 2009

IL N 072 03 04

# NEW JERSEY FRAUD STATEMENT – APPLICATION

Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

© ISO Properties, Inc., 2004

IL N 073 03 04

# NEW JERSEY FRAUD STATEMENT – CLAIM FORM

Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

IL N 088 09 03

# PENNSYLVANIA FRAUD STATEMENT

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

 © ISO Properties, Inc., 2003

IL N 106 09 03

# VIRGINIA FRAUD STATEMENT

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties include imprisonment, fines and denial of insurance benefits.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RHODE ISLAND SHORT RATE CANCELLATION TABLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL INLAND MARINE COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**CRIME AND FIDELITY COVERAGE PART**
**EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART**
**LIQUOR LIABILITY COVERAGE PART**
**RHODE ISLAND CHANGES - CANCELLATION AND NONRENEWAL Endorsement**

This endorsement amends paragraph **C.5.b.** of IL 02 73 09 08 - RHODE ISLAND CHANGES - CANCELLATION AND NONRENEWAL Endorsement:

NOTWITHSTANDING anything to the contrary contained in your policy and in consideration of the premium for which this insurance is written, it is agreed that in the event of cancellation by the insured, the earned premium shall be computed as follows:

## SHORT RATE CANCELLATION TABLE

A.  For Insurances written for one year:

| Days Insurance in Force | Per Cent of one Year Premium | Days Insurance in Force | Per cent of one Year Premium |
|---|---|---|---|
| 1 | 5 | 154-156 | 53 |
| 2 | 6 | 157-160 | 54 |
| 3- 4 | 7 | 161-164 | 55 |
| 5- 6 | 8 | 165-167 | 56 |
| 7- 8 | 9 | 168-171 | 57 |
| 9- 10 | 10 | 172-175 | 58 |
| 11- 12 | 11 | 176-178 | 59 |
| 13- 14 | 12 | 179-182 (6 months) | 60 |
| 15- 16 | 13 | 183-187 | 61 |
| 17- 18 | 14 | 188-191 | 62 |
| 19- 20 | 15 | 192-196 | 63 |
| 21- 22 | 16 | 197-200 | 64 |
| 23- 25 | 17 | 201-205 | 65 |
| 26- 29 | 18 | 206-209 | 66 |
| 30- 32 (1 month) | 19 | 210-214 (7 months) | 67 |
| 33- 36 | 20 | 215-218 | 68 |
| 37- 40 | 21 | 219-223 | 69 |
| 41- 43 | 22 | 224-228 | 70 |
| 44- 47 | 23 | 229-232 | 71 |
| 48- 51 | 24 | 233-237 | 72 |
| 52- 54 | 25 | 238-241 | 73 |
| 55- 58 | 26 | 242-246 (8 months) | 74 |
| 59- 62 (2 months) | 27 | 247-250 | 75 |
| 63- 65 | 28 | 251-255 | 76 |
| 66- 69 | 29 | 256-260 | 77 |
| 70- 73 | 30 | 261-264 | 78 |
| 74- 76 | 31 | 265-269 | 79 |
| 77- 80 | 32 | 270-273 (9 months) | 80 |
| 81- 83 | 33 | 274-278 | 81 |
| 84- 87 | 34 | 279-282 | 82 |
| 88- 91 (3 months) | 35 | 283-287 | 83 |
| 91- 94 | 36 | 288-291 | 84 |
| 95- 98 | 37 | 292-296 | 85 |
| 99-102 | 38 | 297-301 | 86 |
| 103-105 | 39 | 302-305 (10 months) | 87 |
| 106-109 | 40 | 306-310 | 88 |
| 110-113 | 41 | 311-314 | 89 |
| 114-116 | 42 | 315-319 | 90 |
| 117-120 | 43 | 320-323 | 91 |
| 121-124 (4 months) | 44 | 324-328 | 92 |
| 125-127 | 45 | 329-332 | 93 |
| 128-131 | 46 | 333-337 (11 months) | 94 |
| 132-135 | 47 | 338-342 | 95 |
| 136-138 | 48 | 343-346 | 96 |
| 139-142 | 49 | 347-351 | 97 |
| 143-146 | 50 | 352-355 | 98 |
| 147-149 | 51 | 356-360 | 99 |
| 150-153 (5 months) | 52 | 361-365 (12 months) | 100 |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

B.  For policies:
1.  In force for 12 months or less, apply the standard short rate table for annual policies to the full annual premium determined as for policies written for a term on one year.
2.  In force for more than 12 months:
   a.  Determine full annual premium as for a policy written for a term of one year.
   b.  Deduct such premium from the full premium, and on the remainder calculate the *pro rata* earned premium on the basis of the ratio of the length of time beyond one year the policy has been in force to the length of time beyond one year for which the policy was originally written.
   c.  Add premium produced in accordance with items (a) and (b) to obtain earned premium during the full period policy has been in force.

All other terms and conditions remain unchanged.

**FRAUD 12 07**

# FRAUD STATEMENT

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

NO — FL 12/07

# RHODE ISLAND
# NOTICE TO POLICYHOLDERS
# CONCERNING FLOOD INSURANCE

This policy may not cover damages resulting from flood. Flood insurance may be available through the Federal Emergency Management Agency (FEMA) National Flood Insurance Program. Contact your insurer or producer for assistance.

# NEW JERSEY EARTHQUAKE INSURANCE
# AVAILABILITY NOTICE

All insureds and applicants are cautioned that commercial fire and extended coverage insurance policies do not provide coverage for earthquake damage.

The definition of an *earthquake*:

- is a shaking or trembling of the earth that is geologic or tectonic in nature;
- includes shock waves or tremors before, during or after a volcanic eruption; and
- can also include after-shocks that occur within a seventy-two hour period following an *earthquake*.

A typical commercial fire and extended coverage insurance policy:

- **does not** cover the cost to replace or repair your damaged dwelling, premises or structures, such as garages, resulting from an *earthquake;*
- **does not** cover the cost to replace or repair the contents of your business if the damages result from an *earthquake*; and
- **does not** pay for any additional business expenses if your property is badly damaged or destroyed by an *earthquake*.

***Earthquake* insurance is available through an endorsement to your policy for an additional premium. The decision to purchase earthquake insurance is one that should be carefully considered based on individual circumstances.**

Historically, an earthquake in New Jersey is a rare event, although the possibility exists that it could happen. Over the five-year period from 2010 to 2015, for every $1 of *earthquake* insurance premium, 1/10 of one cent has been paid out for losses.

**Please contact your agent / your independent agent / the company at (617) 284-5260  if you have any questions or want additional information on how you can obtain *earthquake* insurance.**

**This notice is a general description of coverage and does not change, modify or invalidate any of the provisions, terms or conditions of your policy or endorsements.**

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART
THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED | EFFECTIVE DATE | POLICY NUMBER **8120T24753** |
|---|---|---|
| LEGAL SEA FOODS LLC | 03/01/2020 | ENDORSEMENT NUMBER |

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 011 | 011 | BUSINESS PERS PROP<br><br>JOISTED MASONRY | $  118,343,467 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: $  118,343,467   [X] REPLACEMENT COST   [ ] INFLATION GUARD: ___%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   25,000   EARTHQUAKE DEDUCTIBLE: ___% EXCEPTIONS:

**BLKT GRP # 1.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 011 | 011 | BUS INC (III) INCL EXTRA EXP<br><br>JOISTED MASONRY | $  94,852,397 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: $  94,852,397   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: ___%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE: ___% EXCEPTIONS:

**BLKT GRP # 2.   EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 011 | 011 | SPOILAGE | $  25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **01**   OCCUPANCY:

[ ] AGREED VALUE:   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: ___%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   500   EARTHQUAKE DEDUCTIBLE: ___% EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 025 | 025 | BUSINESS PERS PROP<br><br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD: ___%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   25,000   EARTHQUAKE DEDUCTIBLE: ___% EXCEPTIONS:

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

### THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>LEGAL SEA FOODS LLC | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 025 | 025 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

| OTHER PROVISIONS |
|---|

TERRITORY: **001**          PROTECTION CLASS: **01**          OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**          [ ] REPLACEMENT COST          [ ] INFLATION GUARD: ___ %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          EARTHQUAKE DEDUCTIBLE: ___ % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 025 | 025 | SPOILAGE | $          25,000 | | |

| OTHER PROVISIONS |
|---|

TERRITORY: **001**          PROTECTION CLASS: **01**          OCCUPANCY:

[ ] AGREED VALUE:          [ ] REPLACEMENT COST          [ ] INFLATION GUARD: ___ %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          **500** EARTHQUAKE DEDUCTIBLE: ___ % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 032 | 032 | BUSINESS PERS PROP<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

| OTHER PROVISIONS |
|---|

TERRITORY: **001**          PROTECTION CLASS: **01**          OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**          [X] REPLACEMENT COST          [ ] INFLATION GUARD: ___ %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          **25,000** EARTHQUAKE DEDUCTIBLE: ___ % EXCEPTIONS:

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 032 | 032 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

| OTHER PROVISIONS |
|---|

TERRITORY: **001**          PROTECTION CLASS: **01**          OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**          [ ] REPLACEMENT COST          [ ] INFLATION GUARD: ___ %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          EARTHQUAKE DEDUCTIBLE: ___ % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

## COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART
THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>LEGAL SEA FOODS LLC | EFFECTIVE    DATE<br>03/01/2020 | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 032 | 032 | SPOILAGE | $       25,000 | | |

**OTHER PROVISIONS**

| | | | |
|---|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **01** | OCCUPANCY: | |
| ☐ AGREED VALUE: | ☐ REPLACEMENT COST | ☐ INFLATION GUARD: | % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT.      DAYS BI MEDIA | |
| DEDUCTIBLE      500   EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | | |

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 001 | 001 | BUSINESS PERS PROP<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

| | | | |
|---|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **01** | OCCUPANCY: | |
| ☒ AGREED VALUE: **BLKT GRP 1** | ☒ REPLACEMENT COST | ☐ INFLATION GUARD: | % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT.      DAYS BI MEDIA | |
| DEDUCTIBLE      25,000   EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | | |

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 001 | 001 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

| | | | |
|---|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **01** | OCCUPANCY: | |
| ☒ AGREED VALUE: **BLKT GRP 2** | ☐ REPLACEMENT COST | ☐ INFLATION GUARD: | % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT.      DAYS BI MEDIA | |
| DEDUCTIBLE      EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | | |

EXT/OPT:72-HR TIME CHG TO 24-HR.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 001 | 001 | SPOILAGE | $       25,000 | | |

**OTHER PROVISIONS**

| | | | |
|---|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **01** | OCCUPANCY: | |
| ☐ AGREED VALUE: | ☐ REPLACEMENT COST | ☐ INFLATION GUARD: | % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT.      DAYS BI MEDIA | |
| DEDUCTIBLE      500   EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | | |

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART
### THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED | EFFECTIVE DATE | POLICY NUMBER **8120T24753** |
|---|---|---|
| **LEGAL SEA FOODS LLC** | **03/01/2020** | ENDORSEMENT NUMBER |

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| **002** | **002** | **BUSINESS PERS PROP**<br>**MASONRY NON-COMBUSTIBLE** | **BLKT GRP 1** | **SPECIAL** | **100** |

**OTHER PROVISIONS**

| | | |
|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **03** | OCCUPANCY: |
| X AGREED VALUE: **BLKT GRP 1** | X REPLACEMENT COST | ☐ INFLATION GUARD: % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT. DAYS BI MEDIA |
| DEDUCTIBLE **25,000** EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | |

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| **002** | **002** | **BUS INC (III) INCL EXTRA EXP**<br>**MASONRY NON-COMBUSTIBLE** | **BLKT GRP 2** | **SPECIAL** | **100** |

**OTHER PROVISIONS**

| | | |
|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **03** | OCCUPANCY: |
| X AGREED VALUE: **BLKT GRP 2** | ☐ REPLACEMENT COST | ☐ INFLATION GUARD: % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT. DAYS BI MEDIA |
| DEDUCTIBLE EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | |

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| **002** | **002** | **SPOILAGE** | $ **25,000** | | |

**OTHER PROVISIONS**

| | | |
|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **03** | OCCUPANCY: |
| ☐ AGREED VALUE: | ☐ REPLACEMENT COST | ☐ INFLATION GUARD: % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT. DAYS BI MEDIA |
| DEDUCTIBLE **500** EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | |

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| **003** | **003** | **BUSINESS PERS PROP**<br>**MASONRY NON-COMBUSTIBLE** | **BLKT GRP 1** | **SPECIAL** | **100** |

**OTHER PROVISIONS**

| | | |
|---|---|---|
| TERRITORY: **001** | PROTECTION CLASS: **03** | OCCUPANCY: |
| X AGREED VALUE: **BLKT GRP 1** | X REPLACEMENT COST | ☐ INFLATION GUARD: % |
| ☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT. DAYS BI MEDIA |
| DEDUCTIBLE **25,000** EARTHQUAKE DEDUCTIBLE: | % EXCEPTIONS: | |

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED | EFFECTIVE DATE | POLICY NUMBER **8120T24753** |
|---|---|---|
| **LEGAL SEA FOODS LLC** | **03/01/2020** | ENDORSEMENT NUMBER |

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 003 | 003 | BUS INC (III) INCL EXTRA EXP  MASONRY NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 003 | 003 | SPOILAGE | $  25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[ ] AGREED VALUE:   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 004 | 004 | BUSINESS PERS PROP  FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **25,000**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 004 | 004 | BUS INC (III) INCL EXTRA EXP  FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

GNY 004 (0991)

**COMMERCIAL PROPERTY DECLARATIONS**
**COMMERCIAL PROPERTY COVERAGE PART**

THIS POLICY IS ISSUED BY THE
**STRATHMORE INSURANCE COMPANY**

| NAMED INSURED<br>LEGAL SEA FOODS LLC | **EFFECTIVE** DATE<br>03/01/2020 | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE
COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.
OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 004 | 004 | SPOILAGE | $         25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**       PROTECTION CLASS: **01**       OCCUPANCY:
[ ] AGREED VALUE:       [ ] REPLACEMENT COST       [ ] INFLATION GUARD:          %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX       EXT.       DAYS BI MEDIA
DEDUCTIBLE       500   EARTHQUAKE DEDUCTIBLE:       % EXCEPTIONS:
TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 005 | 005 | BUSINESS PERS PROP<br>MASONRY NON-COMBUSTIBLE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**       PROTECTION CLASS: **03**       OCCUPANCY:
[X] AGREED VALUE: **BLKT GRP 1**       [X] REPLACEMENT COST       [ ] INFLATION GUARD:          %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX       EXT.       DAYS BI MEDIA
DEDUCTIBLE       25,000   EARTHQUAKE DEDUCTIBLE:       % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 005 | 005 | BUS INC (III) INCL EXTRA EXP<br>MASONRY NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**       PROTECTION CLASS: **03**       OCCUPANCY:
[X] AGREED VALUE: **BLKT GRP 2**       [ ] REPLACEMENT COST       [ ] INFLATION GUARD:          %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX       EXT.       DAYS BI MEDIA
DEDUCTIBLE       EARTHQUAKE DEDUCTIBLE:       % EXCEPTIONS:
EXT/OPT:72-HR TIME CHG TO 24-HR.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 005 | 005 | SPOILAGE | $         25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**       PROTECTION CLASS: **03**       OCCUPANCY:
[ ] AGREED VALUE:       [ ] REPLACEMENT COST       [ ] INFLATION GUARD:          %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX       EXT.       DAYS BI MEDIA
DEDUCTIBLE       500   EARTHQUAKE DEDUCTIBLE:       % EXCEPTIONS:
TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED **LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE **03/01/2020** | POLICY NUMBER **8120T24753** ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 006 | 006 | **BUSINESS PERS PROP** **NON-COMBUSTIBLE** | BLKT GRP 1 | **SPECIAL** | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **25,000**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 006 | 006 | **BUS INC (III) INCL EXTRA EXP** **NON-COMBUSTIBLE** | BLKT GRP 2 | **SPECIAL** | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 006 | 006 | **SPOILAGE** | $ 25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**   PROTECTION CLASS: **01**   OCCUPANCY:

[ ] AGREED VALUE:   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 007 | 007 | **BUSINESS PERS PROP** **NON-COMBUSTIBLE** | BLKT GRP 1 | **SPECIAL** | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **25,000**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

GNY 004 (0991)

## COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART
THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>LEGAL SEA FOODS LLC | **EFFECTIVE**   DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 007 | 007 | BUS INC (III) INCL EXTRA EXP<br>NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**       PROTECTION CLASS: **01**       OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**      [ ] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE       EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 007 | 007 | SPOILAGE | $       25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**       PROTECTION CLASS: **01**       OCCUPANCY:

[ ] AGREED VALUE:      [ ] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE       500   EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 008 | 008 | BUSINESS PERS PROP<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**       PROTECTION CLASS: **01**       OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**      [X] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE       25,000   EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 008 | 008 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**       PROTECTION CLASS: **01**       OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**      [ ] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT       PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE       EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

### THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 008 | 008 | **SPOILAGE** | $ 25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**  PROTECTION CLASS: **01**  OCCUPANCY:

☐ AGREED VALUE:  ☐ REPLACEMENT COST  ☐ INFLATION GUARD: %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA

DEDUCTIBLE  500  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 009 | 009 | **BUSINESS PERS PROP**<br>**FIRE-RESISTIVE** | BLKT GRP 1 | **SPECIAL** | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**  PROTECTION CLASS: **01**  OCCUPANCY:

☒ AGREED VALUE: **BLKT GRP 1**  ☒ REPLACEMENT COST  ☐ INFLATION GUARD: %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA

DEDUCTIBLE  25,000  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 009 | 009 | **BUS INC (III) INCL EXTRA EXP**<br>**FIRE-RESISTIVE** | BLKT GRP 2 | **SPECIAL** | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**  PROTECTION CLASS: **01**  OCCUPANCY:

☒ AGREED VALUE: **BLKT GRP 2**  ☐ REPLACEMENT COST  ☐ INFLATION GUARD: %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA

DEDUCTIBLE  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:

EXT/OPT: 72-HR TIME CHG TO 24-HR.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 009 | 009 | **SPOILAGE** | $ 25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**  PROTECTION CLASS: **01**  OCCUPANCY:

☐ AGREED VALUE:  ☐ REPLACEMENT COST  ☐ INFLATION GUARD: %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA

DEDUCTIBLE  500  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
**STRATHMORE INSURANCE COMPANY**

| NAMED INSURED **LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE **03/01/2020** | POLICY NUMBER **8120T24753** ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 012 | 012 | BUILDING<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**     PROTECTION CLASS: **02**     OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**     [X] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     **25,000**     EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 012 | 012 | BUSINESS PERS PROP<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**     PROTECTION CLASS: **02**     OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**     [X] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     **25,000**     EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 012 | 012 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**     PROTECTION CLASS: **02**     OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**     [ ] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 012 | 012 | SPOILAGE | $     25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**     PROTECTION CLASS: **02**     OCCUPANCY:

[ ] AGREED VALUE:     [ ] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     **500**     EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART
### THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 013 | 013 | BUSINESS PERS PROP<br><br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

| | |
|---|---|
| TERRITORY: 001 | PROTECTION CLASS: 01 | OCCUPANCY: |
| [X] AGREED VALUE: BLKT GRP 1 | [X] REPLACEMENT COST | [ ] INFLATION GUARD: % |
| [ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT. | DAYS BI MEDIA |

DEDUCTIBLE   25,000   EARTHQUAKE DEDUCTIBLE:        % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 013 | 013 | BUS INC (III) INCL EXTRA EXP<br><br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: 001     PROTECTION CLASS: 01     OCCUPANCY:

[X] AGREED VALUE: BLKT GRP 2     [ ] REPLACEMENT COST     [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE          EARTHQUAKE DEDUCTIBLE:        % EXCEPTIONS:

**EXT/OPT: 72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 013 | 013 | SPOILAGE | $       25,000 | | |

**OTHER PROVISIONS**

TERRITORY: 001     PROTECTION CLASS: 01     OCCUPANCY:

[ ] AGREED VALUE:     [ ] REPLACEMENT COST     [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     500   EARTHQUAKE DEDUCTIBLE:        % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 015 | 015 | BUSINESS PERS PROP<br><br>NON-COMBUSTIBLE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: 002     PROTECTION CLASS: 01     OCCUPANCY:

[X] AGREED VALUE: BLKT GRP 1     [X] REPLACEMENT COST     [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE   25,000   EARTHQUAKE DEDUCTIBLE:        % EXCEPTIONS:

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
**STRATHMORE INSURANCE COMPANY**

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 015 | 015 | BUS INC (III) INCL EXTRA EXP<br>NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**      PROTECTION CLASS: **01**      OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**      [ ] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT      PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE      EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 015 | 015 | SPOILAGE | $      25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**      PROTECTION CLASS: **01**      OCCUPANCY:

[ ] AGREED VALUE:      [ ] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT      PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE      **500**   EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 016 | 016 | BUSINESS PERS PROP<br>NON-COMBUSTIBLE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**      PROTECTION CLASS: **01**      OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**      [X] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT      PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE      **25,000**   EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 016 | 016 | BUS INC (III) INCL EXTRA EXP<br>NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**      PROTECTION CLASS: **01**      OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**      [ ] REPLACEMENT COST      [ ] INFLATION GUARD:      %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT      PERIOD: MAX      EXT.      DAYS BI MEDIA

DEDUCTIBLE      EARTHQUAKE DEDUCTIBLE:      % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART
### THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 016 | 016 | SPOILAGE | $        25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**　　　PROTECTION CLASS: **01**　　　OCCUPANCY:

[ ] AGREED VALUE:　　　　　[ ] REPLACEMENT COST　　　　　[ ] INFLATION GUARD:　　%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT　　　PERIOD: MAX　　　EXT.　　　DAYS BI MEDIA

DEDUCTIBLE　　**500**　EARTHQUAKE DEDUCTIBLE:　　　% EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 018 | 018 | BUSINESS PERS PROP<br>NON-COMBUSTIBLE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**　　　PROTECTION CLASS: **02**　　　OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**　　[X] REPLACEMENT COST　　　　[ ] INFLATION GUARD:　　%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT　　　PERIOD: MAX　　　EXT.　　　DAYS BI MEDIA

DEDUCTIBLE　　**25,000**　EARTHQUAKE DEDUCTIBLE:　　　% EXCEPTIONS:

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 018 | 018 | BUS INC (III) INCL EXTRA EXP<br>NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**　　　PROTECTION CLASS: **02**　　　OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**　　[ ] REPLACEMENT COST　　　　[ ] INFLATION GUARD:　　%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT　　　PERIOD: MAX　　　EXT.　　　DAYS BI MEDIA

DEDUCTIBLE　　　EARTHQUAKE DEDUCTIBLE:　　　% EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 018 | 018 | SPOILAGE | $        25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**　　　PROTECTION CLASS: **02**　　　OCCUPANCY:

[ ] AGREED VALUE:　　　　　[ ] REPLACEMENT COST　　　　　[ ] INFLATION GUARD:　　%

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT　　　PERIOD: MAX　　　EXT.　　　DAYS BI MEDIA

DEDUCTIBLE　　**500**　EARTHQUAKE DEDUCTIBLE:　　　% EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 020 | 020 | BUSINESS PERS PROP<br><br>JOISTED MASONRY | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**    PROTECTION CLASS: **01**    OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**    [X] REPLACEMENT COST    [ ] INFLATION GUARD:    %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT    PERIOD: MAX    EXT.    DAYS BI MEDIA

DEDUCTIBLE    **25,000**    EARTHQUAKE DEDUCTIBLE:    % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 020 | 020 | BUS INC (III) INCL EXTRA EXP<br><br>JOISTED MASONRY | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**    PROTECTION CLASS: **01**    OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**    [ ] REPLACEMENT COST    [ ] INFLATION GUARD:    %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT    PERIOD: MAX    EXT.    DAYS BI MEDIA

DEDUCTIBLE    EARTHQUAKE DEDUCTIBLE:    % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 020 | 020 | SPOILAGE | $      25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**    PROTECTION CLASS: **01**    OCCUPANCY:

[ ] AGREED VALUE:    [ ] REPLACEMENT COST    [ ] INFLATION GUARD:    %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT    PERIOD: MAX    EXT.    DAYS BI MEDIA

DEDUCTIBLE    **500**    EARTHQUAKE DEDUCTIBLE:    % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 021 | 021 | BUSINESS PERS PROP<br><br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**    PROTECTION CLASS: **03**    OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**    [X] REPLACEMENT COST    [ ] INFLATION GUARD:    %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT    PERIOD: MAX    EXT.    DAYS BI MEDIA

DEDUCTIBLE    **25,000**    EARTHQUAKE DEDUCTIBLE:    % EXCEPTIONS:

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART
THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 021 | 021 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 021 | 021 | SPOILAGE | $ 25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[ ] AGREED VALUE:   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 022 | 022 | BUSINESS PERS PROP<br>JOISTED MASONRY | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **25,000**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 022 | 022 | BUS INC (III) INCL EXTRA EXP<br>JOISTED MASONRY | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>LEGAL SEA FOODS LLC | EFFECTIVE DATE<br>03/01/2020 | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 022 | 022 | SPOILAGE | $ 25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

☐ AGREED VALUE:   ☐ REPLACEMENT COST   ☐ INFLATION GUARD: ____ %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 023 | 023 | BUSINESS PERS PROP<br>FRAME | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

☒ AGREED VALUE: **BLKT GRP 1**   ☒ REPLACEMENT COST   ☐ INFLATION GUARD: ____ %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **25,000**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 023 | 023 | BUS INC (III) INCL EXTRA EXP<br>FRAME | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

☒ AGREED VALUE: **BLKT GRP 2**   ☐ REPLACEMENT COST   ☐ INFLATION GUARD: ____ %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 023 | 023 | SPOILAGE | $ 25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

☐ AGREED VALUE:   ☐ REPLACEMENT COST   ☐ INFLATION GUARD: ____ %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED **LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE **03/01/2020** | POLICY NUMBER **8120T24753** ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 024 | 024 | BUSINESS PERS PROP<br><br>JOISTED MASONRY | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**     PROTECTION CLASS: **01**     OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**     [X] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     **25,000**   EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 024 | 024 | BUS INC (III) INCL EXTRA EXP<br><br>JOISTED MASONRY | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**     PROTECTION CLASS: **01**     OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**     [ ] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 024 | 024 | SPOILAGE | $     25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**     PROTECTION CLASS: **01**     OCCUPANCY:

[ ] AGREED VALUE:     [ ] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     **500**   EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 026 | 026 | BUSINESS PERS PROP<br><br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**     PROTECTION CLASS: **02**     OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**     [X] REPLACEMENT COST     [ ] INFLATION GUARD:     %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT     PERIOD: MAX     EXT.     DAYS BI MEDIA

DEDUCTIBLE     **25,000**   EARTHQUAKE DEDUCTIBLE:     % EXCEPTIONS:

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED **LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE **03/01/2020** | POLICY NUMBER **8120T24753** ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE
COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 026 | 026 | BUS INC (III) INCL EXTRA EXP  FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**  PROTECTION CLASS: **02**  OCCUPANCY:
[X] AGREED VALUE: **BLKT GRP 2**  [ ] REPLACEMENT COST  [ ] INFLATION GUARD: %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA
DEDUCTIBLE  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:
**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 026 | 026 | SPOILAGE | $     25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**  PROTECTION CLASS: **02**  OCCUPANCY:
[ ] AGREED VALUE:  [ ] REPLACEMENT COST  [ ] INFLATION GUARD: %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA
DEDUCTIBLE  **500**  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:
**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 027 | 027 | BUSINESS PERS PROP  NON-COMBUSTIBLE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**  PROTECTION CLASS: **01**  OCCUPANCY:
[X] AGREED VALUE: **BLKT GRP 1**  [X] REPLACEMENT COST  [ ] INFLATION GUARD: %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA
DEDUCTIBLE  **25,000**  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 027 | 027 | BUS INC (III) INCL EXTRA EXP  NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**  PROTECTION CLASS: **01**  OCCUPANCY:
[X] AGREED VALUE: **BLKT GRP 2**  [ ] REPLACEMENT COST  [ ] INFLATION GUARD: %
[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT  PERIOD: MAX  EXT.  DAYS BI MEDIA
DEDUCTIBLE  EARTHQUAKE DEDUCTIBLE:  % EXCEPTIONS:
**EXT/OPT:72-HR TIME CHG TO 24-HR.**

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART
### THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 027 | 027 | SPOILAGE | $      25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**          PROTECTION CLASS: **01**          OCCUPANCY:

[ ] AGREED VALUE:                    [ ] REPLACEMENT COST                    [ ] INFLATION GUARD:        %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE      500   EARTHQUAKE DEDUCTIBLE:               % EXCEPTIONS:

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 028 | 028 | BUSINESS PERS PROP<br>JOISTED MASONRY | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**          PROTECTION CLASS: **01**          OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**          [X] REPLACEMENT COST                    [ ] INFLATION GUARD:        %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE      25,000   EARTHQUAKE DEDUCTIBLE:               % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 028 | 028 | BUS INC (III) INCL EXTRA EXP<br>JOISTED MASONRY | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **002**          PROTECTION CLASS: **01**          OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**          [ ] REPLACEMENT COST                    [ ] INFLATION GUARD:        %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE               EARTHQUAKE DEDUCTIBLE:               % EXCEPTIONS:

EXT/OPT: 72-HR TIME CHG TO 24-HR.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 028 | 028 | SPOILAGE | $      25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **002**          PROTECTION CLASS: **01**          OCCUPANCY:

[ ] AGREED VALUE:                    [ ] REPLACEMENT COST                    [ ] INFLATION GUARD:        %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE      500   EARTHQUAKE DEDUCTIBLE:               % EXCEPTIONS:

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE

GNY 004 (0991)

## COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>LEGAL SEA FOODS LLC | EFFECTIVE   DATE<br>03/01/2020 | POLICY NUMBER 8120T24753<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 029 | 029 | BUSINESS PERS PROP<br>NON-COMBUSTIBLE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: 002          PROTECTION CLASS: 01          OCCUPANCY:

[X] AGREED VALUE: BLKT GRP 1          [X] REPLACEMENT COST          [ ] INFLATION GUARD:          %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE     25,000     EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 029 | 029 | BUS INC (III) INCL EXTRA EXP<br>NON-COMBUSTIBLE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: 002          PROTECTION CLASS: 01          OCCUPANCY:

[X] AGREED VALUE: BLKT GRP 2          [ ] REPLACEMENT COST          [ ] INFLATION GUARD:          %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

EXT/OPT: 72-HR TIME CHG TO 24-HR.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 029 | 029 | SPOILAGE | $     25,000 | | |

**OTHER PROVISIONS**

TERRITORY: 002          PROTECTION CLASS: 01          OCCUPANCY:

[ ] AGREED VALUE:          [ ] REPLACEMENT COST          [ ] INFLATION GUARD:          %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE     500     EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 031 | 031 | BUSINESS PERS PROP<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: 001          PROTECTION CLASS: 01          OCCUPANCY:

[X] AGREED VALUE: BLKT GRP 1          [X] REPLACEMENT COST          [ ] INFLATION GUARD:          %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE     25,000     EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

## COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART
THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED | EFFECTIVE   DATE | POLICY NUMBER **8120T24753** |
|---|---|---|
| **LEGAL SEA FOODS LLC** | **03/01/2020** | ENDORSEMENT NUMBER |

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 031 | 031 | **BUS INC (III) INCL EXTRA EXP**<br>**FIRE-RESISTIVE** | BLKT GRP 2 | **SPECIAL** | 100 |

#### OTHER PROVISIONS

TERRITORY: **001**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD:   %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 031 | 031 | **SPOILAGE** | $   25,000 | | |

#### OTHER PROVISIONS

TERRITORY: **001**   PROTECTION CLASS: **01**   OCCUPANCY:

[ ] AGREED VALUE:   [ ] REPLACEMENT COST   [ ] INFLATION GUARD:   %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500** EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 014 | 014 | **BUSINESS PERS PROP**<br>**MASONRY NON-COMBUSTIBLE** | BLKT GRP 1 | **SPECIAL** | 100 |

#### OTHER PROVISIONS

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD:   %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **25,000** EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 014 | 014 | **BUS INC (III) INCL EXTRA EXP**<br>**MASONRY NON-COMBUSTIBLE** | BLKT GRP 2 | **SPECIAL** | 100 |

#### OTHER PROVISIONS

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD:   %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE
## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 014 | 014 | SPOILAGE | $        25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

☐ AGREED VALUE:          ☐ REPLACEMENT COST          ☐ INFLATION GUARD:          %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          500   EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT  / INCL SELLING PRICE

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 017 | 017 | BUSINESS PERS PROP<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

☒ AGREED VALUE: **BLKT GRP 1**          ☒ REPLACEMENT COST          ☐ INFLATION GUARD:          %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          25,000   EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 017 | 017 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

☒ AGREED VALUE: **BLKT GRP 2**          ☐ REPLACEMENT COST          ☐ INFLATION GUARD:          %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

EXT/OPT:72-HR TIME CHG TO 24-HR.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 017 | 017 | SPOILAGE | $        25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **03**   OCCUPANCY:

☐ AGREED VALUE:          ☐ REPLACEMENT COST          ☐ INFLATION GUARD:          %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT          PERIOD: MAX          EXT.          DAYS BI MEDIA

DEDUCTIBLE          500   EARTHQUAKE DEDUCTIBLE:          % EXCEPTIONS:

TYPE: BREAKDOWN/CONTAMINATION / INCL REFRIG MAINT  / INCL SELLING PRICE

GNY 004 (0991)

# COMMERCIAL PROPERTY DECLARATIONS
# COMMERCIAL PROPERTY COVERAGE PART

THIS POLICY IS ISSUED BY THE

## STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 019 | 019 | **BUSINESS PERS PROP**<br>**FIRE-RESISTIVE** | BLKT GRP 1 | **SPECIAL** | 100 |

| OTHER PROVISIONS |
|---|

| | |
|---|---|
| TERRITORY: **004** | PROTECTION CLASS: **01** | OCCUPANCY: |

| | | |
|---|---|---|
| [X] AGREED VALUE: **BLKT GRP 1** | [X] REPLACEMENT COST | [ ] INFLATION GUARD: % |
| [ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT | PERIOD: MAX | EXT. | DAYS BI MEDIA |

DEDUCTIBLE **25,000**   EARTHQUAKE DEDUCTIBLE: % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 019 | 019 | **BUS INC (III) INCL EXTRA EXP**<br>**FIRE-RESISTIVE** | BLKT GRP 2 | **SPECIAL** | 100 |

| OTHER PROVISIONS |
|---|

TERRITORY: **004**   PROTECTION CLASS: **01**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE: % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 019 | 019 | **SPOILAGE** | $ 25,000 | | |

| OTHER PROVISIONS |
|---|

TERRITORY: **004**   PROTECTION CLASS: **01**   OCCUPANCY:

[ ] AGREED VALUE:   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE **500**   EARTHQUAKE DEDUCTIBLE: % EXCEPTIONS:

**TYPE: BRKDWN CONT/PWR OUTAGE / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 030 | 030 | **BUSINESS PERS PROP**<br>**FIRE-RESISTIVE** | BLKT GRP 1 | **SPECIAL** | 100 |

| OTHER PROVISIONS |
|---|

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE **25,000**   EARTHQUAKE DEDUCTIBLE: % EXCEPTIONS:

# COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART
THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>LEGAL SEA FOODS LLC | EFFECTIVE   DATE<br>03/01/2020 | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 030 | 030 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 030 | 030 | SPOILAGE | $       25,000 | | |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

[ ] AGREED VALUE:   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE: BREAKDOWN/CONTAMINATION / INCL REFRIG MAINT / INCL SELLING PRICE**

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 010 | 010 | BUSINESS PERS PROP<br>FIRE-RESISTIVE | BLKT GRP 1 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 1**   [X] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **25,000**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC.<br>NO. | BLDG<br>NO. | COVERAGE/CONSTRUCTION | LIMIT OF<br>INSURANCE | COVERED<br>CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 010 | 010 | BUS INC (III) INCL EXTRA EXP<br>FIRE-RESISTIVE | BLKT GRP 2 | SPECIAL | 100 |

**OTHER PROVISIONS**

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

[X] AGREED VALUE: **BLKT GRP 2**   [ ] REPLACEMENT COST   [ ] INFLATION GUARD: %

[ ] BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**EXT/OPT:72-HR TIME CHG TO 24-HR.**

GNY 004 (0991)

## COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART
### THIS POLICY IS ISSUED BY THE
### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03/01/2020** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

DESCRIPTION OF PREMISES: SEE DESIGNATION OF PREMISES SCHEDULE

COVERAGES PROVIDED: INSURANCE AT THE DESCRIBED LOCATION APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

OPTIONAL COVERAGES: APPLICABLE ONLY WHEN SHOWN BY "X" IN SCHEDULE BELOW.

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| 010 | 010 | SPOILAGE | $      25,000 | | |

### OTHER PROVISIONS

TERRITORY: **001**   PROTECTION CLASS: **02**   OCCUPANCY:

☐ AGREED VALUE:   ☐ REPLACEMENT COST   ☐ INFLATION GUARD:   %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   **500**   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

**TYPE:  BRKDWN  CONT/PWR OUTAGE  /  INCL REFRIG MAINT  /  INCL SELLING PRICE**

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| | | | | | |

### OTHER PROVISIONS

TERRITORY:   PROTECTION CLASS:   OCCUPANCY:

☐ AGREED VALUE:   ☐ REPLACEMENT COST   ☐ INFLATION GUARD:   %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| | | | | | |

### OTHER PROVISIONS

TERRITORY:   PROTECTION CLASS:   OCCUPANCY:

☐ AGREED VALUE:   ☐ REPLACEMENT COST   ☐ INFLATION GUARD:   %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

| LOC. NO. | BLDG NO. | COVERAGE/CONSTRUCTION | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINS. |
|---|---|---|---|---|---|
| | | | | | |

### OTHER PROVISIONS

TERRITORY:   PROTECTION CLASS:   OCCUPANCY:

☐ AGREED VALUE:   ☐ REPLACEMENT COST   ☐ INFLATION GUARD:   %

☐ BUSINESS INCOME INDEMNITY: MONTHLY LIMIT   PERIOD: MAX   EXT.   DAYS BI MEDIA

DEDUCTIBLE   EARTHQUAKE DEDUCTIBLE:   % EXCEPTIONS:

GNY 004 (0991)

## COMMERCIAL PROPERTY DECLARATIONS
## COMMERCIAL PROPERTY COVERAGE PART (CONTINUED)

THIS POLICY IS ISSUED BY THE

### STRATHMORE INSURANCE COMPANY

| NAMED INSURED<br>**LEGAL SEA FOODS LLC** | **EFFECTIVE** DATE<br>**03-01-20** | POLICY NUMBER **8120T24753**<br>ENDORSEMENT NUMBER |
|---|---|---|

**FORMS APPLICABLE:**

  See Schedule of Forms and Endorsements

**MORTGAGE HOLDERS:**

  See Schedule of Mortgage Holder(s)

**LOSS PAYEES:**

  See Schedule of Loss Payee(s)

| | | |
|---|---|---|
| TAX OR SURCHARGE: | $ | 29.00 |
| **TOTAL**   ANNUAL PREMIUM - THIS COVERAGE PART: | $ | 176,978.00 |

GNY 005 (0691)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN ENHANCEMENT ENDORSEMENT

As respects the coverage provided by this **Equipment Breakdown Enhancement Endorsement,** the coverage provided in the following Coverage Forms is modified.

> **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
> **CAUSES OF LOSS – BASIC FORM**
> **CAUSES OF LOSS – BROAD FORM**
> **CAUSES OF LOSS - SPECIAL FORM**
> **CONDOMINIUM ASSOCIATION COVERAGE FORM**
> **COMMERCIAL PROPERTY CONDITIONS FORM**
> **WATER EXCLUSION FORM**

## AMENDMENTS TO THE COMMERCIAL PROPERTY CONDITIONS FORM

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following replaces **C. INSURANCE UNDER TWO OR MORE COVERAGES:**

> If the Equipment Breakdown Enhancement Endorsement and one of the following:
> - Movie Theater Specialty Coverage Endorsement;
> - Habitational Specialty Coverage Endorsement;
> - Manufactures' Specialty Endorsement;
> - Package Enhanced Coverage Endorsement

applies to the same loss or damage, the limits provided by the Endorsements will not be added together. The most we will pay is the higher of the two limits. In all other cases, if two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## AMENDMENTS TO THE BUILDING AND PERSONAL PROPERTY AND CONDOMINIUM ASSOCIATION COVERAGE FORMS

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following is added to **2. Property Not Covered** under **A. Coverage:**

**r.** Insulating or refractory material;

**s.** Structure, foundation, cabinet or compartment containing the object;

**t.** Power shovel, dragline, excavator, vehicle, aircraft, floating vessel or structure, penstock, draft tube or well-casing;

**u.** Conveyor, crane, elevator, escalator or hoist, but not excluding any electrical machine or electrical apparatus mounted on or used with this equipment; felt, wire, screen, die, extrusion, plate, swing hammer, grinding disc, cutting blade, cable, chain, belt, rope, clutch plate, brake pad, non-metallic part or any part or tool subject to frequent, periodic replacement.

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following is added to **d. Pollutant Clean Up and Removal** under **A.4. Additional Coverage:**

**d. Pollutant Clean Up and Removal**

We will pay for the Pollutant Clean Up and Removal for loss resulting from an "Equipment Breakdown". The most we will pay for the Pollutant Clean Up and Removal is **$250,000**. Any amount we pay under this Pollutant Clean Up and Removal Additional Coverage is subject to, is a part of, and is not in

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

addition to the applicable Limit of Insurance for Covered Property.

Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more in any one covered loss than a total of **$250,000** as part of and not in addition to the applicable Limit of Insurance for Covered Property.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water at your covered location(s).

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following are added to **A.4. Additional Coverage:**

### g. Expediting Expenses

We will pay for the expediting expense loss resulting from an "Equipment Breakdown" with respect to your damaged Covered Property. We will pay the reasonable extra cost to:

**(1)** Make temporary repairs;

**(2)** Expedite permanent repairs; and

**(3)** Expedite permanent replacement

"Reasonable extra cost" shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation. This will be a part of and not an addition to the limit per loss.

"Expediting Expenses" shall mean – only to the extent it reduces the amount of loss that otherwise would have been payable under this "Equipment Breakdown" coverage.

Any amount we pay under this Expediting Expenses Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more than the applicable Limit of Insurance for Covered Property.

### h. Refrigerant Contamination

We will pay for direct physical loss or damage to Covered Property due to contamination by refrigerant (including ammonia) used in refrigerating, cooling or humidity controlled equipment at the described premises as a result of an "Equipment Breakdown".

The most we will pay for the sum of all direct loss or damage and business income and extra expense under this coverage is **$250,000**.Any amount we pay under this Refrigerant Contamination Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more in any one covered loss than a total of **$250,000** as part of and not in addition to the applicable Limit of Insurance for Covered Property.

### i. Spoilage

We will pay for loss of "perishable goods" due to spoilage resulting from lack or excess of power, light, heat, steam or refrigeration caused by an "Equipment Breakdown" to types of property covered by this policy, that are:

**(1)** Located on or within 1,000 feet of your described premises; and

**(2)** Owned or used by you, owned by the building owner at your described premises, or owned by a public utility.

However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freeze, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

The most we will pay for loss or damage under this coverage is **$250,000**.Any amount we pay under this Spoilage Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more in any one covered loss than a total of **$250,000** as part of and not in addition to the applicable Limit of Insurance for Covered Property.

**j. Temperature Fluctuation**

We will pay for loss of "perishable goods" only caused by or resulting from any condition or event to Covered Property that can be resolved by calibrating, resetting, tightening, adjusting or cleaning. However, we will not pay for loss of "perishable goods" as a result of resetting the power supply to the Covered Property containing the "perishable goods".

The most we will pay for the sum of all direct loss or damage and business income and extra expense under this coverage is **$5,000**. Any amount we pay under this Temperature Fluctuation Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more in any one covered loss than a total of **$5,000** as part of and not in addition to the applicable Limit of Insurance for Covered Property.

**k.CFC Refrigerants**

We will pay for the additional cost to repair or replace Covered Property because of the use or presence of a refrigerant containing CFC (chlorofluorocarbon) substances resulting from an "Equipment Breakdown". Additional costs mean those in excess of what would have been required to repair or replace covered property, had no CFC refrigerant been involved. We also pay for additional loss as described under the Spoilage or Loss of Income Coverages provided by this endorsement, caused by the presence of a refrigerant containing CFC substances.

We pay no more than the least of the following but not to exceed policy limit:

**(1)** The cost to repair the damaged property and replace any lost CFC refrigerant;
**(2)** The cost to repair the damaged property, retrofit the system to accept a non-CFC refrigerant, and charge the system with a non-CFC refrigerant; or
**(3)** The cost to replace the system with one using a non-CFC refrigerant.

Any amount we pay under this CFC Refrigerants Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more than the applicable Limit of Insurance for Covered Property.

**l. Computer Equipment**

We will pay for loss or damage to your "computer equipment" caused by an "Equipment Breakdown".

"Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including peripherals used in conjunction with such equipment, and electronic media and records.

Any amount we pay under this "Computer Equipment" Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more than the applicable Limit of Insurance for Covered Property.

**m. Off Premises Services Interruption**

 **a.** For coverage provided by this endorsement, with respect to your damaged Covered Property, we will pay for loss or damage caused by the Interruption of Services to the premises described in the Declarations. The interruption must result from direct physical loss or damage by an "Equipment Breakdown" to property not on the described premises that provided the following services:

  **(1)** "Water Supply Services", meaning the following types of property supplying water to the premises described in the Declarations:
   **(a)** Pumping stations
   **(b)** Water mains.

  **(2)** "Communications Supply Service", means property supplying communication services including telephone, radio, microwave or television services to the premises described in the Declarations such as:
   **(a)** Communication transmission lines
   **(b)** Coaxial cables; or
   **(c)** Microwave radio relays except satellites
   It does not include overhead transmissions lines.

  **(3)** "Power Supply Service" means the following types of property supplying electricity, steam or gas to the premises described in the Declarations:

   **(a)** Utility generating plants;

   **(b)** Switching stations;

   **(c)** Substations;

   **(d)** Transformers;

   **(e)** Distribution lines;

   **(f)** Underground transmission lines.
   "Power Supply Service" does not include overhead transmission lines.

 **b.** However, we will not pay for any loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

 Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freeze, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

 **c.** Deductibles:

  **(1)** For Business Income and Extra Expense, we will only pay for the loss you sustain after the first **12** hours following the direct physical loss or damage to the off premises property to which this Additional Coverage applies.

  **(2)** For Direct damage losses, a **$1,000** per occurrence deductible applies.

The most we will pay for the sum of all loss, damage, business income and extra expense under this Additional Coverage is **$250,000**. Any amount we pay under this Off-Premises Services Interruption Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more in any one covered loss than a total of **$250,000** as part of and not in addition to the applicable Limit of Insurance for Covered Property. The Coinsurance Condition does not apply to this Additional Coverage.

Exclusion **B.1.e.** of the Causes of Loss Coverage Form attached to your policy does not apply to this Additional Coverage.

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

**n.  Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore "data", including programs and operating systems that are lost as a result of an "Equipment Breakdown". The most we will pay for loss or damage under this coverage is **$250,000**. This Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more in any one covered loss than a total of **$250,000** as part of and not in addition to the applicable Limit of Insurance for Covered Property.

Only for the purposes of the coverage provided under this Data Restoration Additional Coverage, direct physical loss or damage to "data" resulting from an "Equipment Breakdown" includes erasure, derangement (scrambling), or failure of such programs and operating systems to function in the fashion for which it was designed.

Only for the purposes of the coverage provided by this Data Restoration Additional Coverage, "data"  means any information that is electronically magnetically or optically stored, recorded or installed for use in  your information systems or data processing operations.

**o.  Unauthorized Instruction**

We will pay for loss or damage to your "computer equipment" caused by an "unauthorized instruction" which results in an "equipment breakdown".

Any amount we pay under this Unauthorized Instruction Additional Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more than the applicable Limit of Insurance  for Covered Property.

"Unauthorized instruction" means a  virus, harmful code or similar instruction introduced into or enacted on a computer system or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

**p.  Service Interruption**

Any insurance provided for Business Income, Extra Expense or Data Restoration is extended to apply to your loss, damage or expense caused by an "equipment breakdown" to equipment that is owned  by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, data transmission or "cloud computing". The equipment must meet the definition of "equipment breakdown" except that it is not Covered Property.

**q.  Risk Improvement**

If Covered Property suffers direct physical loss or damage due to an "equipment breakdown", we will pay for the insured to improve the "power quality" of the electrical system or equipment at the loss location where the "equipment breakdown" occurred. "Power quality" means the conditions that allow electrical systems or equipment to operate as intended by limiting voltage fluctuations and other power influences that would adversely affect the operational performance and/or reduce the reliability, or the life-span of the electrical system.

We will pay the reasonable extra cost to improve "power quality" for the following electrical systems and/or equipment improvements:

**a.**  Installation of surge protection devices (SPD's) which are installed at the loss location's line disconnect, load disconnect, or on specific pieces of equipment and that are certified by Underwriter Laboratories (UL) or has an equivalent certification.

However SPD's do not include any  SPD's which are cord-connected  surge strips, direct plug-in SPD's or receptacle SPD's;

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

    **b.**   An upgrade and/or replacement of; electrical panels, switchgear and/or circuit breakers; or

    **c.**   Electrical wire and wiring improvements which include installation of; flexible conduit, junction boxes and/or ground wiring.

We will not pay more than **10%**, to a maximum limit of **$10,000**, of the loss amount paid. An invoice for implementation of this Additional Coverage must be sent to us within **180** days after the payment of the loss is received. Any amount we pay under this Risk Improvement Additional  Coverage is subject to, is a part of, and is not in addition to the applicable Limit of Insurance for Covered  Property. Furthermore, this Additional Coverage applies on a per policy basis regardless of the number of  buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay more in any  one covered loss than **10%**, to a maximum limit of **$10,000**, of the loss amount paid as part of and not in addition to the applicable Limit of Insurance  for Covered Property.

    **r.**  **Off-Premises Coverage**

We will pay for loss or damage to Covered Property resulting from a covered "Equipment Breakdown" while temporarily at a premises or location that is not a described premises.

The most we  will pay for loss or damage under this coverage is **$25,000**. This will be a part of and not an addition to the limit per loss. Furthermore, this Additional Coverage applies on a per policy basis regardless of the  number of buildings, premises, or locations we insure on the Policy. Therefore, in no event, will we pay  more in any one covered loss than a total of **$25,000** as part of and not in addition to the applicable Limit of Insurance for Covered Property.

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following are added to **F. Additional Conditions:**

    **3.**  **Suspension**

Whenever Covered Property is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss to that Covered Property for the perils covered by this endorsement. Coverage can be suspended and possibly reinstated by delivering  or mailing a written notice of suspension / coverage reinstatement to:

    **(a)** Your last known address; or

    **(b)** The address where the property is located.

If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be  effective even if we have not yet made or offered a refund.

    **4.**  **Jurisdictional Inspections**

If any Covered Property under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

    **5.**  **Environmental, Safety and Energy Efficiency Improvements**

If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay your additional cost to replace with equipment that is better for the environment, safer, or more energy efficient than the equipment being replaced.

However, we will not pay more than **150%** of what the cost would have been to repair or replace with  like kind and quality. This Condition does not apply to any property to which Actual Cash Value applies.

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

6. **Green Environmental and Efficiency Improvements** If Covered Property requires repair or replacement due to an "Equipment Breakdown", we will pay;

    a. The lesser of the reasonable and necessary additional cost incurred by the Insured to repair or replace physically damaged Covered Property with equipment of like kind and quality which qualifies as "Green". "Like kind and quality" includes similar size and capacity.

    b. The additional reasonable and necessary fees incurred by the Insured for an accredited professional certified by a "Green Authority" to participate in the repair or replacement of physically damaged Covered Property as "Green".

    c. The additional reasonable and necessary cost incurred by the Insured for certification or recertification of the repaired or replaced Covered Property as "Green".

    d. The additional reasonable and necessary cost incurred by the Insured for "Green" in the removal, disposal or recycling of damaged Covered Property.

    e. The business interruption (if covered within the Policy to which the Equipment Breakdown Enhancement Endorsement – Green Environmental and Efficiency Improvements is attached) loss during the additional time required for repair or replacement of Covered Property, consistent with "Green", in the coverage above.

We will not pay more than **150%**, to a maximum limit of **$250,000**, of what the cost would have been to repair or replace with equipment of like kind and quality inclusive of fees, costs and any business interruption loss incurred as stated above.

**Green Environmental and Efficiency Improvements** does not cover any of the following:
a. Covered Property does not included stock, raw materials, finished goods, "production machinery", merchandise, electronic data processing equipment not used in the functional support of the real property, process water, molds and dies, property in the open, property of others for which the Insured is legally liable, or personal property of others.

    b. Any loss adjusted on any valuation basis other than a repair or replacement basis as per the Valuation section of this policy.

    c. Any loss covered under any other section of this policy.

    d. Any cost incurred due to any law or ordinance with which the Insured was legally obligated to comply prior to the time of the "Equipment Breakdown".

These **Additional Conditions** will be part of, and not an addition to, the limits of liability per loss or any other sub-limits of the Policy.

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following is added to **H. Definitions:**

4. "Equipment Breakdown".

    "Equipment Breakdown" as used herein means:

    a. Direct Physical loss or damage both originating within:

      (1) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:

        a. Waste disposal piping;
        b. Any piping forming part of a fire protective system;

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

  **c.**   Furnaces; and

  **d.**   Any water piping other than:

   **(1)** Boiler feed water piping between the feed pump and the boiler; piping carrying steam from one building to another;

   **(2)** Boiler condensate return piping; or

   **(3)** Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes.

 **(2)** All mechanical, electrical, electronic, fiber optic equipment or "electronic equipment"; and

**b.** Caused by, resulting from, or consisting of:

 **(1)** Mechanical breakdown;

 **(2)** Electrical or electronic breakdown and "electronic equipment deficiency"; or

 **(3)** Rupture, bursting, bulging, implosion, or steam explosion.

 **(4)** If covered electrical equipment requires drying out as a result of a flood, we will pay for the direct expenses of such drying out.

However, "Equipment Breakdown" will not mean:

Physical loss or damage caused by or resulting from any of the following; however if loss or damage not otherwise excluded results, then we will pay for such resulting damage:

 **(1)** Wear and Tear;

 **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;

 **(3)** Smog;

 **(4)** Settling, cracking, shrinking or expansion;

 **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

 **(6)** Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation, comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software;

 **(7)** The following causes of loss to personal property:

  **(a)** Dampness or dryness of atmosphere;

  **(b)** Marring or scratching.

 **(8)** Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

  Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, freeze, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water, water damage, earth movement or flood.

**5.**   "Perishable goods" as used herein means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

**6.**   "Green" as used herein means products, materials, methods and processes certified by a "Green Authority" that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

**7.**   "Green Authority" as used herein means an authority on "Green" buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), "Green" Building Initiative Green Globes®, Energy Star Rating System or any other recognized "Green" rating system.

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

8. "Production machinery" as used herein means any machine which processes, forms, shapes, or transports raw materials, materials in process, waste material or finished products.

9. "Electronic equipment" means devices which operate using many small electrical parts such as, but not limited to, microchips, transistors or circuits.

10. "Electronic equipment deficiency" means the quality or condition inside of "electronic equipment" which renders this equipment unexpectedly inoperable and which is operable again once a piece of "electronic equipment" has been replaced.

   However, "electronic equipment deficiency" will not include replacement of "electronic equipment" for any condition that could have be resolved without replacement of the "electronic equipment" including but not limited to "computer equipment" maintenance or the reinstallation or incompatibility of software.

11. "Cloud computing" means on-demand network access to a shared pool of computing resources via networks, servers, storage, applications and services provided by an organization with whom you have a contract with using the following service models: Software as a Service (SaaS), Platform as a Service (PaaS) and Infrastructure as a Service (IaaS) on the following deployment models: public cloud, community cloud, hybrid cloud and private cloud.


## AMENDMENTS TO THE CAUSES OF LOSS – BASIC FORM

 For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following is added to **A. Covered Causes of Loss:**

   **12.** "Equipment Breakdown"

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following replaces **g. Water** under **B. Exclusions:**

   **g. Water**

   **(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal waves, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge);

   **(2)** Mudslide or mudflow;

   **(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain or sump, sump pump or related equipment;

   **(4)** Water under the ground surface pressing on, or flowing or seeping through:

      **(a)** Foundations, walls, floors or paved surfaces;

      **(b)** Basements, whether paved or not; or

      **(c)** Doors, windows or other openings.

   **(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

   This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. But if any of the above, in paragraphs **(1)** through **(5)** above results in fire, explosion, sprinkler leakage or "Equipment Breakdown", we will pay for the loss or damage caused by that fire, explosion, sprinkler leakage or "Equipment Breakdown."

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following **Exclusions** are deleted:

   **B.2.a., B.2.d., B.2.e.**


Contains copyrighted material of Insurance Services Office, Inc., with its permission.

## AMENDMENTS TO THE CAUSES OF LOSS – BROAD FORM

The following is added to **A. Covered Causes of Loss:**

**15.** "Equipment Breakdown"

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following replaces **g. Water** under **B. Exclusions:**

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal waves, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain or sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. But if any of the above, in paragraphs **(1)** through **(5)** above results in fire, explosion, sprinkler leakage or "Equipment Breakdown", we will pay for the loss or damage caused by that fire, explosion, sprinkler leakage or "Equipment Breakdown."

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following **Exclusions** are deleted:
**B.2.a., B.2.b., B.2.c.**

## AMENDMENTS TO THE CAUSES OF LOSS - SPECIAL FORM

The following is included under **A. Covered Causes of Loss:**

"Equipment Breakdown" is included.

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following replaces **g. Water** under **B. Exclusions:**

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal waves, overflow of any body of water, or spray from any of these, all whether driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain or sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. But if any of the above, in paragraphs **(1)** through **(5)** above results in fire, explosion, sprinkler leakage or "Equipment Breakdown", we will pay for the loss or damage caused by that fire, explosion, sprinkler leakage or "Equipment Breakdown."

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following **Exclusions** are deleted:

**B.2.a., B.2.d.(6), B.2.e.**

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, **C.  Limitations** is amended as follows:

All **Limitations** apply to the coverage provided by the Equipment Breakdown Enhancement Endorsement except **C.1.a.** and **C.1.b.**

For purposes of the coverage provided by this Equipment Breakdown Enhancement Endorsement, the following amends **G. Definitions:**

The following is added to the "Specified Causes of Loss" definition:

**2.** "Specified Causes of Loss" includes "Equipment Breakdown".

All other terms and conditions remain unchanged.

Contains copyrighted material of Insurance Services Office, Inc., with its permission.

# GREATER NEW YORK INSURANCE GROUP

## *PROTECTO — GUARD*
### ENHANCED PROPERTY COVERAGE ENDORSEMENT
### FOR *RESTAURANTS*

This endorsement modifies insurance provided under the following:

**BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
**CONDOMINIUM ASSOCIATION COVERAGE FORM**
**CAUSES OF LOSS - SPECIAL FORM**
**BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM**
**BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM**

| TABLE OF COVERAGES | | | |
|---|---|---|---|
| **PROPERTY AND BUSINESS INCOME COVERAGES** | | **LIMIT OF INSURANCE** (INCLUDES LIMITS PROVIDED BY COVERAGE FORMS LISTED ABOVE) | **PAGE #** |
| 1. Accounts Receivable * | | $250,000 | 13 |
| 2. Business Income - Dependent Properties *** | | $50,000 | 36 |
| 3. Business Income - Extended Business Income*** | | 90 days | 36 |
| 4. Debris Removal Additional Limit | | $250,000 | 3 |
| 5. Earthquake and Volcanic Eruption Limited Additional Coverage | | $250,000 Blanket ANN AGG**** | 17 |
| 6. Electronic Data | | $150,000 | 4 |
| 7. Elevator Collision for Personal Property of Others | | $100,000 | 15 |
| 8. Employee Dishonesty * | | $50,000 | 9 |
| 9. Fine Arts | | $150,000 ANN AGG**** | 14 |
| 10. Fine Arts in Transit * | | $10,000 | 36 |
| 11. Fire Department Service Charge | | $25,000 | 4 |
| 12. Fire Protection Equipment Recharge | | $25,000 | 4 |
| 13. Forgery or Alteration | | $5,000 ANN AGG | 12 |
| 14. Money and Securities | | $10,000 Out/$10,000 In | 8 |
| 15. Money Orders and Counterfeit Paper Currency | | $5,000 | 8 |
| 16. Newly Acquired Or Constructed Property — Buildings** | | $500,000 | 5 |
| 17. Newly Acquired Or Constructed Property — Your Business Personal Property* | | 25% of Business Personal Property Limit of Insurance up to $500,000 | 5 |
| 18. Off Premises Services Interruption Limited Additional Coverage | | $250,000 ANN AGG**** | 25 |
| 19. Ordinance or Law Limited Additional Coverage ** | Undamaged Portion | Included in Building Limit | 22 |
| | Demolition | $500,000 | 22 |
| | Increased Cost of Construction | $500,000 | 22 |

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

| TABLE OF COVERAGES | | | |
|---|---|---|---|
| **PROPERTY AND BUSINESS INCOME COVERAGES** | | **LIMIT OF INSURANCE** (INCLUDES LIMITS PROVIDED BY COVERAGE FORMS LISTED ABOVE) | **PAGE #** |
| 20.  Outdoor Antennas & Satellite Dishes | | $10,000 ANN AGG**** | 15 |
| 21.  Outdoor Signs | Attached to Buildings | Included in Building Limit | 15 |
| | Not Attached to Buildings | $25,000 | 7 |
| 22.  Outdoor Fences, Trees, Shrubs and Plants | | $25,000; $500 per Tree, Shrub or Plant | 6 |
| 23.  Personal Effects and Property of Others* | | $10,000 | 5 |
| 24.  Pollutant Cleanup and Removal | | $25,000 ANN AGG | 4 |
| 25.  Preservation of Property* | | 60 days | 4 |
| 26.  Property Distance Extension | | 500 feet | 5, 16, 36 |
| 27.  Property In Transit* | | $50,000 | 36 |
| 28.  Property Off-Premises* | | $25,000 | 6 |
| 29.  Spoilage Limited Additional Coverage * | | $50,000 | 26 |
| 30.  Tenant's Building Glass* | | Within personal property limit | 3 |
| 31.  Valuable Papers and Records Coverage * | | $250,000 ANN AGG | 6 |
| 32.  Water Peril Limited Additional Coverage (Back-up of Sewers, Drains or Sumps; Flood; Mudslide; Water Under the Ground Surface) | | $250,000**** | 28 |

*Applies only if a limit of insurance is shown in the Declarations for Business Personal Property. Any loss is subject to Limit of Insurance for Business Personal Property Coverage.*

** *Applies only if a limit of liability is shown on the Declarations For Building.*

*** *Coverage applies only if a Business Income Coverage Form is included in your policy.*

*****The Limit of Insurance shown for the listed Limited Additional Coverages includes the sum of **all** direct physical loss or damage to Covered Property and any loss of Business Income (applies only if a Business Income Coverage Form is included in your policy) occurring during a 12-month period.  This Limit of Insurance for the Limited Additional Coverages is subject to the Building or Contents Limit of Insurance shown on the Declarations for any single described premises.*

*We will not pay for loss under any coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS if coverage for the same loss is also provided by other coverages extended by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. In such case, if loss is covered under more than one coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, we will pay only under the terms of the coverage that provides the **highest** Limit of Insurance. We will **not** pay for the combined Limits of Insurance of all the coverage(s).*
*In no event will we ever pay more than the Limit of Insurance shown in the Table of Coverages above applicable to the specific coverage, unless indicated differently in the coverage's provisions.*

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

**Building and Personal Property Coverage Form**

**Condominium Association Coverage Form**

The following modifies insurance provided under the Building and Personal Property Coverage Form and The Condominium Association Coverage Form:

**AMENDMENTS TO A.1.b. YOUR BUSINESS PERSONAL PROPERTY**

**TENANT'S BUILDING GLASS**

The following is added to **A. Coverage, 1.** Covered Property, **b. Your Business Personal Property**:

1. As paragraph **A.1.b.(8)** Of the Building and Personal Property Coverage Form; and
2. As paragraph **A.1.b(4)** of the Condominium Association Coverage Form:

Building Glass that is in the care, custody or control of the Insured at a described premises.

**AMENDMENTS TO PROPERTY NOT COVERED**

**DELETIONS FROM PROPERTY NOT COVERED**

Paragraph **A.2.n.** is deleted and replaced with the following:

**n.** Electronic data, except as provided in the Definition of "Software" and "Electronic Data" in the Electronic Data Coverage Extension included in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.   The Electronic Data coverage provided in the Additional Coverages - Electronic Data in the Building and Personal Property Coverage Form is deleted.

"Electronic Data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment.  "Electronic Data" does not include Data in the Definition of "Software" in the Electronic Data Coverage Extension as provided in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

The term computer programs, referred to in the foregoing description of "Electronic Data" and "Software" means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.**, does not apply to your "stock" of prepackaged software.

**AMENDMENTS TO A.4. ADDITIONAL COVERAGES**

**DEBRIS REMOVAL ADDITIONAL LIMIT**

The ADDITIONAL COVERAGE, **Debris Removal** is amended by adding the following paragraphs **A.4.a.(6), A.4.a.(7),** and **A.4.a.(8)**:

The following is added as **A.4.a.(6)** the last paragraph of **Debris Removal:**

**(6)** In addition to the amount of Debris Removal Coverage otherwise provided under **A.4.a.(4)** of the Building and Personal Property Coverage Form or the Condominium Association Coverage Form, under this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, we will pay an additional **$240,000** at each location for any one occurrence for Debris Removal Additional Coverage.

**(7)** We will not pay for expenses you incur to remove debris from your described premises under this Debris Removal Additional Coverage if such debris removal expense is also covered by another Additional Coverage or Coverage Extension (such as the Outdoor Fences, Trees, Shrubs and Plants Coverage Extension) provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS for the same loss.  If loss for the expense you incur to remove

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

fallen trees is covered under this Debris Removal Additional Coverage and the Outdoor Fences, Trees, Shrubs and Plants Coverage Extension, then this Debris Removal Additional Coverage does not apply and only the Outdoor Fences, Trees, Shrubs and Plants Coverage Extension applies to such expenses.

**(8)** This Debris Removal Additional Coverage does not apply to any loss covered under any Limited Additional Coverage (such as Earthquake and Volcanic Eruption or the Flood and / or Mudslide Limited Additional Coverage(s)) extended by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

## PRESERVATION OF PROPERTY

Paragraph **A.4.b.(2) Preservation of Property** is replaced with the following:

Only if the loss or damage occurs within **60** days after the property is first moved.

Payments under Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance for Business Personal Property.

## FIRE DEPARTMENT SERVICE CHARGE

Paragraph **A.4.c. Fire Department Service Charge** is replaced with the following:

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to **$25,000**, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contact or agreement prior to loss; or

**(2)** Required by local ordinance.

No deductible applies to this additional coverage.

## POLLUTANT CLEANUP AND REMOVAL

The following replaces the last paragraph of **A.4.d. Pollutant Cleanup and Removal**:

The most we will pay under this Pollutant Cleanup and Removal Additional Coverage for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate **12**-month period of this policy is **$25,000** Annual Aggregate.  This Annual Aggregate limit applies no matter how many losses occur or how many buildings, premises or locations are insured.

## INCREASED COST OF CONSTRUCTION

Section **A.4.e. Increased Cost of Construction** is deleted.  Coverage for the Increased Cost of Construction is included under Coverage C of the Ordinance or Law Coverage Extension provided elsewhere in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

## ELECTRONIC DATA

**A.4.f.** Electronic Data is amended as follows:

The limit shown under paragraph **(4)** is changed from $2,500 to **$150,000**.

### ADDITIONS TO A.4. ADDITIONAL COVERAGES

The following are added to **A.4. Additional Coverages.** Limits of Insurance indicated in the provisions in this section provide additional Limits to those shown in the Declarations to Covered Building or Business Personal Property, as applicable, unless indicated otherwise within the coverage provision.

### FIRE PROTECTION EQUIPMENT RECHARGE

We will pay expenses you incur to recharge automatic fire protection equipment when such equipment is discharged to fight a fire or as the result of a Covered Cause of Loss.  The most we will pay under this Additional Coverage is **$25,000** for each occurrence.  Payments under this Fire Protection Equipment Recharge Additional Coverage will not increase the Limit of Insurance applicable to Buildings shown in the Declarations.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

**PROPERTY DISTANCE EXTENSION**

In each instance where it appears in the form, the property distance limitation of 100 feet is changed to **500** feet.

Payments under this Property Distance Extension Additional Coverage will not increase the Limit of Insurance applicable to Buildings shown in the Declarations.

## AMENDMENTS TO A.5. COVERAGE EXTENSIONS

**NEWLY ACQUIRED OR CONSTRUCTED PROPERTY - Buildings**

The following is added as the last paragraph of Newly Acquired or Constructed Property **A.5.a.(1)**:

In addition to the limits otherwise provided under paragraph **A.5.a.(1)** of the Newly Acquired or Constructed Property — Buildings Coverage Extension of the Building and Personal Property Coverage Form, we will pay under this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS Newly Acquired or Constructed Property — Buildings Coverage Extension amendment an additional **$250,000** for loss or damage at each building.

The following is added as paragraph **A.5.a.(1)(c)** if your policy provides Blanket Limits of Insurance:

**(c)** If:

(1) A newly acquired or constructed building is at a scheduled location with a blanket limit; or

(2) Coverage is afforded on a policy that contains a single blanket limit for all buildings insured under it;

Then the blanket limits apply to that newly acquired or constructed building, whether or not, in the latter instance, it is on a scheduled location.

However, if there is:

(i) No blanket at all for the policy; or

(ii) Multiple blankets exist on the policy for specific groups of locations but the newly acquired or constructed building is not at any of them;

Then the insured receives temporary coverage at the limit provided in the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

**NEWLY ACQUIRED OR CONSTRUCTED PROPERTY – Your Business Personal Property**

The following is replaces the last paragraph of Newly Acquired Personal Property, **A.5.a.(2)(a)**:

The most we will pay for loss or damage under this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS Newly Acquired or Constructed Property — Your Business Personal Property Coverage Extension is **25%** of the Limit of Insurance shown in the Declarations for Your Business Personal Property, up to a maximum Limit of **$500,000** at each Building.

The following is added as paragraph **A.5.a.(2)(c)**:

**(c)** If:

(1) A newly acquired or constructed building is at a scheduled location with a blanket limit [that includes Business Personal Property]; or

(2) Coverage is afforded on a policy that contains a single blanket limit for all buildings [and/or Business Personal Property] insured under it;

Then the blanket limits apply to that newly acquired or constructed Business Personal Property, whether or not, in the latter instance, it is on a scheduled location.

However, if there is:

(i) No blanket at all for the policy; or

(ii) Multiple blankets exist on the policy for specific groups of locations but the newly acquired or constructed building and Business Personal Property is not at any of them;

Then the insured receives temporary coverage at the limit provided in the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

**PERSONAL EFFECTS AND PROPERTY OF OTHERS**

The following replaces the last paragraph of **A.5.b.** Personal Effects and Property Of Others:

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

The most we will pay for loss or damage under this Coverage Extension is **$2,500** for the Personal Effects and Property Of Others of one person or entity. The most we will pay for loss or damage arising out of one occurrence is **$10,000**. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

## VALUABLE PAPERS AND RECORDS (OTHER THAN ELECTRONIC DATA)

The following amends **A.5.c.** Valuable Papers And Records (Other Than Electronic Data)

1. The following is added to paragraph **A.5.c.(1)**:
   The costs to replace or restore the lost information must be sustained by you because of loss or damage to Valuable Papers And Records (Other Than Electronic Data) caused by a Covered Cause of Loss at a premises described in the Declarations.
2. Paragraphs **A.5.c.(2)** and **A.5.c.(3)** are deleted.
3. The following replaces paragraph **A.5.c.(4)**:
   **(4)** Under this Valuable Papers And Records (Other Than Electronic Data) Coverage Extension, the most we will pay for the total of all costs to replace or restore the lost information in each separate **12**-month policy period is **$250,000** Annual Aggregate. This annual aggregate limit applies no matter how many losses occur during the policy period, or how many buildings, locations or premises are insured by this policy. However, the Annual Aggregate Limit is subject to the Limit of Insurance shown in the Declarations for Business Personal Property. Therefore, in no event will we ever pay more in any single loss than the Limit of Insurance for Business Personal Property shown in the Declarations.
   We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

## PROPERTY OFF-PREMISES

The following replaces Property Off -Premises paragraph **A.5.d.(3)**:

The most we will pay for loss or damage under this Extension is **$25,000**.

## OUTDOOR PROPERTY

The following replaces Extension **A.5.e.** Outdoor Property:

**e. OUTDOOR PROPERTY**

You may extend the insurance provided by this Coverage Form to apply to your Outdoor Property (as described in the specific sections which follow):

**(1) OUTDOOR FENCES, TREES, SHRUBS AND PLANTS**

(a) You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage to your outdoor: fences; trees, shrubs and plants (other than "stock" of trees, shrubs or plants;) including debris removal expense caused by or resulting from any of the following Covered Causes of Loss:

i. Fire;
ii. Lightning;
iii. Explosion;
iv. Vehicles;
v. Riot or civil commotion;
vi. Aircraft;
vii. Vandalism;
viii. Theft.

The most we will pay for loss or damage under this OUTDOOR FENCES, TREES, SHRUBS AND PLANTS Coverage Extension for the outdoor property described above is **$25,000**; but not more than **$500** for any single tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of fences, trees, shrubs and plants lost or damaged in that occurrence.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

**(b)  Removal of Fallen Trees Coverage**

Solely with respect to the debris removal coverage provided under paragraph **e.(1)(a)** above, we will pay for expenses you incur to remove debris of a tree which has fallen onto your described premises from a neighboring property, but only if:

(i)   Direct physical damage to Covered Property is sustained; and

(ii)  The fallen tree is not covered under paragraph **(1)(a)** of this OUTDOOR FENCES, TREES, SHRUBS AND PLANTS Coverage Extension.

The most we will pay under this Removal of Fallen Trees coverage for expenses for the removal of one tree is **$500**.  The most we will pay for the removal of all fallen trees at all described premises shown in the Declarations arising from one occurrence is **$10,000**.

Payments we make under this Removal of Fallen Trees coverage is included in and does not increase the Limit of Insurance applicable to this OUTDOOR FENCES, TREES, SHRUBS AND PLANTS Coverage Extension shown in paragraph **(1)(a)** above.

A Minimum Deductible of **$3,000** applies to Each Occurrence for loss payable under this OUTDOOR FENCES, TREES, SHRUBS AND PLANTS Coverage Extension.  This Minimum Deductible applies unless a higher deductible is shown in the Declarations applicable to Covered Building(s). We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance.

Any payments we make under this OUTDOOR FENCES, TREES, SHRUBS AND PLANTS Coverage Extension are included in and will not increase the Limit of Insurance applicable to Buildings shown in the Declarations.

**(2)  OUTDOOR SIGNS NOT ATTACHED TO BUILDINGS**

**(a)**  You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage to your outdoor signs at a premises described in the Declarations. We will pay for direct physical loss of or damage from a Covered Cause of Loss to such outdoor signs if the signs are not attached to a Covered Building and are:

(i)   Owned by you; or

(ii)  Owned by others but in your care, custody or control.

**(b)  B.** Exclusions of the Causes Of Loss – Special Form do not apply to signs covered under this OUTDOOR SIGNS NOT ATTACHED TO BUILDINGS Coverage Extension, except the following **B.1.** Exclusions:

(i)   Paragraph **B.1.c.** Governmental Action;

(ii)  Paragraph **B.1.d.** Nuclear Hazard; and

(iii)  Paragraph **B.1.f.** War And Military Action.

**(c)**  Under this Outdoor Signs Not Attached To Buildings Coverage Extension, we will not pay for loss or damage caused by or resulting from:

(i)   Wear and tear;

(ii)  Hidden or latent defect;

(iii)  Rust;

(iv)  Corrosion; or

(v)  Mechanical breakdown.

**(d)**  The most we will pay for loss or damage in any one occurrence for Outdoor Signs Not Attached To Buildings is **$10,000**.

**(3)  OUTDOOR ANTENNAS & SATELLITE DISHES**

You may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage to your outdoor radio and television antennas (including satellite dishes) and their lead-in wiring, masts or towers.  We will pay for direct physical loss or damage to such outdoor radio and television antennas caused by or resulting from a Covered Cause of Loss.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

The most we will pay for the sum of all direct physical loss or damage under this Outdoor Antennas & Satellite Dishes Coverage Extension in each separate **12**-month policy period is **$10,000** Annual Aggregate.  This annual aggregate limit applies no matter how many buildings, premises or locations are covered by this policy.

### ADDITIONS TO A.5. COVERAGE EXTENSIONS

Payment under the following added Coverage Extensions is limited to the Limit of Insurance shown on in the Table of Coverages shown on the first page of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.  The Limit shown in the Table of Coverages applicable to any of the added Coverage Extensions provided in the section is **not** additional insurance and will not increase the Limit of Insurance shown in the Declarations for Covered Property.

Any Limit of Insurance shown in this **ADDITIONS TO A.5. COVERAGE EXTENSIONS** section is **excess** over any specific insurance provided by another coverage form of this or any other policy applicable to the same property for the same loss.

The Additional Condition, Coinsurance, does not apply to these added Coverage Extensions.

The following are added to **A.5. COVERAGE EXTENSIONS**

#### MONEY AND SECURITIES

You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to your "money" and "securities", subject to the following provisions:

1. We will pay for direct physical loss of "money" and "securities" used in your business while:
   a. At a bank or savings institution; within your living quarters or the living quarters of your partners or any employee having use and custody of the property;
   b. At the described premises; or
   c. In transit between any of these places,
   resulting directly from:
      (1) Theft, meaning any act of stealing;
      (2) Disappearance; or
      (3) Destruction.
2. In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:
   a. Resulting from accounting or arithmetical errors or omissions;
   b. Due to the giving or surrendering of property in any exchange or purchase; or
   c. Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.
3. The most we will pay for loss in any one occurrence is:
   **a. $10,000** for "money" and "securities" while:
      **(1)** In or on the premises described in the Declarations; or
      **(2)** Within a bank or savings institution; and
   **b. $10,000** for "money" and "securities" while at any other location covered under this extension.
4. **Money Orders and Counterfeit Paper Currency**
   We will also pay up to **$5,000** for direct loss resulting from your having accepted in good faith, in exchange for merchandise, money or services:
   a. Money orders issued by any post office, express company or bank that are not paid upon presentation; or
   b. Counterfeit paper currency that is acquired in the regular course of business.
   Paragraph **a.** of Property Not Covered of the Building and Personal Property Coverage Form does not apply to losses otherwise covered under this Money Orders and Counterfeit Paper Currency coverage. Exclusion **B.2.i.**, of the Causes of Loss Special Form does not apply to losses otherwise covered under this Money Orders and Counterfeit Paper Currency coverage.
5. All loss:

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

a.  Caused by one or more persons; or

b.  Involving a single act or series of related acts;

is considered one occurrence.

6.  You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

7.  Only as respects this Money and Securities Coverage Extension, the following replaces **A.2.a.** Property Not Covered of the Building and Personal Property Coverage Form/Condominium Association Coverage Form:

**2.  Property Not Covered**

Covered Property does not include:

a.  Accounts, bills, currency, deeds, food stamps or other evidences of debt or notes. Lottery tickets held for sale are not securities. "Money" or "Securities" are also Property Not Covered, except as provided under the following added Coverage Extensions of the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS:

(1)  "Money" and "Securities";

(2)  Employee Dishonesty;

(3)  Forgery and Alteration; and

(4)  "Computer Fraud".

8.  The property distance limitation does not apply to "money" and "securities" while at the places listed in paragraph **1.** of this Money And Securities Coverage Extension.

9.  If a loss is covered both under this Money And Securities Coverage Extension and by a Commercial Crime Coverage Part attached to this policy, this coverage will be excess of that coverage, and only the deductible applicable to the Commercial Crime Coverage Part will apply. This provision supersedes any conflicting other insurance provisions.

10. We will not pay for loss under this Money and Securities Coverage Extension that is also covered under any of the following added Coverage Extension(s) providing coverage for the same loss:

a.  "Computer Fraud";

b.  Employee Dishonesty; or

c.  Forgery and Alteration;

of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. When such loss is payable under more than one coverage, the highest limit provided by any single coverage listed above will apply to the loss; however, we will not pay more than this limit. We will not pay a combination of the limits. This exclusion applies to loss that is not covered under the above listed Coverage Extension(s) solely due to exhaustion of limits.

11. For coverage provided under this Money and Securities Coverage Extension, the following definitions are added to the Definitions section:

"Money" means:

a.  Currency, coins and bank notes in current use and having a face value; and

b.  Travelers checks, register checks and money orders held for sale to the public.

"Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

(1)  Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

(2)  Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

**EMPLOYEE DISHONESTY**

You may extend the insurance provided by this Coverage Form to apply to loss of or damage to your Covered Business Personal Property, "money" and "securities" resulting from dishonest acts committed by

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

your employees (as defined in paragraph **10**. below), subject to the following provisions:

1. We will pay for direct physical loss of or damage to your Covered Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

   a. Cause you to sustain loss or damage; and also

   b. Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

      (1) Any employee; or

      (2) Any other person or organization.

2. We will not pay for loss or damage:

   a. Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with other persons; or

   b. Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **1.**), "managers" or directors:

      (1) Whether acting alone or in collusion with other persons; or

      (2) While performing services for you or otherwise.

      (3) The only proof of which as to its existence or amount is:

         (a) An inventory computation; or

         (b) A profit and loss computation.

3. The most we will pay for loss or damage in any one occurrence is **$50,000**.

4. All loss or damage:

   a. Caused by one or more persons; or

   b. Involving a single act or series of related acts;

   is considered one occurrence.

5. We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

6. This Employee Dishonesty Coverage Extension does not apply to any employee immediately upon discovery by:

   a. You; or

   b. Any of your partners, officers or directors not in collusion with the employee;

   of any dishonest act committed by that employee before or after being hired by you.

7. We will pay only for covered loss or damage discovered no later than one year from the end of the policy period.

8. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Employee Dishonesty Coverage Extension, provided:

   a. This Employee Dishonesty Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS became effective at the time of cancellation or termination of the prior insurance; and

   b. The loss or damage would have been covered by this Employee Dishonesty Coverage Extension had it been in effect when the acts or events causing the loss or damage were committed or occurred.

9. The insurance under Paragraph **8**. above is part of, not in addition to, the Limit of Insurance applying to this Employee Dishonesty Coverage Extension and is limited to the lesser of the amount recoverable under:

   a. The Employee Dishonesty Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS as of its effective date; or

   b. The prior insurance had it remained in effect.

10. With respect to the Employee Dishonesty coverage provided by this PROTECTO-GUARD -

Includes copyrighted material of the Insurance Services Office, with its permission.

Copyright, ISO Properties, Inc., 2007.

ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, employee means:

a.  Any natural person:

   (1)  While in your service or for **30** days after termination of service;

   (2)  Who you compensate directly by salary, wages or commissions; and

   (3)  Who you have the right to direct and control while performing services for you:

b.  Any natural person who is furnished temporarily to you:

   (1)  To substitute for a permanent employee as defined in Paragraph **a.** above, who is on leave; or

   (2)  To meet seasonal or short-term work load conditions:

c.  Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **b.** above;

d.  Any natural person who is a former employee, director, partner, member, "manager", representative or trustee retained as a consultant while performing services for you; or

e.  Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

But employee does not mean:

   (1)  Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character;

   (2)  Any "manager", director or trustee except while performing acts coming within the usual duties of an employee; or

   (3)  Your partners or officers.

11. Only as respects this Employee Dishonesty Coverage Extension, the following replaces **A.2.a.** Property Not Covered of the Building and Personal Property Coverage Form/Condominium Association Coverage Form:

   **2.  Property Not Covered**

   Covered Property does not include:

   a.  Accounts, bills, currency, deeds, food stamps or other evidences of debt or notes.  Lottery tickets held for sale are not securities.  "Money" or securities are also Property Not Covered, except as provided under the following Coverage Extensions of the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS:

      (1)  "Money" and "Securities";

      (2)  Employee Dishonesty;

      (3)  Forgery and Alteration; and

      (4)  "Computer Fraud".

12. Exclusion **B.2.h.** of the Causes of Loss-Special Form does not apply to this Employee Dishonesty Coverage Extension.

13. If a loss is covered both under this Employee Dishonesty Coverage Extension and by a Commercial Crime Coverage Part attached this policy, the limits of this Employee Dishonesty Coverage Extension will be excess of that Commercial Crime Coverage Part, and only the deductible applicable to that Commercial Crime Coverage Part will apply.  This provision supersedes any conflicting other insurance provisions.

14. We will not pay for loss under this Employee Dishonesty Coverage Extension that is also covered under any of the following added Coverage Extension(s) providing coverage for the same loss:

a.  Money and Securities;

b.  Forgery and Alteration; or

c.  "Computer Fraud";

of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. When such loss is payable under more than one coverage, the highest limit provided by any single coverage listed above will apply to the loss; however, we will not pay more than this limit.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

We will not pay a combination of the limits.  This exclusion applies to loss that is not covered under the above listed Coverage Extension(s) solely due to exhaustion of limits.

15. For coverage provided under this Employee Dishonesty Coverage Extension, the following definitions are added to the Definitions section:

"Manager" means a person serving in a directorial capacity for a limited liability company.

"Money" means:

a.   Currency, coins and bank notes in current use and having a face value; and

b.   Travelers checks, register checks and money orders held for sale to the public.

"Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

(1) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

(2) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

## FORGERY OR ALTERATION

You may extend the insurance provided by this Coverage Form to apply to direct monetary loss you sustain resulting from Forgery or Alteration, subject to the following provisions:

1. We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

2. If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money," on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

3. For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

4. The most we will pay for any loss, including legal expenses, under this Coverage Extension is **$5,000** in any one policy period. This Annual Aggregate limit applies no matter how many losses occur or how many buildings, locations or premises are covered by this policy.

5. Only as respects this Forgery and Alteration Coverage Extension, the following replaces **A.2.a.** Property Not Covered of the Building and Personal Property Coverage Form / Condominium Association Coverage Form:

   **2.   Property Not Covered**

   Covered Property does not include:

   a.   Accounts, bills, currency, deeds, food stamps or other evidences of debt or notes.  Lottery tickets held for sale are not securities.  "Money" or securities are also Property Not Covered, except as provided under the following Coverage Extensions of the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS:

   (1)  "Money" and "Securities";

   (2)  Employee Dishonesty;

   (3)  Forgery and Alteration; and

   (4)  "Computer Fraud".

6. If a loss is covered both under this Forgery and Alteration Coverage Extension and by a Commercial Crime Coverage Part attached this policy, the limits of this Forgery and Alteration Coverage Extension will be excess of that Forgery and Alteration Coverage provided by the Commercial Crime Coverage Part and only the deductible applicable to the Forgery and Alteration Coverage provided by the Commercial Crime Coverage Part will apply. This provision supersedes any conflicting other insurance provisions.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

7.  We will not pay for loss under this Forgery and Alteration Coverage Extension that is also covered under any of the following added Coverage Extension(s) providing coverage for the same loss:
    a.  Money and Securities;
    b.  Employee Dishonesty; or
    c.  "Computer Fraud";
    of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. When such loss is payable under more than one coverage, the highest limit provided by any single coverage listed above will apply to the loss; however, we will not pay more than this limit. We will not pay a combination of the limits.  This exclusion applies to loss that is not covered under the above listed Coverage Extension(s) solely due to exhaustion of limits.

## ACCOUNTS RECEIVABLE

1.  You may extend the insurance that applies to Your Business Personal Property to apply to accounts receivable as described in the provisions which directly follow.  We will pay:
    **(a)** All amounts due from your customers that you are unable to collect;
    **(b)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;
    **(c)** Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and
    **(d)** Other reasonable expenses that you incur to reestablish your records of accounts receivable;
    that result from direct physical loss or damage to your records of accounts receivable at a designated premises caused by or resulting from any Covered Cause of Loss.

2.  The most we will pay under this Coverage Extension for the sum of all loss occurring during one twelve month policy period is **$250,000**.  This is an annual aggregate limit and applies no matter how many losses occur or how many buildings, premises or locations are insured.  However, the Annual Aggregate Limit is subject to the Limit of Insurance shown in the Declarations for Business Personal Property.  Therefore, in no event will we ever pay more in any single loss than the Limit of Insurance for Business Personal Property shown in the Declarations.

3.  **B.** Exclusions of the Causes of Loss — Special Form do not apply to this Accounts Receivable Coverage Extension except for the following:
    **B.1.c.** Governmental Action
    **B.1.d.** Nuclear Hazard
    **B.1.f.** War and Military Action
    **B.2.h.** Dishonesty
    **B.2.i.** False Pretense
    All Paragraph **B.3.** exclusions.

4.  In addition, the following the exclusions apply:
    **(a)** We will not pay for loss or damage caused by or resulting from electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:
      (i)  Programming errors or faulty machine instructions;
      (ii)  Faulty installation or maintenance of data processing equipment or component parts;
    But we will pay for direct loss or damage caused by lightning.
    **(b)** We will not pay for:
      (i)  Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.
        This exclusion applies only to the extent of the wrongful giving, taking or withholding.
      (ii)  Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.
      (iii)  Any loss or damage that requires any audit of records or any inventory computation to prove

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

its factual existence.

5.  Only as respects this Accounts Receivable Coverage Extension, paragraph **A.2.a.** Property Not Covered of the Building and Personal Property Coverage Form/Condominium Association Coverage Form is replaced with the following:

    **2.  Property Not Covered**

    Covered Property does not include:

    a.  Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities. Accounts Receivable (as defined in this Coverage Extension) is also Property Not Covered, except as provided under the Accounts Receivable Coverage Extension contained in the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS;

6.  If a loss is covered both under this Accounts Receivable Coverage Extension and by an Accounts Receivable Coverage Form attached this policy, the limits of this Accounts Receivable Coverage Extension will be excess of that Accounts Receivable Coverage Form, and only the deductible applicable to that Accounts Receivable Coverage Form will apply. This provision supersedes any conflicting other insurance provisions.

**FINE ARTS**

1.  You may extend the insurance that applies to Your Business Personal Property to apply to "Fine Arts" as described in the provisions which directly follow. We will pay for direct physical loss or damage to your "Fine Arts" arising from a Covered Cause of Loss. This "Fine Arts" Coverage is subject to all the terms, Limitations, Exclusions and Conditions of the Building and Personal Property Form, the Condominium Association Coverage Form and the Causes of Loss – Special Form except as follows:

    (a) **B. Exclusions** of the Causes of Loss – Special Form do not apply to this coverage, except:
    o  **B.1.b.**, **B.1.c.**, **B.1.d.**, **B.1.f.** and **B.1.g.**;
    o  **B.2.b.**; **B.2.d.**; **B.2.h.**; **B.2.i.**; **B.2.j.**; **B.2.l.**; and **B.2.m**.

    (b) Only as respects the coverage provided under this "Fine Arts" Coverage Extension, **C. Limitations**, Paragraph **3.b.** of the Causes of Loss – Special Form does not apply to "antique" jewelry.

    (c) Only as respects the coverage provided under this "Fine Arts" Coverage Extension, **F.1.b.**, paragraph **(3)** of the Causes of Loss – Special Form is replaced with the following:
    **(3)** Theft by forced entry into a securely locked body or compartment of a vehicle. There must be visible marks of the forced entry.

2.  We will not pay for loss or damage under this "Fine Arts" Coverage Extension resulting from any of the following:

    (a) We do not pay for loss or damage caused by breakage, marring, or scratching of art glass windows, glassware, statuary, marble objects, bric-a-brac, porcelains, or similar fragile articles unless loss is a result of a "specified peril."

    (b) We do not pay for loss or damage caused by processing of or work upon the covered property including repairs or restoration.

    (c) We do not pay for any loss or damage caused by diminution of value due to gradual deterioration, fading or other loss caused by exposure to light, heat or other atmospheric or environmental conditions.

3.  Only as respects the coverage provided under this "Fine Arts" Coverage Extension, the following definitions are added:

    (a) "Antique," means an object having value because its:
    (i) Craftsmanship is in the style or fashion of former times; and
    (ii) Age is 100 years old or older.

    (b) "Fine Arts" means paintings; etchings; pictures, tapestries; rare or art glass; art glass windows; valuable rugs; statuary; sculptures; "antique" furniture; "antique" jewelry; bric-a brac; porcelains; and similar property of rarity, historical value, or artistic merit. The following are not "Fine Arts:" coins

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

and stamps; jewelry (except "antique" jewelry); precious or semi-precious stones; gold, silver, platinum or other precious metals or alloys; automobiles, or any other self-propelled vehicles designed for highway use; furs; or money.

4. The most we will pay for all direct physical loss of or damage to "Fine Arts" under this "Fine Arts" Coverage Extension in one twelve month policy period is **$150,000**. This Annual Aggregate limit applies no matter how many losses occur or how many building, premises or locations we insure. However, the Annual Aggregate Limit is subject to the Limit of Insurance shown in the Declarations for Business Personal Property. Therefore, in no event will we ever pay more in any single loss than the Limit of Insurance for Business Personal Property shown in the Declarations.

5. If a loss is covered both under this "Fine Arts" Coverage Extension and by a Fine Arts Coverage Form attached to this policy, this "Fine Arts" Coverage Extension will be excess of the Limits of Insurance provided by the Fine Arts Coverage Form, and the deductible applicable to that Fine Arts Coverage Form will apply. This provision supersedes any conflicting other insurance provisions.

## ELEVATOR COLLISION FOR PERSONAL PROPERTY OF OTHERS

You may extend the insurance that applies to the Personal Property of Others to apply direct physical loss of or damage to the Personal Property of Others caused by elevator collision, subject to the following provisions:

We will pay for direct physical loss of or damage to the Personal Property of Others in your care custody or control if:

1. The loss or damage is caused by collision of your elevator, or any property inside the elevator, with the elevator or any other objects; and

2. You are legally liable for that loss or damage.

Under this coverage, the most we will pay for any one occurrence is **$100,000**.

## AMENDMENTS TO C. LIMITS OF INSURANCE

### SIGNS ATTACHED TO BUILDINGS

The following paragraph is deleted from section **C**. **Limits of Insurance**:

"The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is **$1,000** per sign in any one occurrence."

## AMENDMENTS TO D. DEDUCTIBLE

The following is added as the last paragraph of **D.** Deductible:

Coverages provided under the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS are subject to the deductibles shown in the Commercial Property Declarations, unless a different deductible is specified as applicable to a particular coverage within the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS or a PROTECTO-GUARD CHANGE ENDORSEMENT attached to your policy.

## AMENDMENTS TO CAUSES OF LOSS - SPECIAL FORM

The following modifies insurance provided under the Causes of Loss - Special Form:

## AMENDMENTS TO EXCLUSIONS - CAUSES OF LOSS - SPECIAL FORM

The following amends the coverage provided under the Causes of Loss – Special Form:

## "FUNGUS," WET OR DRY ROT, OR BACTERIA

The following replaces paragraph **1.h.** under **B.** Exclusions:

h. **"Fungus," Wet or Dry Rot, or Bacteria**

As respects coverage provided by this **PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS**, the exclusion titled "Fungus", Wet Rot, Dry Rot in the **Causes of Loss – Special Form** is deleted and replaced with the following:

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

**"Fungus," Wet or Dry Rot, or Bacteria**

As respects the coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, we will not pay for loss or damage caused directly or indirectly by "fungus", wet rot, dry rot and bacteria. Such loss or damage because of the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion does not apply to the extent that coverage is provided for "fungus", wet rot, dry rot and bacteria in specific Limited Additional Coverages and only to the extent such coverage is described in the **ADDITIONS TO ADDITIONAL COVERAGES – CAUSES OF LOSS – SPECIAL FORM** section which follows in this **PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS**.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

As respects the coverage provided by this **PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS** the Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria in the Causes of Loss – Special Form remains otherwise unmodified, unless indicated in the specific Limited Additional Coverages **ADDITIONS TO ADDITIONAL COVERAGES – CAUSES OF LOSS – SPECIAL FORM** section which follows.

## MAINTENANCE OF HEAT OR WINTERIZATION REQUIREMENT

The following replaces paragraph **2.g.** under **B. Exclusions**:

2.   We will not pay for loss or damage caused by or resulting from any of the following:

g.   Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless all reasonable and prudent means have been taken to ensure that:

(1)   Heat in the building, structure or unit has been maintained; or

(2)   The plumbing, heating, air conditioning or other equipment has been drained and the supply shut off, if the heat is not maintained.

## AMENDMENTS TO THE PROPERTY DISTANCE EXTENSION

The following amends the coverage provided under the Causes of Loss – Special Form:

**PROPERTY DISTANCE EXTENSION**

In each instance where it appears in the form, the property distance limitation of 100 feet is changed to **500** feet. Loss payment under this Additional Coverage will not increase the applicable Limit of Insurance.

### ADDITIONS TO ADDITIONAL COVERAGES – CAUSES OF LOSS – SPECIAL FORM

The following amendments apply to **ADDITIONAL COVERAGES** of the **CAUSES OF LOSS – SPECIAL FORM**.

As used in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, Limited Additional Coverages means:

1.   The Limits of Insurance provided by the coverages in the following section are limited to the amount shown in the Table of Coverages and only to the extent as specified in each Limited Additional Coverage provision; and

2.   No other coverage provided in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS contributes Limits in addition to the Limited Additional Coverages described in this section.

The following are added as ADDITIONAL COVERAGES:

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

**ADDITIONAL COVERAGE – EARTHQUAKE AND VOLCANIC ERUPTION LIMITED ADDITIONAL COVERAGE**

A.  This EARTHQUAKE AND VOLCANIC ERUPTION LIMITED ADDITIONAL COVERAGE applies to the Covered Property for which a Limit of Insurance is shown in the Declarations.

B.  **Limited Additional Coverage**

1.  Subject to the terms contained in this Earthquake and Volcanic Eruption provision, Earthquake and Volcanic Eruption Limited Additional Coverage as described immediately below are provided.  As used in this coverage provision, Earthquake and Volcanic Eruption means:

    a.  Earthquake, and

    b.  Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

2.  We will pay for loss or damage caused by or resulting from Earthquake and Volcanic Eruption as defined in paragraph **1.** above. As used in this Limited Additional Coverage, the term loss or damage means direct physical loss or damage to Covered Property caused by the causes described in paragraph **1.** above, including the cost of removal of the debris resulting from the loss or damage to the Covered Property.

    If a Business Income and Extra Expense or Business Income Without Extra Expense Coverage Form is attached to your policy, we will also pay for your actual loss of income (and extra expense if applicable) arising out of the direct physical loss of or damage to Covered Property caused by or resulting from Earthquake and Volcanic Eruption.

3.  All Earthquake shocks or Volcanic Eruptions that occur within any **168**-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

C.  **Exclusions, Limitations And Related Provisions**

1.  To the extent that the Earth Movement Exclusion in the Causes of Loss – Special Form might conflict with coverage provided under this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, the Earth Movement Exclusion does not apply.

2.  The Exclusions and Limitation(s) sections of the Causes of Loss - Special Form apply to Earthquake and Volcanic Eruption Limited Additional Coverage provided by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, except as provided in **a.** and **b.** immediately below:

    a.  The Earth Movement Exclusion in the Causes of Loss - Special Form does not apply to Earthquakes and Volcanic Eruptions otherwise covered by this Earthquake and Volcanic Eruption Limited Additional Coverage provided by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

    b.  The exclusion of collapse, in the Causes of Loss-Special Form does not apply to collapse caused by Earthquakes or Volcanic Eruptions otherwise covered by this Earthquake and Volcanic Eruption Limited Additional Coverage provided by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

3.  The Additional Coverage – Collapse, in the Causes of Loss – Special Form does not apply to collapse caused by Earthquake and/or Volcanic Eruption.

4.  We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

5.  We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

6.  The Ordinance Or Law Exclusion in the Causes of Loss – Special Form continues to apply with respect to any loss under this Coverage Part including any loss under this Earthquake and Volcanic Eruption Limited Additional Coverage provided by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, unless Ordinance Or Law Coverage is added by a separate endorsement.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

7. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this Earthquake and Volcanic Eruption Limited Additional Coverage provided by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

   This limitation does not apply if less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

   This limitation (**C.7.**) does not apply if:

   a. The Declarations indicate that the "Including Masonry Veneer" option applies; or

   b. Less than **10%** of the total outside wall area is faced with masonry veneer (excluding stucco).

8. Any loss or damage to land, and/or any cost arising out of the need to restore or remediate land is excluded. Land is not covered property, nor is the cost of excavations, grading, backfilling or filling.

9. The Additional Coverage - Earthquake and Volcanic Eruption Limited Additional Coverage provided by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS is not a "specified cause of loss."

D. **No Coinsurance**

The Coinsurance Condition in this policy, if any, does not apply to Earthquake and Volcanic Eruption Limited Additional Coverage.

Various Coverage Extensions in the Commercial Property Coverage Part require coinsurance. The coinsurance requirement for such Coverage Extensions is eliminated with respect to coverage provided under Earthquake and Volcanic Eruption Limited Additional Coverage.

E. **Limits**

As respects Earthquake and Volcanic Eruption Limited Additional Coverage provided by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, the following replaces the Limits of Insurance sections in the applicable coverage forms:

The term Limit of Insurance means the Limit of Insurance applicable to Earthquake – Volcanic Eruption Limited Additional Coverage shown on the first page of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS or on an Earthquake – Volcanic Eruption Coverage Schedule attached to your policy.

1. **Blanket Annual Aggregate Limit**

   Subject to **E.3.** below, the Blanket Annual Aggregate Limit of Insurance applicable to Earthquake and Volcanic Eruption Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS is **$250,000** Blanket Annual Aggregate.

   This is a Blanket Annual Aggregate limit and applies no matter how many:

   a. Locations, premises, or buildings covered, or

   b. Types of coverage (such as Building, Business Personal Property, Business Income, Ordinance or Law, etc.) included in your policy are involved in a single Earthquake or Volcanic Eruption.

   As used in this provision, Blanket Annual Aggregate Limit means that the **$250,000** Limit indicated above is the most we will pay for the total of **all** loss or damage to Buildings and Business Personal Property (including any loss of income payable under the Business Interruption with or without Extra Expense Coverage Form(s) if attached to your policy) caused by Earthquake and/or Volcanic Eruption in a **12**-month period (starting with the beginning of the present annual policy period), even if there is more than one Earthquake and/or Volcanic Eruption during that period of time. Therefore, if the first Earthquake or Volcanic Eruption does not exhaust the Limit of Insurance, then only the balance of that Limit is available for a subsequent Earthquake(s) and/or Volcanic Eruption(s), should they also occur within the 12-month policy period.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

If a single Earthquake or Volcanic Eruption (as defined in Section **A.** of this coverage) begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance applicable to the following annual policy period will not apply to such Earthquake or Volcanic Eruption.

2. **Additional Coverages, Coverage Extensions and Endorsements**

   Amounts payable under Additional Coverages, Coverage Extensions or endorsements (except endorsements specifically providing additional Earthquake and Volcanic Eruption Coverage limits) attached to your policy do not increase the Blanket Annual Aggregate Limit of Insurance for Earthquake And Volcanic Eruption Limited Additional Coverage described in paragraph **E.1.** above and provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. However, this Blanket Annual Aggregate Limit of Insurance is subject to paragraph **E.3.** below.

3. **Limitation For Covered Property**

   We will not pay more for direct physical loss of or damage to Covered Property in any single occurrence than we would pay in the absence of the Earthquake and Volcanic Eruption Blanket Annual Aggregate Limit. Therefore, the maximum amount payable for Covered Property is the Limit of Insurance or stated value (as shown in a Statement of Values on file with us) specific to that Building or Business Personal Property for fire losses shown in the Declarations.

4. **Ensuing Loss**

   If a Cause of Loss (such as fire) is covered by means of an exception to the Earth Movement Exclusion in the Causes of Loss Form, we will also pay for the loss or damage caused by that other Covered Cause of Loss. But the most we will pay for the total of all loss or damage caused by the Earthquake, Volcanic Eruption and that other Covered Cause of Loss is the Limit of Insurance applicable to such other Covered Cause of Loss.  We will not pay the sum of the two Limits.  We will not pay more for the Earthquake and Volcanic Eruption portion of the loss than the Earthquake and Volcanic Eruption Limited Additional Coverage Limit of Insurance shown on the first page of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

   **Examples – Ensuing Loss**

   Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes of Loss – Basic Form (which covers fire) and this Earthquake and Volcanic Eruption Limited Additional Coverage.

   o   A building is damaged by Earthquake, and by Fire which is caused by the Earthquake.
   o   The value of the damaged building is $1,000,000.
   o   The Limit of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000.
   o   The Limit of Insurance for Earthquake – Volcanic Eruption is $250,000.
   o   The Earthquake Deductible amount is $10,000.

   **Example #1**

   The damage due to Earthquake is $500,000.

   The damage due to Fire is $500,000.

   Payment for Earthquake damage is $250,000 ($500,000 damage minus $10,000 Earthquake deductible = $490,000; Limit is $250,000)

   Payment for Fire damage is $500,000 ($500,000 damage capped at the difference between the Basic Limit and the Earthquake Limit)

   Total Loss Payment is $750,000.

   **Example #2**

   The damage due to Earthquake is $800,000.

   The damage due to Fire is $100,000.

   Payment for Earthquake damage is $250,000 ($800,000 damage minus $10,000 Earthquake deductible = $790,000; Limit is $250,000)

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

Payment for Fire damage is $100,000 (amount of damage)

Total Loss Payment is $350,000.

5. **Business Income, Extra Expense and Actual Loss Sustained**

The Actual Loss Sustained Coverage provided by a separate endorsement attached to your policy does not apply to the Earthquake and Volcanic Eruption Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

F. **Property Damage Deductible**

Only as respects the coverage provided in this EARTHQUAKE AND VOLCANIC ERUPTION LIMITED ADDITIONAL COVERAGE, the Deductible section in the Building and Personal Property Coverage Form is replaced with the following:

1. The Deductible provisions apply to each Earthquake or Volcanic Eruption as defined in **B.3.** of this Earthquake or Volcanic Eruption Limited Additional Coverage and ensuing loss;

2. The Deductible for Earthquake and Volcanic Eruption Limited Additional Coverage is **$10,000**.

3. Separate Deductibles apply to: each building, personal property at each building and personal property in the open. Deductibles are applied separately even if:

   a. Two or more buildings sustain loss or damage;

   b. Personal property at two or more buildings sustains loss or damage; and / or

   c. A building and the personal property in that building sustain loss or damage.

4. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance.

5. If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g. fire) that is covered by means of an exception to the Earth Movement Exclusion in the Causes of Loss – Special Form, then only the Earthquake and Volcanic Eruption Deductible provisions provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS apply.

6. Earthquake and Volcanic Eruption Limited Additional Coverage Deductibles provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS are applicable to all Coverage Forms attached to this Coverage Part except:

   a. Business Income (And Extra Expense) Coverage Form;

   b. Business Income (Without Extra Expense) Coverage Form; and

   c. Extra Expense Coverage Form.

G. **Limitation to Designated Buildings, Locations and Premises**

Earthquake and Volcanic Eruption Limited Additional Coverage applies only at buildings, locations and premises scheduled for property coverage in the Declarations.

Earthquake and Volcanic Eruption Limited Additional Coverage does not apply to the **Newly Acquired or Constructed Property Coverage Extension** or to the **Business Personal Property At Unspecified Locations Coverage Extension**.

H. **Other Insurance Condition**

The following is added to the Other Insurance section of the Commercial Property Conditions:

You may purchase Earthquake and Volcanic Eruption Insurance in excess of the amount(s) provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.  Excess Earthquake and Volcanic Eruption insurance will not be considered other insurance, nor shall it be considered in the application of any pro-rata liability.

## ORDINANCE OR LAW LIMITED ADDITIONAL COVERAGE

I. **APPLICATION OF COVERAGE(S)**

This Ordinance or Law Limited Additional Coverage applies only if both **I.(1)** and **I.(2)** are satisfied, and is then subject to the qualifications set forth in **I.(3).**

Includes copyrighted material of the Insurance Services Office, with its permission.

Copyright, ISO Properties, Inc., 2007.

(1) The ordinance or law;

    (a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

    (b) Is in force at the described premises at the time of loss.

But this Ordinance or Law Limited Additional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Ordinance or Law Limited Additional Coverage.

(2) (a) A building that is described in the Declarations sustains direct physical damage that is covered under this policy and such damage results in the enforcement of the ordinance or law; or

    (b) A building that is described in the Declarations sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

    (c) But if a building that is described in the Declarations sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Ordinance or Law Limited Additional Coverage even if the building has also sustained covered direct physical damage.

(3) In the situation described in **(2)(b)** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A**, **B**, and/or **C** of this Ordinance or Law Limited Additional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.   (See **Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses** below.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms *of* Coverages **A**, **B** and/or **C** of this Ordinance or Law Limited Additional Coverage.

**Example of Proportionate Loss Payment for Ordinance Or Law Limited Additional Coverage Losses** (procedure as set forth in Section **I.(3)** of this endorsement.)

**Assume**:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss
- The building has a value of $200,000
- Total direct physical damage to building:  $100,000
- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value
- Portion of direct physical damage that is covered (caused by wind): $30,000
- Portion of direct physical damage that is not covered (caused by flood): $70,000
- Loss under Ordinance Or Law Limited Additional Coverage, Coverage**C** of this endorsement: $60,000

Step **1**:

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 | $100,000 = .30

Step **2**:

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

## II.  COVERAGE

### Coverage A — Coverage for Loss to the Undamaged Portion of the Building

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

With respect to the building that has sustained covered direct physical damage, we will pay under **Coverage A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building. **Coverage A** is included within the Limit of Insurance shown in the Declarations as applicable to the Covered Building. **Coverage A** does not increase the Limit of Insurance.

### Coverage B – Demolition Cost Coverage

With respect to the building described in the Declarations that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

### Coverage C – Increased Cost Of Construction Coverage

(1) With respect to the building described in the Declarations that has sustained covered direct physical damage, we will pay the increased cost to:

(a) Repair or reconstruct damaged portions of that building; and / or;

(b) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

(i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(ii) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost Of Construction Coverage.

(2) When a building is damaged or destroyed and **Coverage C** applies to that building in accordance with paragraph **(1)** of **Coverage C** – Increased Cost of Construction, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **(1)**:

(a) The cost of excavations, grading, backfilling and filling;

(b) Foundation of the building;

(c) Pilings; and

(d) Underground pipes, flues and drains.

The items listed in **(2)(a)** through **(2)(d)** above are deleted from Property Not Covered, but only with respect to the coverage described in **Coverage C** – Increased Cost Of Construction, paragraph **(2)**.

## III. LOSS PAYMENT

(1) The following **Loss Payment** provisions **III.(2)** and **III.(3)** are subject to the apportionment procedures set forth in section **I.(3)** of **Application of Coverage(s)**.

(2) **Coverage A**

When there is a loss in value of an undamaged portion of a building to which **Coverage A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

(a) If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(i) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

(ii) The Limit of Insurance shown in the Declarations as applicable to the covered building.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

(b) If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, we will not pay more than the lesser of:

(i) The actual cash value of the building at the time of loss; or

(ii) The Limit of Insurance shown in the Declarations as applicable to the covered building.

**(1)** *Coverages B* and *C*

(a) Loss payment under *Coverage B* — Demolition Cost Coverage will be determined as follows: We will not pay more than the lesser of the following:

(i) The amount you actually spend to demolish and clear the site of the described premises; or

(ii) **$500,000**.

(b) Loss payment under *Coverage C* — Increased Cost of Construction Coverage will be determined as follows:

(i) We will not pay under *Coverage C*:

(*A*) Until the property is actually repaired or replaced, at the same or another premises; and

(*B*) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years.  We may extend this period in writing during the two years.

(ii) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under *Coverage C* is the lesser of:

(*A*) The increased cost of construction at the same premises; or

(*B*) **$500,000**.

(iii) If the ordinance or law requires relocation to another premises, the most we will pay under *Coverage C* is the lesser of:

(*A*) The increased cost of construction at the new premises; or

(*B*) **$500,000**.

(c) Blanket limits:  *Coverages B* and *C*

The limits provided under this Additional Coverage for *Coverage B* and **Coverage C** apply on a blanket basis.  Regardless of the number of buildings or locations involved in an occurrence, the most we will pay for all damages arising from one occurrence is **$500,000** for each of these coverages.

## IV.  ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS

The following applies to all Additional Coverages and Coverage Extensions provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS or by the Causes of Loss — Special Form or by the Building and Personal Property Coverage Form or the Condominium Association Coverage Form:

Amounts payable under Additional Coverages, Coverage Extensions (except provided by separate endorsements specifically providing additional Ordinance or Law Coverage limits) do not increase the Limit of Insurance shown on the first page of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS for Ordinance or Law Limited Additional Coverage.  However:

1. If the loss or damage to Covered Buildings is covered under this Ordinance or Law Limited Additional Coverage and also covered under the Ordinance or Law Coverage Endorsement Form CP 04 05, the latter coverage is excess over the applicable Limit of Insurance provided by the Ordinance or Law Limited Additional Coverage.

2. If the loss or damage to Covered Buildings is covered under this Ordinance or Law Limited Additional Coverage and is also covered under the Blanket Ordinance Or Law Coverage Endorsement Form ORD01, the most we will pay for the total of all loss or damage is the Limit of Insurance applicable to Ordinance or Law Coverage Limited Additional Coverage.

3. **Business Income, Extra Expense and Actual Loss Sustained**

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

The Actual Loss Sustained Coverage provided by a separate endorsement attached to your policy does not apply to the Ordinance or Law Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

With respect to Business Income and Extra Expense Coverage:

(a) If your policy includes either the Business Income (and Extra Expense) Coverage Form or the Business Income (Without Extra Expense) Coverage Form, your coverage is extended to include business income loss resulting from loss or damage otherwise payable under this Ordinance or Law Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS (except as regards Actual Loss Sustained coverage); and

(b) Any amount payable for business income (including any amounts payable for Extra Expense) is included in and is not in addition to the Limit of Insurance described in paragraph **(3)** of **III.** Loss Payment of this Ordinance or Law Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

**V. EXCLUSIONS**

In addition to the exclusions in your Commercial Property Coverage Part, the following exclusions apply to this Ordinance or Law Limited Additional Coverage:

1. **Failure to Comply Prior to Loss**

   Under this Ordinance or Law Limited Additional Coverage, we will not pay for loss due to any ordinance or law that:

   (a) You were required to comply with before the loss, even if the building was undamaged; and

   (b) You failed to comply with.

2. **Pollution**

   We will not pay under Coverage **A**, **B** and/or **C** of this Additional Coverage for:

   **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants;"

   **(b)** Any costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

3. **"Fungus," Wet or Dry Rot, or Bacteria**

   As respects this Ordinance or Law Additional Coverage, the exclusion titled "Fungus", Wet Rot, Dry Rot and Bacteria and the Additional Coverage — Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria in the Causes of Loss — Special Form are deleted. The following exclusion is added:

   We will not pay under Coverage **A**, **B** or **C** for:

   **(a)** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

   **(b)** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet or dry rot or bacteria.

**VI. ORDINANCE OR LAW EXCLUSION**

**B.** Exclusions, **1.a**. Ordinance or Law of the Causes of Loss — Special Form does not apply to this Additional Coverage.

**ADDITIONAL COVERAGE — OFF-PREMISES SERVICES INTERRUPTION LIMITED ADDITIONAL COVERAGE**

The coverage described in this section applies only when an Interruption of Off-Premises Services occurs during the policy period and only if all reasonable means were used to save and preserve the Covered

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

Property from further damage at the time of and after the occurrence.

(1) We will pay for direct physical loss of or damage to Covered Property occurring at the premises described in the Declarations caused by the Interruption of Off Premises Services to those premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provided the following services:

    (a) **Water Supply Services**, meaning the following types of property supplying water to the premises described in the Declarations:

        i.  Pumping stations;

        ii.  Water mains.

    (b) **Communications Supply Service** means property supplying communication services including telephone, radio, microwave or television services to the premises described in the Declarations such as:

        i.  Communication transmission lines;

        ii  Coaxial cables;

        iii.  Microwave radio relays except satellites.

    (c) **Power Supply Service** means the following types of property supplying electricity, steam or gas to the premises described in the Declarations:

        i.  Utility generating plants;

        ii.  Switching stations;

        iii.  Substations;

        iv.  Transformers;

        v.  Transmission lines.

        **Power Supply Service** does not include overhead transmission lines.

(2) **Deductibles**:

As respects Business Income and Extra Expense coverage provided in this Off-Premises Services Interruption Limited Additional Coverage, we will only pay for the loss you sustain after the first **12** hours following the direct physical loss or damage to the off premises property to which this Additional Coverage applies. For Direct Damage losses, a **$1,000** per occurrence deductible applies.

(3) **Annual Aggregate Limit of Insurance**

Subject to the Limit of Insurance shown in the Declarations for any single Building or Business Personal Property insured under this policy and paragraph **(4)** immediately below, the most we will pay for the sum of **all** direct and indirect loss or damage (i.e., the total of all direct physical loss of or damage to Covered Property, plus all loss payable under Business Income and Extra Expense) under this Off Premises Services Interruption Limited Additional Coverage is **$250,000**. This is an Annual Aggregate Limit of Insurance and applies no matter how many losses occur or claims are made or how many buildings, premises or locations are covered by this policy.

**Definition:** The term Annual Aggregate Limit of Insurance means this amount is the **most** we will pay for the total of **all** loss or damage to covered Building and Business Personal Property, including loss of income payable under the Business Income with or without Extra Expense Coverage Form(s), from **all** Off Premises Services Interruption(s) (as described in Paragraph **(1)** above), occurring during a **12**-month policy period (starting with the beginning of the present annual policy period), even if there is more than one occurrence of Off Premises Services Interruption during that period of time.

**How the Annual Aggregate Applies:** If there is more than one Off Premises Services Interruption occurrence in a **12**-month policy period, the most we will pay for the total of all loss or damage sustained during that period of time is the amount shown as the Annual Aggregate Limit of Insurance for Off Premises Services Interruption Limited Additional Coverage in the Table of Coverages of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. Should the first Off Premises Services Interruption not exhaust the Annual Aggregate Limit of Insurance, then the balance of that Limit is available for any subsequent Off Premises Services Interruptions that occur during the **12** month policy period.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

With respect to the Annual Aggregate Limit, we will not pay more than a total of **$250,000** even if the Off Premises Services Interruption continues to be present or active, or recurs, in a later policy period.

(4) **Loss Payment for Buildings and Personal Property Will Not Exceed Insured Limit**

The coverage provided under this Off Premises Services Interruption Limited Additional Coverage does not increase the applicable Limit of Insurance shown in the Declarations on any Covered Property. Under this Off Premises Services Interruption Limited Additional Coverage, we will never pay more for any direct damage loss in any single occurrence than the Limit of Insurance shown in the Declarations for Covered Property.

(5) To the extent that a part of the Utility Services Exclusion(s) might conflict with coverage provided under this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, that part of **B.1.e.** Utility Exclusion does not apply.

(6) If a loss is covered both under this Off Premises Services Interruption Limited Additional Coverage and by a separate endorsement providing Off Premises or Utility Services coverage (specific insurance) attached to this policy, the limits of this Off Premises Services Interruption Limited Additional Coverage Extension will be excess of that separate Utility Services or Off Premises Services Endorsement, and only the deductible applicable to that separate Utility Services or Off Premises Endorsement will apply to the loss.

(7) The Additional Condition, Coinsurance, does not apply to this Off Premises Services Interruption Limited Additional Coverage.

**SPOILAGE LIMITED ADDITIONAL COVERAGE**

Your coverage is extended to insure against direct physical loss or damage to "perishable stock" as described in paragraph **C.** below, but only to the extent described within this **SPOILAGE LIMITED ADDITIONAL COVERAGE**.

**A.** Paragraph **A.1. COVERED PROPERTY** is extended to include the following:

    **1. Covered Property**

    Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

**B.** The following is added to Paragraph **A.2. PROPERTY NOT COVERED:**

    **q. Property located:**

      **(1)** On buildings;

      **(2)** In the open; or

      **(3)** In vehicles.

**C.** Only as respects coverage provided by this **SPOILAGE LIMITED ADDITIONAL COVERAGE**, the following applies:

    **C.** SPOILAGE DEFINITION

    **SPOILAGE** means the following:

      **a. Breakdown** or **Contamination**, meaning:

        **(1)** Change in temperature or humidity resulting from mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

        **(2)** Contamination by the refrigerant.

      **b. Power Outage**, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**D.** We will not pay for any loss or damage:

    **1.** Covered elsewhere under this Coverage Part or endorsement; or

    **2.** Not covered elsewhere under this Coverage Part or endorsement due to exhaustion of limits;

    except when Spoilage coverage is provided by the attachment of ISO Spoilage Coverage endorsement CP 04 40.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

If ISO Spoilage Coverage endorsement CP 04 40 is attached to your policy, the limit of insurance provided in paragraph **K.** below of this **SPOILAGE LIMITED ADDITIONAL COVERAGE** is excess over any Limit of Insurance shown in the Schedule of the ISO Spoilage Coverage endorsement CP 04 40 or over the amount due from the ISO Spoilage Coverage endorsement, whichever is less.

**E.** Paragraph **A.5. COVERAGE EXTENSIONS** does not apply.

**F.** Paragraph **B. EXCLUSIONS** is replaced by the following:

    **B. EXCLUSIONS**

      **1.** Only the following EXCLUSIONS contained in paragraph **B.1.** of the Causes of Loss Form applicable to this Coverage Part apply to Spoilage Coverage:

        **a.** EARTH MOVEMENT;

        **b.** GOVERNMENTAL ACTION;

        **c.** NUCLEAR HAZARD;

        **d.** WAR AND MILITARY ACTION; and

        **e.** WATER.

      **2.** The following EXCLUSIONS are added:

      We will not pay for loss or damage caused by or resulting from:

        **a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

        **b.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

        **c.** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

          **(1)** Lack of fuel; or

          **(2)** Governmental order.

        **d.** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

        **e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

      **3.** If a Terrorism Exclusion applies to this Coverage Part, it applies to Spoilage Coverage.

**G.** If **Mechanical, Electrical or Pressure Systems Breakdown Endorsement GNY CP 03** is attached to your policy, coverage for Perishable Goods and Refrigerant Contamination provided in GNY CP 03 is superseded by this Spoilage Coverage Extension.

**H.** Paragraph **F. ADDITIONAL CONDITIONS** is replaced by the following:

**ADDITIONAL CONDITION**

The following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

**REFRIGERATION MAINTENANCE AGREEMENTS**

You must maintain a refrigeration maintenance or service agreement. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement will be automatically suspended at the involved location.

**I.** Paragraph **G. OPTIONAL COVERAGES** does not apply.

**J.** The following is added to the **DEFINITIONS**:

"**Perishable Stock**" means personal property:

    **a.** Maintained under controlled conditions for its preservation; and

    **b.** Susceptible to loss or damage if the controlled conditions change.

**K.** The most we will pay for loss or damage during the policy period under this Spoilage Coverage Extension is **$50,000**. This is an annual aggregate Limit. This annual aggregate limit applies no matter how many locations, buildings or premises are covered by this coverage part.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

**L.** Spoilage coverage provided by this Coverage Extension is not a Covered Cause of Loss for Business Income and/or Extra Expense losses.

## ADDITIONAL COVERAGE – WATER PERIL LIMITED ADDITIONAL COVERAGE

A. References to Zones B, C and X throughout the section which follows refer to Flood Map Zones established by the Federal Emergency Management Agency (FEMA) Mitigation Directorate's administration of the National Flood Insurance Program (NFIP). Should the boundaries of Zone(s) B, C and/or X be revised under the NFIP during the policy period, such that the insured's premises is reassigned to a zone outside Zone(s) B, C or X, coverage under Flood and/or Mudslide under this WATER PERIL Limited Additional Coverage will continue until expiration date of your policy.

B Coverage provided by this WATER PERIL Limited Additional Coverage applies to Flood losses occurring in NFIP Zones B, C and X for the Covered Property at described premises for which a Limit of Insurance is shown in the Declarations.

C. Subject to the provisions of this WATER PERIL Limited Additional Coverage section, coverages only to the extent described immediately below are provided:

   1. **Flood**, meaning a general and temporary condition of partial or complete inundation of normally dry land areas due to:

      a. Surface water, waves, tides, tidal waves, overflow of any body of water or their spray all whether driven by wind or not.

      b. The overflow of inland or tidal waters;

      c. The unusual or rapid accumulation or runoff of surface waters from any source; or

   2. **Mudslide or mudflow** which are caused by flooding as defined in **C.1.(c)** above. For the purposes of this WATER PERIL Limited Additional Coverage, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

   All flooding in a continuous or protracted event will constitute a single flood.

   3. **Sewer Back-up** meaning:

      Water that backs up or overflows from a sewer, drain, or sump,

   4. **Underground Water** meaning:

      Water that is under the ground surface pressing on, or flowing or seeping through:

      (i) Foundations, walls, floors or paved surfaces;

      (ii) Basements, whether paved or not; or

      (iii) Doors, windows, or other openings,

   for a period, in both 3. and 4., of not more than 13 consecutive days (that is, 13 times twenty four consecutive hours), commencing during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   The **WATER PERIL Limited Additional Coverage** does not apply to any loss or damage caused by or resulting from any of the causes described in this paragraph **C.** that begins before the inception of this insurance.

D. We will pay for loss or damage to Covered Property caused by or resulting from WATER PERIL as defined in paragraph **C.** above at the location(s) shown in the Declarations. As used in this WATER PERIL Limited Additional Coverage, the term loss or damage means direct physical loss of or damage to Covered Property caused by the causes described in paragraph **C.** above, including the cost of removal of the debris resulting from the loss or damage to the Covered Property.

   **Business Income, Extra Expense and Actual Loss Sustained**

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

If a Business Income and Extra Expense or Business Income Without Extra Expense Coverage Form is attached to your policy, we will also pay for your loss of income (and extra expense if applicable) arising out of the loss or damage by WATER PERIL to Covered Property.

However, any Actual Loss Sustained Coverage provided by a separate endorsement attached to your policy does not extend to the WATER PERIL Limited Additional Coverage.

E.  **EXCLUSIONS, LIMITATIONS AND RELATED PROVISIONS**

1.  The Exclusions and Limitation(s) sections of the Causes of Loss - Special Form apply to WATER PERIL Limited Additional Coverage provided in this section, except as provided in **a.** and **b.** immediately below:

    a.  To the extent that a part of **B.1.g.** Water Exclusion of the Causes of Loss – Special Form might conflict with coverage provided under this WATER PERIL Limited Additional Coverage by the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, that part of the Water Exclusion does not apply. To the extent that a tsunami causes the overflow of tidal waters, the exclusion of earthquake, in the Earth Movement Exclusion of the Causes of Loss – Special Form does not apply.

        (1)  Only as respects WATER PERIL Limited Additional Coverage, **B.1.g. Water** of the Causes of Loss Special Form is deleted and replaced by the following:

            **g.  Water**

            **(1)**  Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

            **(2)**  Mudslide or mudflow;

            **(3)**  Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

            **(4)**  Water under the ground surface pressing on, or flowing or seeping through:

                **(a)**  Foundations, walls, floors or paved surfaces;

                **(b)**  Basements, whether paved or not; or

                **(c)**  Doors, windows or other openings.

            **(5)**  Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1., 3.** or **4.,** or material carried or otherwise moved by mudslide or mudflow.

            This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.,** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

            But if Water, as described in **g.(1)** through **g.(5)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

            Exclusion(s) **g.(3)** and **g.(4)** apply except as coverage is provided under WATER PERIL Limited Additional Coverage.

    b.  The exclusion of Collapse, in the Causes of Loss-Special Form does not apply to collapse caused by Flood and/or Mudslide otherwise covered by this WATER PERIL Limited Additional Coverage provided in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

2. The Additional Coverage – Collapse, in the Causes of Loss – Special Form does not apply to collapse caused by Flood and/or Mudslide as defined in this WATER PERIL Limited Additional Coverage of the PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

3. The Ordinance Or Law Exclusion in the Causes of Loss Special Form continues to apply with respect to any loss under this WATER PERIL Limited Additional Coverage, unless a separate Ordinance Or Law Coverage endorsement is also attached to your policy. However, if a separate Ordinance Or Law Coverage endorsement is attached to your policy, please see paragraph **I.3.** of this Limited Additional Coverage.

4. The following exclusions and limitations are added and apply to the WATER PERIL Limited Additional Coverage provided in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS:

   a. We will not pay for any loss or damage caused by or resulting from any WATER PERIL that begins before or within **72** hours after the inception date of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. If you request and we provide an increase in the stated Limit of Insurance for WATER PERIL Limited Additional Coverage, the increase will not apply to loss or damage from any WATER PERIL that begins before or within **72** hours after your request was made.

      If the Flood is due to the overflow of inland or tidal waters, then the Flood is considered to begin when the water first overflows its banks.

   b. We will not pay for loss or damage caused by or resulting from destabilization of land arising from the accumulation of water in subsurface land areas.

   c. Under this Coverage Part, as set forth under Property Not Covered in the Building and Personal Property Coverage Form to which this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this WATER PERIL Limited Additional Coverage in this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS does not include the cost of restoring or remediating land due to the collapse or sinking of land caused by or resulting from Flood and/or Mudslide.
      However, coverage under this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS includes damage to the covered portions of the building and to covered personal property, caused by collapse or sinking of land along the shore of a body of water as the result of erosion or undermining caused by waves or currents of water which exceed the cyclical levels and cause Flood.
      Even if a CHANGE ENDORSEMENT is attached to your policy providing coverage for excavations, grading, backfilling or filling, then the cost of restoring or remediating land due to the collapse or sinking of land caused by or resulting from Flood and/or Mudslide is **not** covered under this WATER PERIL Limited Additional Coverage.

   d. We do not cover loss or damage by Flood to personal property in the open except to the extent that such coverage, if any, is specified in the Flood Coverage Schedule or in the Declarations.

   e. Property Not Covered in the Building and Personal Property Coverage Form to which this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS is attached, is amended and supplemented as follows only with respect to WATER PERIL Limited Additional Coverage:

      (1) Property Not Covered includes any building or other property that is not eligible for flood insurance pursuant to the provisions of the Coastal Barrier Resources Act, 16 U.S.C. 3501 et seq. and the Coastal Barrier Improvement Act of 1990, Pub. L. 101-591, 16 U.S.C. 3501

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

et seq.

(2) Property Not Covered includes boat houses and open structures, and any property in or on the foregoing, if the structure is located on or over a body of water.

(3) If bulkheads, pilings, piers, wharves, docks, or retaining walls that are not part of a building have been removed from Property Not Covered and added as Covered Property by separate endorsement, this WATER PERIL Limited Additional Coverage does not apply to such property.

(4) The following are removed from Property Not Covered and are therefore Covered Property:

(a) Foundations below the lowest basement floor or the subsurface of the ground; and

(b) Underground pipes, flues and drains.

f.   We will not pay for loss or damage caused by sewer back-up or overflow unless such back-up or overflow results from Flood and occurs within **72** hours after the flood recedes.

g.   The Additional Coverage - WATER PERIL Limited Additional Coverage provided here is not a "specified cause of loss."

i.   **"Fungus," Wet or Dry Rot, or Bacteria**

As respects this **WATER PERIL** Limited Additional Coverage provided by this **PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS**, the exclusion titled "Fungus", Wet Rot, Dry Rot in the Causes of Loss – Special Form is deleted and replaced with the following:

**"Fungus," Wet or Dry Rot, or Bacteria**

As respects this WATER PERIL Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, we will not pay for loss or damage caused directly or indirectly by "fungus", wet rot, dry rot and bacteria. Such loss or damage because of the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

This exclusion does not apply to the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria of the **Causes of Loss – Special Form** with respect to loss or damage arising from "fungus", wet or dry rot or bacteria that results from Flood.

This exclusion applies whether or not the loss event results in widespread damage or affects a substantial area.

As respects this **WATER PERIL** Limited Additional Coverage provided by this **PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS,** the Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot and Bacteria in the **Causes of Loss – Special Form** remains otherwise unmodified.

F.   **Additional Coverages And Coverage Extensions**

Other than as provided in **F.2.** below, the following applies to all Additional Coverages and Coverage Extensions provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS, the Causes of Loss – Special Form, the Building and Personal Property Coverage Form or the Condominium Association Coverage Form:

1.   Amounts payable under Additional Coverages, Coverage Extensions (except endorsements specifically providing additional WATER PERIL Coverage limits) of this endorsement or any Coverage Form included in your policy, do not increase the Limit of Insurance for WATER PERIL Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

2. With respect to WATER PERIL Limited Additional Coverage, the Debris Removal Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS (and any additional limit for Debris Removal under a Limit Of Insurance clause or an endorsement) does not apply and is replaced with the following:

**DEBRIS REMOVAL**

    a. We will pay your expense to remove debris of Covered Property, when such debris is caused by or results from WATER PERIL. However, we will not pay to remove deposits of mud or earth from the grounds of the described premises.

    b. We will also pay the expense to remove debris of Covered Property that has floated or been hurled off the described premises by Flood and/or Mudslide.

    c. This coverage for Debris Removal, as set forth in **F.2.a.** and **F.2.b.** above, does not increase the applicable Limit of Insurance for WATER PERIL Limited Additional Coverage. Therefore, the most we will pay for the total of debris removal and direct physical loss of or damage to Covered Property, plus any loss of income payable arising out of the loss to Covered Property, is the Limit of Insurance for WATER PERIL Limited Additional Coverage shown on the first page of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

3. With respect to WATER PERIL Limited Additional Coverage, the Coverage Extension for Newly Acquired or Constructed Property and Business Personal Property at Unspecified Locations does not apply.

4. Various Coverage Extensions, in the Building and Personal Property Coverage Form to which this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS is attached, require coinsurance. If the No-Coinsurance Option applies, then the coinsurance requirement for such Coverage Extensions is eliminated.

5. **Business Income, Extra Expense and Actual Loss Sustained**

The Actual Loss Sustained Coverage provided by a separate endorsement attached to your policy does not extend to the WATER PERIL Limited Additional Coverage provided by this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS.

**G. Limit of Insurance**

1. **Application Of Limit And Blanket Annual Aggregate**

Subject to paragraph **G.2.** below, the **$250,000** Blanket Annual Aggregate Limit of Insurance for WATER PERIL Limited Additional Coverage is the most we will pay during any **12**-month period, no matter how many:

    a. Locations, premises, buildings; or

    b. Types of coverage (such as Building, Business Personal Property, Business Income, Ordinance or Law, etc.);

that occur during that **12**-month policy period.

The Blanket Annual Aggregate Limit of Insurance is the most we will pay for the total of all loss or damage to covered:

      **(2)** Buildings; and

      **(3)** Business Personal Property;

including associated

        a. Debris Removal expense; and

        b. Loss of Income (if Business Income with or without Extra Expense Coverage Form(s) are attached to your policy);

that is caused by WATER PERIL (as defined in this Limited Additional Coverage) in a **12**-month

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

period (starting with the beginning of the present annual policy period), even if there is more than one occurrence of WATER PERIL during that period of time. If there is more than one WATER PERIL in a **12**-month period (starting with the beginning of the present annual policy period), the most we will pay for the total of all loss or damage sustained during that period of time and caused by WATER PERIL is the amount shown as the Blanket Annual Aggregate Limit of Insurance for WATER PERIL Limited Additional Coverage on the first page of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS. Should the first WATER PERIL event not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for a subsequent Flood(s) and/or Mudslide(s) that occur during the **12**-month policy period.

If a single occurrence of WATER PERIL event begin during one annual policy period and end during the following annual policy period, any Annual Aggregate Limit of Insurance applicable to the following annual policy period will **not** apply to that WATER PERIL loss.

2. **Limitation For Covered Property**

   Notwithstanding the Blanket Limit of Insurance described in **G.1.** above, we will not pay more for Covered Property in any single occurrence under this WATER PERIL Limited Additional Coverage than we would pay in the absence of the WATER PERIL Limited Additional Coverage Limit of Insurance. Therefore, the maximum amount payable for Covered Building(s) or Business Personal Property is the Limit of Insurance or stated value (as shown in a Statement of Values on file with us) shown in the Declarations for fire losses.

3. **Ensuing Loss**

   Under the WATER PERIL Limited Additional Coverage, we will not pay for loss or damage by fire, explosion or sprinkler leakage.  Coverage for Fire, Explosion or Sprinkler Leakage ensuing Flood and/or Mudslide is provided by the Special Causes of Loss form under the exception to Exclusion **B.1.g.**

   If a WATER PERIL is covered under this endorsement and an ensuing Fire, Explosion or Sprinkler Leakage loss is covered under the Causes of Loss Special Form by means of an exception to Exclusion **B.1.g.**, the most we will pay for the total of all loss or damage caused by the WATER PERIL and the Fire, Explosion and/or Sprinkler Leakage is the Limit of Insurance applicable to the Fire, Explosion and/or Sprinkler Leakage.  We will not pay the sum of the limits for Fire, Explosion and Sprinkler Leakage and WATER PERIL.  We will not pay more for the WATER PERIL portion of the loss than the WATER PERIL Limited Additional Coverage Limit of Insurance provided by this endorsement, subject to paragraph G.2. of this Limited Additional Coverage.

   In the event of covered ensuing loss, for example, loss caused by Fire, Explosion and/or Sprinkler Leakage which results from the WATER PERIL, the most we will pay, for the total of all loss or damage caused by WATER PERIL, fire, explosion and sprinkler leakage, is the Limit of Insurance applicable to Fire. We will **not** pay the sum of the Fire and WATER PERIL Limits.

   **EXAMPLES – ENSUING LOSS**

   Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes of Loss — Basic Form (which covers fire) and this WATER PERIL Coverage. A building is damaged by Flood and by Fire which is caused by the Flood. The value of the damaged building is $1,000,000. The Limit of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit of Insurance for Flood under WATER PERIL is $250,000. The Flood Deductible amount is $10,000.

   **EXAMPLE #1**

   The damage due to Flood is $500,000. The damage due to Fire is $500,000.

   Payment for Flood damage is $250,000 ($500,000 damage minus $10,000. Flood deductible = $490,000; Limit is $250,000)

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

Payment for Fire damage is $500,000 ($500,000 damage capped at the difference between the Basic Limit and the Flood Limit)

Total Loss Payment is $750,000.

**EXAMPLE #2**

The damage due to Flood is $800,000. The damage due to Fire is $100,000.

Payment for Flood damage is $250,000 ($800,000 damage minus $10,000. Flood deductible = $790,000; Limit is $250,000)

Payment for Fire damage is $100,000 (amount of damage)

Total Loss Payment is $350,000.

**Note:** These Examples are given only to illustrate the situation of flood and ensuing loss. Therefore, the loss payment stated for flood damage does not address the situation where another policy also covers the flood damage.

H. **Deductible**

1. The Deductible for coverage provided under this WATER PERIL Limited Additional Coverage is the Deductible applicable under paragraph **H.5.** below, unless modified by endorsement.

2. We will not pay that part of the loss that is attributable to any Deductible(s) in the National Flood Insurance Program policy.

3. If WATER PERIL results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies (e.g., the Flood deductible or the Fire deductible).

4. Deductibles described in Paragraph **5.** immediately below are applicable to all Coverage Forms extending coverage to this WATER PERIL Limited Additional Coverage except:

   a. Business Income (And Extra Expense) Coverage Form;

   b. Business Income (Without Extra Expense) Coverage Form; and

   c. Extra Expense Coverage Form.

5. The Deductible section in the Building and Personal Property Coverage Form is replaced by the following, but only with respect to WATER PERIL and ensuing loss:

   a. The Deductible provisions apply to each WATER PERIL loss.

   b. The Deductible for:

      (1) **Flood and/or Mudslide** is **$10,000**'

      (2) **Sewer Back-up** is **$5,000**;

      (3) **Underground Water** is **$5,000;**

   unless an endorsement amending these specific deductibles is attached to your policy.

   c. Separate Deductibles apply to: each building, personal property at each building and personal property in the open. Deductibles are applied separately even if:

      (1) Two or more buildings sustain loss or damage;

      (2) Personal property at two or more buildings sustains loss or damage; and/or

      (3) A building(s) and personal property sustain loss or damage.

   d. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance.

   e. If in one occurrence, there is loss or damage caused by WATER PERIL and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to Exclusion **B.1.g.** of the Causes of Loss – Special Form, then only the Deductible applicable to the WATER PERIL applies.

I. Other Insurance

The Other Insurance Commercial Property Condition is replaced by the following with respect to the

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

coverage provided under this WATER PERIL Limited Additional Coverage:

1. If the loss is also covered under a National Flood Insurance Program (NFIP) policy, or if the property is eligible to be written under an NFIP policy but there is no such policy in effect, then we will pay only for the amount of loss in excess of the maximum limit that can be insured under that policy. This provision applies whether or not the maximum NFIP limit was obtained or maintained, and whether or not you can collect on the NFIP policy. We will not, under any circumstances, pay more than the applicable Limit of Insurance for Flood and/or Mudslide as stated in the Flood Coverage Schedule or the first page of this PROTECTO-GUARD - ENHANCED PROPERTY COVERAGE ENDORSEMENT FOR RESTAURANTS as applicable to this WATER PERIL Limited Additional Coverage.

   However, this Provision **I.1.** does not apply under the following circumstances:

   a. At the time of loss, the property is eligible to be written under an NFIP policy but such policy is not in effect due solely to ineligibility of the property at the time this WATER PERIL Limited Additional Coverage was written; or

   b. An NFIP policy is not in effect because we have agreed to write this WATER PERIL Limited Additional Coverage without underlying NFIP coverage. There is such an agreement only if the Flood Coverage Schedule or the Declarations indicate that the Underlying Insurance Waiver applies.

2. If the loss or damage to Covered Property is covered under this WATER PERIL Limited Additional Coverage and also covered under the MISCELLANEOUS WATER COVERAGE ENDORSEMENT Form WATER01, the most we will pay for the total of all loss or damage to Covered Property is:

   a. The Blanket Annual Aggregate Limit of Insurance (or the unused remainder of the Blanket Annual Aggregate as described in paragraph **G.1.** above) applicable to WATER PERIL Limited Additional Coverage; or

   b. The Limit of Insurance applicable to the Covered Property shown in the Declarations.

   In no event will we pay the sum of the Limits applicable to each of the coverages (i.e., the sum of the WATER PERIL Limited Additional Coverage Limit plus the Limits for Fire Hydrants and Underground Water - Supply Mains and Backup of Sewers and Drains).

3. If the loss or damage to Covered Property is covered under this WATER PERIL Limited Additional Coverage and is also covered under the BLANKET ORDINANCE OR LAW COVERAGE ENDORSEMENT Form ORD01, the most we will pay for the total of all loss or damage is:

   a. The Blanket Annual Aggregate Limit of Insurance (or the unused remainder of the Blanket Annual Aggregate as described in paragraph **G.1.** above) applicable to WATER PERIL Limited Additional Coverage; or

   b. The Limit of Insurance applicable to the Covered Property shown in the Declarations.

      In no event will we pay the sum of the Limits applicable to each of the coverages (i.e., the sum of the WATER PERIL Limited Additional Coverage Limit plus the Limits for Ordinance or Law resulting from WATER PERIL).

4. If there is other insurance covering the loss, other than that described in **I.1.**, **I.2.** or **I.3.** above, we will pay our share of the loss. Our share is the proportion that the available Limit of Insurance under this WATER PERIL Limited Additional Coverage bears to the total of the applicable Limits of Insurance under all other such insurance. But we will not pay more than the applicable Limit of Insurance stated in the Declarations for Covered Property as our proportion of the loss for any single occurrence.

J. **Business Income And Extra Expense Period Of Restoration**

   This Section **J.** is applicable only to the Coverage Forms specified below:

   1. Business Income (And Extra Expense) Coverage Form;

   2. Business Income (Without Extra Expense) Coverage Form; and

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

3.   Extra Expense Coverage Form.

The "period of restoration" definition stated in the above Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each occurrence of WATER PERIL.

## AMENDMENTS TO E. ADDITIONAL COVERAGE EXTENSIONS

**PROPERTY IN TRANSIT**

The following replaces Paragraph **c.** of Property in Transit:

The most we will pay for loss or damage under this Extension is **$50,000**.

For loss or damage to "fine arts" in transit, the most we will pay under this Additional Coverage Extension is **$10,000**.  This is an annual aggregate limit.

This Coverage Extension is additional insurance.  The Additional Condition, Coinsurance, does not apply to this Extension.

## AMENDMENTS TO THE BUSINESS INCOME COVERAGE FORMS

The following changes are made to the Business Income (Without Extra Expense) Coverage Form and the Business Income (And Extra Expense) Coverage Form if one of these coverage forms is included in your policy:

## AMENDMENTS TO A. COVERAGE

**PROPERTY DISTANCE EXTENSION**

The property distance limitations in **A.** Coverage are increased from 100 feet to **500** feet. Payments under this Additional Coverage will not increase the applicable limit of insurance.

## AMENDMENTS TO A.5. ADDITIONAL COVERAGES

The following is added as the final paragraph of **A.5.c.**:

**EXTENDED BUSINESS INCOME TIME PERIOD**

**(3)**  Additional days for "Business Income" and "Rental Value"

Under the PROTECTO-GUARD ENHANCED PROPERTY COVERAGE ENDORSEMENT, we will add **60** days to the number of days otherwise provided by this policy for Extended Business Income under **(1)(b)(ii)** and/or **(2)(b)(ii)**.

## ADDITIONS TO A.6. COVERAGE EXTENSION

The following Coverage Extension is added to **A.6.**:

**BUSINESS INCOME - DEPENDENT PROPERTIES**

**(1)**  We will pay up to **$50,000** for the actual loss of business income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration."  The "suspension" must be caused by direct physical loss or damage to "dependent property" caused by or resulting from a Covered Cause of Loss.  We will not pay more than **3%** of this limit for each day's "suspension" of "operations" due to loss arising from any one location.

**(2)**  For Coverage provided under this Business Income - Dependent Properties Coverage Extension, the following replaces the Resumption of Operations provision in the Loss Determination Loss Condition:

We will reduce the amount of your Business Income Loss, other than Extra Expense, to the extent you resume operations, in whole or in part, by using any other available:

(a)  Source of materials; or

(b)  Outlet of your products.

We will reduce your Extra Expense loss to the extent that you can return "operations" to normal and discontinue such Extra Expense.

**(3)**  Definitions:

1.   The following definition is added:

"Dependent Property" means property operated by others whom you depend on to:

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

    a.   Deliver materials or services to you or to others for your account (Contributing Locations.) With respect to Contributing Locations, Services does not mean water, communication or power supply services;

    b.   Accept your products or services (Recipient Locations);

    c.   Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

    d.   Attract customers to your business (Leader Locations).

2.   The "Period of Restoration" Definition, only with respect to "dependent property," is replaced by the following:

"Period of restoration" means the period of time that:

    a.   Begins **72** hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

    b.   Ends on the earlier of the following:

        (i)   The date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality, or

        (ii)  One year after the date of the direct physical loss or damage.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(a)   Regulates the construction, use or repair, or requires the tearing down of any property; or

(b)   Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants, " or

(c)   Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "fungus," wet or dry rot, or bacteria. This exclusion of "fungus," wet or dry rot, or bacteria does not apply when "fungus", wet rot or dry rot results from a Covered Cause of Loss. Exclusion **B.2.d.(2)** of the Causes of Loss Special Form continues to apply.

The expiration date of the policy will not cut short the "period of restoration."

Includes copyrighted material of the Insurance Services Office, with its permission.
Copyright, ISO Properties, Inc., 2007.

COMMERCIAL PROPERTY
CP 00 30 06 07

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.**, Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage — Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage — Interruption Of Computer Operations.

c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5. Additional Coverages**

**a. Civil Authority**

In this Additional Coverage — Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

**b. Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

© ISO Properties, Inc., 2007

**(3)** Machinery, equipment, supplies or build-ing materials located on or within 100 feet of the described premises and:

  **(a)** Used in the construction, alterations or additions; or

  **(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage de-lays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

  **(1) Business Income Other Than 'Rental Value"**

  If the necessary "suspension" of your "operations" produces a Business In-come loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

  **(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

  **(b)** Ends on the earlier of:

    **(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

    **(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

  However, Extended Business Income does not apply to loss of Business In-come incurred as a result of unfavorable business conditions caused by the im-pact of the Covered Cause of Loss in the area where the described premises are located.

  Loss of Business Income must be caused by direct physical loss or dam-age at the described premises caused by or resulting from any Covered Cause of Loss.

  **(2) "Rental Value"**

  If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

  **(a)** Begins on the date property is actu-ally repaired, rebuilt or replaced and tenantability is restored; and

  **(b)** Ends on the earlier of:

    **(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had oc-curred; or

    **(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

  However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable busi-ness conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are lo-cated.

  Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or result-ing from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

  **(1)** Under this Additional Coverage, elec-tronic data has the meaning described under Additional Limitation — Interrup-tion Of Computer Operations.

  **(2)** Subject to all provisions of this Addi-tional Coverage, you may extend the in-surance that applies to Business Income and Extra Expense to apply to a "sus-pension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption Of Computer Operations includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage – Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

© ISO Properties, Inc., 2007

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Additional Condition**

**COINSURANCE**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

(1) Prepaid freight — outgoing;

(2) Returns and allowances;

(3) Discounts;

(4) Bad debts;

(5) Collection expenses;

(6) Cost of raw stock and factory supplies consumed (including transportation charges);

(7) Cost of merchandise sold (including transportation charges);

(8) Cost of other supplies consumed (including transportation charges);

(9) Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

(10) Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

(11) All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

(12) Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion — not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

## EXAMPLE #1 (UNDERINSURANCE)

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 150,000 |
| | The amount of loss is: | $ 80,000 |

Step **(1)**: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 ÷ $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

## EXAMPLE #2 (ADEQUATE INSURANCE)

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $ 400,000 |
|---|---|---|
| | The Coinsurance percentage is: | 50% |
| | The Limit of Insurance is: | $ 200,000 |
| | The amount of loss is: | $ 80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**(2)** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**(1)** The Limit of Insurance, multiplied by

**(2)** The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE**

| When: | The Limit of Insurance is: | $ | 120,000 |
|---|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ | 30,000 |
| | ($120,000 x 1/4 = $30,000) | | |
| | If, in this example, the actual amount of loss is: | | |
| | Days 1–30: | $ | 40,000 |
| | Days 31–60: | $ | 20,000 |
| | Days 61–90: | $ | 30,000 |
| | | $ | 90,000 |
| | We will pay: | | |
| | Days 1–30: | $ | 30,000 |
| | Days 31–60: | $ | 20,000 |
| | Days 61–90: | $ | 30,000 |
| | | $ | 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

**(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

**(a)** During the 12 months prior to the date of the Work Sheet; and

**(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

**(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

**(a)** The Coinsurance percentage shown in the Declarations; multiplied by

**(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

**(1)** 12 months after the effective date of this Optional Coverage; or

**(2)** The expiration date of this policy;

whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

**(1)** Within 12 months of the effective date of this Optional Coverage; or

**(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

**(1)** The Business Income Limit of Insurance; divided by

**(2)** The Agreed Value.

**EXAMPLE**

| When: | The Limit of Insurance is: | $ 100,000 |
| | The Agreed Value is: | $ 200,000 |
| | The amount of loss is: | $  80,000 |

Step **(1)**: $100,000 ÷ $200,000 = .50

Step **(2)**: .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

**4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

1. "Finished stock" means stock you have manufactured.

   "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

   "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:

   **a.** Your business activities occurring at the described premises; and

   **b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

3. "Period of restoration" means the period of time that:

   **a.** Begins:

   **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

   **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

   caused by or resulting from any Covered Cause of Loss at the described premises; and

   **b.** Ends on the earlier of:

   **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

   **(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   **(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

   **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means Business Income that consists of:

   **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

   **b.** Continuing normal operating expenses incurred in connection with that premises, including:

   **(1)** Payroll; and

   **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

6. "Suspension" means:

   **a.** The slowdown or cessation of your business activities; or

   **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

© ISO Properties, Inc., 2007

**COMMERCIAL PROPERTY**
**CP 15 55 06 95**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME CHANGES – TIME PERIOD

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

For insurance provided under the BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM or the BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM, the following applies:

**1.** The 72-hour time period in the definition of "period of restoration" is replaced by 24 hours.

**2.** The 72-hour time period in the Civil Authority Additional Coverage is replaced by 24 hours.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY
CP 15 56 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME CHANGES —
# BEGINNING OF THE PERIOD OF RESTORATION

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

**SCHEDULE**

| Select Either A. Or B |
|---|
| A. ☐ **72-Hour Time Period Is Replaced By 24 Hours** |
| B. ☐ **72-Hour Time Period Is Eliminated** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A.** If the Schedule indicates that the 72-hour time period is replaced by 24 hours, then:

  **1.** The 72-hour time period in the definition of "period of restoration" is replaced by 24 hours. Therefore, the period of restoration for Business Income Coverage begins 24 hours after the time of direct physical loss or damage, subject to all other provisions of the definition of "period of restoration"; and

  **2.** The 72-hour time period in the Civil Authority Additional Coverage is replaced by 24 hours. Therefore, coverage under the Additional Coverage — Civil Authority begins 24 hours after the time of action of civil authority, subject to all other provisions of that Additional Coverage.

**B.** If the Schedule indicates that the 72-hour time period is eliminated, then:

  **1.** The 72-hour time period in the definition of "period of restoration" is deleted. Therefore, the period of restoration for Business Income Coverage begins at the time of direct physical loss or damage, subject to all other provisions of the definition of "period of restoration"; and

  **2.** The 72-hour time period in the Civil Authority Additional Coverage is deleted. Therefore, coverage under the Additional Coverage — Civil Authority begins at the time of action of civil authority, subject to all other provisions of that Additional Coverage.

COMMERCIAL PROPERTY
CP 10 32 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WATER EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion in Paragraph **B.** replaces the **Water Exclusion** in this Coverage Part or Policy.

**B. Water**

1. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

2. Mudslide or mudflow;

3. Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

4. Water under the ground surface pressing on, or flowing or seeping through:

   a. Foundations, walls, floors or paved surfaces;

   b. Basements, whether paved or not; or

   c. Doors, windows or other openings; or

5. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.**, **3.** or **4.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **5.,** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **5.,** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

  © Insurance Services Office, Inc., 2008   ☐

COMMERCIAL PROPERTY
CP 10 64 09 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MASSACHUSETTS – FUNGUS, WET ROT, DRY ROT AND BACTERIA EXCLUSION AND LIMITATIONS

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS – SPECIAL FORM

**A.** Exclusion **B.1.h.** is replaced by the following exclusion:

**h.  "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**B.** The **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria** is replaced by the following:

1. The coverage described in **B.2.** and **B.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   **a.** A Covered Cause of Loss other than fire or lightning; or

   **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **B.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of Covered Causes of Loss (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

 © ISO Properties, Inc., 2006

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of the Causes Of Loss — Special Form or under the Additional Coverage — Collapse in that Form.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

   **a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

   **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

© ISO Properties, Inc., 2006

Policy Number: 8120T24753
Policy Period: 03-01-2020   TO 03-01-2021

## GREATER NEW YORK INSURANCE GROUP

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**FLOOD
COVERAGE SCHEDULE
AND CHANGES**

This endorsement modifies and provides supplementary information to the following:

FLOOD COVERAGE ENDORSEMENT
CONDOMINIUM ASSOCIATION COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
ORDINANCE OR LAW COVERAGE
BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORMS

If not shown below, information required to complete this endorsement will be shown in the Declarations.

Inception Date of Flood Coverage Endorsement   03/01/2020   Note: There is no coverage for a Flood that begins before or within 72 hours after this date.  Refer to Section D.5.a. of the Flood Coverage Endorsement for additional information.

No Coinsurance Option ☒

Flood Deductible:   $100,000

Underlying Insurance Waiver ☒

Other Flood Insurance, if any (identify insurer and policy number):
Primary (NFIP)
Other

Annual Aggregate for Flood   $ 5,000,000.
Note:  Refer to the Limit of Insurance provisions in the Flood Coverage Endorsement for an explanation.

Description of Personal Property in the Open, if covered for Flood:

Includes copyrighted material of ISO Properties, Inc., with its permission.

**Policy Number:** 8120T24753
**Policy Period:** 03-01-2020   **TO** 03-01-2021

Flood Limit of Insurance – Single Occurrence:  The Limit(s) shown in Section A. or B. of this Schedule.  Refer to the Limit of Insurance provisions in the Endorsement for an explanation.

**Applicable to Sections A. and B. of this Endorsement:**

1. Bldg. = Building; BPP = Business Personal Property; BI = Business Income Coverage Form; EE Extra Expense Coverage Form

2. A. 4.  Additional Coverages, e. Increased Cost of Construction of the Building and Personal Property Coverage Form/Condominium Association Coverage Form does not apply to Flood Coverage.

3. The following is added to the Flood Coverage Endorsement under Section D.
   a. Flood Coverage applies to losses occurring only in:
      i. Flood Zones B, C, or X, or
      ii. Flood Zone D, but only if the loss occurs at a premises listed in the Flood Zone D. Schedule.
   Flood Coverage does not apply to losses occurring in any other Flood Zone(s).

Flood Zone D Schedule

Premises in Flood Zone D covered for flood:

|  |
|--|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

Additional premises, if any, will appear on a separate Flood Zone D Schedule.

4. Section E. 2. of the Flood Coverage Endorsement is deleted and replaced with the following:  Flood Coverage does not apply to the Newly Acquired or Constructed Property/Newly Acquired Locations Coverage Extensions.

FLODEC                         2 of 4                         02/05

Includes copyrighted material of ISO Properties, Inc., with its permission.

**Policy Number:** 8120T24753
**Policy Period:** 03-01-2020   **TO** 03-01-2021

**Only the section check-marked applies.**

☒  **Section A.**

Flood Blanket Limit  $      5,000,000

1. The Flood Blanket Limit is the most we will pay under this Coverage Part for the sum of all loss or damage for the scheduled Property/Coverages at all covered premises for all covered Floods. The Flood Blanket Limit does not apply separately to Premises, Locations, Types of Property or Coverages. This coverage is subject to all other applicable provisions of the Limit of Insurance section in the Flood Coverage Endorsement.

2. Premises Covered
Flood Coverage applies only at premises listed for property coverage in the Designation of Premises Schedule.

3. Flood Coverage applies only to the types of property and/or coverages checked in the Schedule of Property/Coverage for Flood.

4. Flood is a Covered Causes of Loss for the items checked in the schedule, but only to the extent and limits provided by the Flood Endorsement and the Flood Coverage Schedule and Changes.  If an endorsement providing Ordinance or Law Coverage is attached to this Coverage Part, the following also applies:  The Limits for Ordinance or Law Coverage for losses arising out of Flood are included within the Blanket Limit shown above for Flood Coverage. No further coverage for Ordinance or Law losses arising from Flood Losses is provided under this Coverage Part, including any attached endorsement that provides Ordinance or Law Coverage.  Limits shown for Ordinance or Law Coverage elsewhere in this Coverage Part do not apply to Flood losses.  This provision supersedes any contradictory provisions in Ordinance or Law Coverage.

**Schedule of Property/Coverage for Flood Coverage**

| | | | |
|---|---|---|---|
| ☒ | Bldg | ☐ BI (CP 00 32) | |
| ☒ | BPP | ☐ EE (CP 00 50) | |
| ☒ | BI (CP 00 30) | Ordinance or Law Coverage | |
| ☐ | Other: | Coverage A | ☐ |
| | | Coverage B | ☐ |
| | | Coverage C | ☐ |

☐  **Section B. Flood Separate Limits**

FLODEC                              3 of 4                              02/05

Includes copyrighted material of ISO Properties, Inc., with its permission.

Policy Number: 8120T24753
Policy Period: 03-01-2020   TO 03-01-2021

Subject to the limits shown in the Flood Separate Limits Schedule, Flood Coverage applies:

      1. At only those buildings scheduled for Flood Coverage in the Flood Separate Limits Schedule; and

      2. For only for the types of property/coverages/limits shown in the Flood Separate Limits Schedule.

This coverage is subject to all other applicable provisions of the Limit of Insurance section in the Flood Coverage Endorsement.

Flood Separate Limits Schedule

| | *Building* Limit | *BPP* Limit | *BI* (CP0030) | *BI* (CP0032) | *EE* (CP0050) |
|---|---|---|---|---|---|
| Loc/    Bldg | | | | | |
| #       # | $ | $ | $ | $ | $ |
| #       # | $ | $ | $ | $ | $ |
| #       # | $ | $ | $ | $ | $ |
| #       # | $ | $ | $ | $ | $ |
| #       # | $ | $ | $ | $ | $ |
| | *Ordinance or Law* | | | | |
| | Coverage A. | | | Coverage B | Coverage C |
| #       # | ☐ Included in Building Limit  Above | | | $ | $ |
| #       # | ☐ Included in Building Limit  Above | | | $ | $ |
| #       # | ☐ Included in Building Limit  Above | | | $ | $ |
| #       # | ☐ Included in Building Limit  Above | | | $ | $ |
| #       # | ☐ Included in Building Limit  Above | | | $ | $ |

Attach a separate sheet for additional premises if necessary.

Flood is a Covered Causes of Loss for the items shown in the schedule, but only to the extent and limits provided by the Flood Coverage Endorsement and the Flood Coverage Schedule
and Changes.  If an endorsement providing Ordinance or Law Coverage is attached to this Coverage Part, the following also applies:  The Limits shown in the Separate Limits Schedule for Ordinance or Law Coverage are the most we will pay for Ordinance or Law losses arising out of Flood   No further coverage for Ordinance or Law losses arising from Flood losses is provided under this Coverage Part.  Limits shown for Ordinance or Law Coverage elsewhere in this policy do not apply to Flood losses. This provision supersedes any contradictory provisions in Ordinance or Law Coverage.

FLODEC                                   4 of 4                                   02/05

Includes copyrighted material of ISO Properties, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLOOD COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** This endorsement applies to the Covered Property and Coverages for which a Flood Limit of Insurance is shown in the Flood Coverage Schedule or in the Declarations.

**C. Additional Covered Cause Of Loss**

The following is added to the Covered Causes Of Loss:

Flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas due to:

**1.** The overflow of inland or tidal waters;

**2.** The unusual or rapid accumulation or runoff of surface waters from any source; or

**3.** Mudslides or mudflows which are caused by flooding as defined in **C.2.** above. For the purpose of this Covered Cause Of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

All flooding in a continuous or protracted event will constitute a single flood.

**D. Exclusions, Limitations And Related Provisions**

**1.** The Exclusions and Limitation(s) sections of the Causes Of Loss Form (and the Exclusions section of the Mortgageholders Errors And Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement except as provided in **D.2.** and **D.3.** below.

**2.** To the extent that a part of the Water Exclusion might conflict with coverage provided under this endorsement, that part of the Water Exclusion does not apply.

**3.** To the extent that a tsunami causes the overflow of tidal waters, the exclusion of earthquake, in the Earth Movement Exclusion, does not apply.

**4.** The **Ordinance Or Law** Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

**5.** The following exclusions and limitations are added and apply to coverage under this endorsement:

**a.** We will not pay for any loss or damage caused by or resulting from any Flood that begins before or within 72 hours after the inception date of this endorsement. If you request and we provide an increase in the stated Limit of Insurance for Flood, the increase will not apply to loss or damage from any Flood that begins before or within 72 hours after your request was made.

If the Flood is due to the overflow of inland or tidal waters, then the Flood is considered to begin when the water first overflows its banks.

**b.** We will not pay for loss or damage caused by or resulting from destabilization of land arising from the accumulation of water in subsurface land areas.

   © ISO Properties, Inc., 2007     ☐

c. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land due to the collapse or sinking of land caused by or resulting from Flood. However, coverage under this endorsement includes damage to the covered portions of the building and to covered personal property, caused by collapse or sinking of land along the shore of a body of water as the result of erosion or undermining caused by waves or currents of water which exceed the cyclical levels and cause Flood.

d. We do not cover loss or damage by Flood to personal property in the open except to the extent that such coverage, if any, is specified in the Flood Coverage Schedule or in the Declarations.

e. Property Not Covered, in the Coverage Form to which this endorsement is attached, is amended and supplemented as follows with respect to Flood Coverage:

(1) Property Not Covered includes any building or other property that is not eligible for flood insurance pursuant to the provisions of the Coastal Barrier Resources Act, 16 U.S.C. 3501 *et seq.* and the Coastal Barrier Improvement Act of 1990, Pub. L. 101-591, 16 U.S.C. 3501 *et seq.*

(2) Property Not Covered includes boat houses and open structures, and any property in or on the foregoing, if the structure is located on or over a body of water.

(3) If bulkheads, pilings, piers, wharves, docks, or retaining walls that are not part of a building, have been removed from Property Not Covered and added as Covered Property by separate endorsement, this Flood Coverage Endorsement does not apply to such property.

(4) The following are removed from Property Not Covered and are therefore Covered Property:

(a) Foundations below the lowest basement floor or the subsurface of the ground; and

(b) Underground pipes, flues and drains.

f. We will not pay for loss or damage caused by sewer back-up or overflow unless such back-up or overflow results from Flood and occurs within 72 hours after the flood recedes.

**E. Additional Coverages And Coverage Extensions**

1. With respect to Flood Coverage, the Debris Removal Additional Coverage (and any additional limit for Debris Removal under a Limit Of Insurance clause or an endorsement) is not applicable and is replaced by the following:

**DEBRIS REMOVAL**

a. We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from Flood. However, we will not pay to remove deposits of mud or earth from the grounds of the described premises.

b. We will also pay the expense to remove debris of Covered Property that has floated or been hurled off the described premises by Flood.

c. This coverage for Debris Removal, as set forth in **E.1.a.** and **E.1.b.** above, does not increase the applicable Limit of Insurance for Flood. Therefore, the most we will pay for the total of debris removal and loss or damage to Covered Property is the Limit of Insurance for Flood that applies to the Covered Property at the affected described premises covered under this endorsement.

2. With respect to Flood Coverage, the Coverage Extension for Newly Acquired or Constructed Property is amended by adding the following:

a. With respect to Flood Coverage, this Coverage Extension does not apply to any building or structure that is not fully enclosed by walls and roof.

b. With respect to a building or structure covered under this Coverage Extension, the amounts of coverage stated in the Coverage Extension do not apply to Flood Coverage. Instead, the most we will pay for all loss or damage to property covered under this Coverage Extension is 10% of the total of all Limits of Insurance for Flood Coverage as provided under this endorsement. Such coverage does not increase the Limit of Insurance for Flood.

© ISO Properties, Inc., 2007

3. With respect to any applicable Additional Coverages and Coverage Extensions in the Coverage Form to which this endorsement is attached, other than those addressed in **E.1.** and **E.2.** above, amounts payable under such other provisions, as set forth therein, do not increase the Limit of Insurance for Flood.

**F. Coinsurance**

1. The **Coinsurance** Condition, if any, in the applicable Coverage Form applies to the coverage provided under this endorsement, unless the No-Coinsurance Option, in the Flood Coverage Schedule or in the Declarations, is specified as being applicable.

2. Various Coverage Extensions, in the Coverage Form to which this endorsement is attached, require coinsurance. If the No-Coinsurance Option applies, then the coinsurance requirement for such Coverage Extensions is eliminated.

**G. Limit Of Insurance**

1. **General Information**

   Flood Coverage may be written at a Limit of Insurance that is equal to or less than the Limit of Insurance which applies to other Covered Causes of Loss (e.g., Fire) under this Commercial Property Coverage Part.

   The Limit of Insurance for Flood is shown in the Flood Coverage Schedule or in the Declarations. If such Limit is not shown, then the Limit applicable to Fire also applies to Flood.

2. **Application Of Limit And Aggregate**

   The Limit of Insurance for Flood is the most we will pay in a single occurrence of Flood for loss or damage caused by the Flood. If there is more than one Flood in a 12-month period (starting with the beginning of the present annual policy period), the most we will pay for the total of all loss or damage sustained during that period of time and caused by Flood is the amount that is identified as the Annual Aggregate for Flood as shown in the Flood Coverage Schedule or the Declarations.

If the Limit of Insurance and the Annual Aggregate amount are the same, or if there is no amount stated as an Annual Aggregate, then the Limit of Insurance is the most we will pay for the total of all loss or damage that is caused by Flood in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one occurrence of Flood during that period of time. Thus, if the first Flood does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for a subsequent Flood(s).

If a single occurrence of Flood begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance or Annual Aggregate applicable to the following annual policy period will **not** apply to that Flood.

3. **Ensuing Loss**

   In the event of covered ensuing loss, for example, loss caused by Fire, Explosion and/or Sprinkler Leakage which results from the Flood, the most we will pay, for the total of all loss or damage caused by flood, fire, explosion and sprinkler leakage, is the Limit of Insurance applicable to Fire. We will **not** pay the sum of the Fire and Flood Limits.

**EXAMPLES – ENSUING LOSS**

Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes of Loss – Basic Form (which covers fire) and this Flood Coverage Endorsement. A building is damaged by Flood and by Fire which is caused by the Flood. The value of the damaged building is $1,000,000. The Limit of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit of Insurance for Flood is $400,000. The Flood Deductible amount is $5,000.

**EXAMPLE #1**

The damage due to Flood is $500,000. The damage due to Fire is $500,000.

Payment for Flood damage is $400,000 ($500,000 damage minus $5,000 Flood deductible = $495,000; Limit is $400,000).

Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Flood Limit).

Total Loss Payment is $800,000.

 © ISO Properties, Inc., 2007 ☐

**EXAMPLE #2**

The damage due to Flood is $800,000. The damage due to Fire is $100,000.

Payment for Flood damage is $400,000 ($800,000 damage minus $5,000 Flood deductible = $795,000; Limit is $400,000).

Payment for Fire damage is $100,000 (amount of damage).

Total Loss Payment is $500,000.

**Note:** These Examples are given only to illustrate the situation of flood and ensuing loss. Therefore, the loss payment stated for flood damage does not address the situation where another policy also covers the flood damage.

**H. Deductible**

1. The Deductible for coverage provided under this endorsement is the Deductible applicable to Flood as shown in the Flood Coverage Schedule or in the Declarations.

2. We will not pay that part of the loss that is attributable to any Deductible(s) in the National Flood Insurance Program policy.

3. If Flood results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies (e.g., the Flood deductible or the Fire deductible).

**I. Other Insurance**

The **Other Insurance** Commercial Property Condition is replaced by the following with respect to the coverage provided under this endorsement:

1. If the loss is also covered under a National Flood Insurance Program (NFIP) policy, or if the property is eligible to be written under an NFIP policy but there is no such policy in effect, then we will pay only for the amount of loss in excess of the maximum limit that can be insured under that policy. This provision applies whether or not the maximum NFIP limit was obtained or maintained, and whether or not you can collect on the NFIP policy. We will not, under any circumstances, pay more than the applicable Limit of Insurance for Flood as stated in the Flood Coverage Schedule or the Declarations of this Coverage Part.

However, this Provision **I.1.** does not apply under the following circumstances:

a. At the time of loss, the property is eligible to be written under an NFIP policy but such policy is not in effect due solely to ineligibility of the property at the time this Flood Coverage Endorsement was written; or

b. An NFIP policy is not in effect because we have agreed to write this Flood Coverage Endorsement without underlying NFIP coverage. There is such an agreement only if the Flood Coverage Schedule or the Declarations indicate that the Underlying Insurance Waiver applies.

2. If there is other insurance covering the loss, other than that described in **I.1.** above, we will pay our share of the loss. Our share is the proportion that the applicable Limit of Insurance under this endorsement bears to the total of the applicable Limits of Insurance under all other such insurance. But we will not pay more than the applicable Limit of Insurance stated in the Flood Coverage Schedule or the Declarations of this Coverage Part.

© ISO Properties, Inc., 2007

# GREATER NEW YORK INSURANCE COMPANIES

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EARTHQUAKE – VOLCANIC ERUPTION
# COVERAGE SCHEDULE AND CHANGES

This endorsement modifies and provides supplementary information to the following:

> **EARTHQUAKE – VOLCANIC ERUPTION ENDORSEMENT (SUBLIMIT FORM)**
> **COMMERCIAL PROPERTY CONDITIONS**
> **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**
> **CONDOMINIUM ASSOCIATION COVERAGE FORM**
> **BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORMS**
> **ORDINANCE OR LAW COVERAGE**

If not shown below, information required to complete this endorsement will be shown in the Declarations.

| | |
|---|---|
| "Including Masonry Veneer" Option ☐ Yes ☒ No | |
| | |
| Earthquake – Sprinkler Leakage Only ☐ | |
| | |
| Increased Annual Aggregate Limit Option ☒ Yes | |

## EARTHQUAKE – VOLCANIC ERUPTION LIMIT(S) OF INSURANCE

The Limit(s) of Insurance shown in **SECTION A.** or **SECTION B.** below is an annual aggregate limit(s). Refer to the Limit of Insurance Provisions in the Earthquake And Volcanic Eruption Endorsement (Sub-Limit Form) for an explanation.

## CHANGES TO COMMERCIAL PROPERTY CONDITIONS

The following is added to G. Other Insurance:

> You may purchase Earthquake and Volcanic Eruption Insurance in excess of the amount(s) provided by this policy. Excess Earthquake and Volcanic Eruption insurance will not be considered other insurance, nor shall it be considered in the application of any pro rata liability or apportionment clause.

## APPLICABLE TO SECTIONS A. AND B. OF THIS ENDORSEMENT:

1. Earthquake—Volcanic Eruption Coverage does not apply to **A.4.** Additional Coverages, **e.** Increased Cost of Construction of the Building and Personal Property Coverage Form/Condominium Association Coverage Form.

2. Earthquake—Volcanic Eruption Coverage does not apply to:
   a. **A.5.** Coverage Extensions, paragraph **a**. Newly Acquired or Constructed Property Coverage Extension of the Building and Personal Property Coverage Form/Condominium Association Coverage Form;
   b. **A.6.** Coverage Extension, paragraph **a.** Newly Acquired Locations of the Business Income (and Extra Expense) or the Business Income (Without Extra Expense) Coverage Forms.

3. As used in the Schedules, **Bldg.** = Building; **BPP** = Business Personal Property; **BI**= Business Income Coverage Form; **EE** Extra Expense Coverage Form.

**Only the SECTION check-marked (☑) applies.**

☒ **SECTION A. - BLANKET LIMIT**

Earthquake Property Damage Deductible:  $      100,000

1.  The Earthquake and Volcanic Eruption Blanket Limit in the Schedule below is the most we will pay under this Coverage Part for the sum of all loss or damage for the scheduled Property/Coverages at all covered premises for all covered Earthquakes and/or Volcanic Eruptions. The Earthquake and Volcanic Eruption Blanket Limit does not apply separately to Premises, Locations, Types of Property or Coverages. This coverage is subject to all other applicable provisions of the Limit of Insurance section in the Earthquake and Volcanic Eruption Endorsement (Sub-Limit Form.)
2.  Premises Covered
    Earthquake and Volcanic Eruption Coverage applies only at premises listed for property coverage in the Designation of Premises Schedule attached to your policy.
3   Earthquake and Volcanic Eruption Coverage applies only to the types of property and/or coverages checked in the Schedule of Property/Coverage (below) for Earthquake and Volcanic Eruption.
4.  Earthquake and Volcanic Eruption are Covered Causes of Loss for the items checked in the Schedule (below), but only to the extent and limits provided by the Earthquake and Volcanic Eruption Endorsement (Sublimit Form) and the Earthquake-Volcanic Eruption Coverage Schedule and Changes. If an endorsement providing Ordinance or Law Coverage is attached to this Coverage Part,  the following also applies: The Limits for Ordinance or Law Coverage for losses arising out of Earthquake or Volcanic Eruption are included within the Blanket Limit shown in the Schedule of Property/Coverage for Earthquake and Volcanic Eruption Coverage. No further coverage for Ordinance or Law losses arising from Earthquake or Volcanic Eruption Losses is provided under this Coverage Part, including any attached endorsement that provides Ordinance or Law Coverage. Limits shown for Ordinance or Law Coverage elsewhere in this Coverage Part do not apply to Earthquake or Volcanic Eruption losses. This provision supersedes any contradictory provisions in Ordinance or Law Coverage.

| SCHEDULE OF BLANKET PROPERTY/COVERAGE | | | |
|---|---|---|---|
| Earthquake and Volcanic Eruption **Blanket** Limit   10,000,000 | | | |
| *Check applicable Covered Property/Coverage(s) for Blanket Limit:* | | | |
| ☒ Bldg | ☐ BI (CP 00 32) | | |
| ☒ BPP | ☐ EE (CP 00 50) | | |
| ☒ BI (CP 00 30) | **Ordinance or Law Coverage** | | |
| ☐ Other: | Coverage A | ☐ | |
| | Coverage B | ☐ | |
| | Coverage C | ☐ | |

**CHANGES**
The following changes are made to Earthquake and Volcanic Eruption Endorsement (Sub-Limit Form)
    **Paragraph G. Property Damage Deductible**
    o   Paragraph G.2.a.(2) is deleted.
    o   Paragraph G.2.a.(4) is deleted.
    o   The entirety of paragraphs G.2.b., G.2.c., and G.2.d. are deleted.
    **Paragraph H.**
    o   Paragraph H. is deleted.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

**SECTION B. - SEPARATE LIMITS**

Subject to the limits shown in the Separate Limits Schedule (below), Earthquake and Volcanic Eruption Coverage applies:

1. At only those buildings scheduled for Earthquake and Volcanic Eruption Coverage in the Separate Limits Schedule (below); and

2. For only for the types of property/coverages/limits shown in the Separate Limits Schedule (below).

This coverage is subject to all other applicable provisions of the Limit of Insurance section in the Earthquake and Volcanic Eruption Endorsement (Sub-Limit Form.)

| | | | | | | |
|---|---|---|---|---|---|---|
| **SEPARATE LIMIT SCHEDULE** | | | | | | |
| Loc/Bldg | Deductible (% or $) | BUILDING Limit | BPP Limit | BUSINESS INCOME AND EXTRA EXPENSE (CP0030) | BUSINESS INCOME (CP0032) | EXTRA EXPENSE (CP0050) |
| #     # | | $ | $ | $ | $ | $ |
| #     # | | $ | $ | $ | $ | $ |
| #     # | | $ | $ | $ | $ | $ |
| #     # | | $ | $ | $ | $ | $ |
| #     # | | $ | $ | $ | $ | $ |

| | | | |
|---|---|---|---|
| **ORDINANCE OR LAW COVERAGE** | | | |
| Premises | Coverage A | Coverage B | Coverage C |
| Loc/Bldg | ☐ Included in Bldg Limit Shown Above | $ | $ |
| #     # | ☐ Included in Bldg Limit Shown Above | $ | $ |
| #     # | ☐ Included in Bldg Limit Shown Above | $ | $ |
| #     # | ☐ Included in Bldg Limit Shown Above | $ | $ |
| #     # | ☐ Included in Bldg Limit Shown Above | $ | $ |

Attach a separate sheet for additional premises if necessary.

Earthquake and Volcanic Eruption are Covered Causes of Loss for the items shown in the schedule, but only to the extent and limits provided by the Earthquake and Volcanic Eruption Endorsement (Sublimit Form) and the  Earthquake-Volcanic Eruption Coverage Schedule and Changes.

If an endorsement providing Ordinance or Law Coverage is attached to this Coverage Part, the following also applies:

The Limits shown in the **Separate Limits Schedule** for Ordinance or Law Coverage are the most we will pay for Ordinance or Law losses arising out of Earthquake or Volcanic Eruption.  No further coverage for  Ordinance or Law losses arising from Earthquake or Volcanic Eruption is provided under this Coverage  Part.  Limits shown for Ordinance or Law Coverage elsewhere in this policy do not apply to Earthquake or  Volcanic Eruption losses. This provision supersedes any contradictory provisions in Ordinance or Law   Coverage.

**CHANGES**

The following changes are made to Earthquake and Volcanic Eruption Endorsement (Sub-Limit Form)

**Paragraph G. Property Damage Deductible**

o   Paragraph G.2.a.(4) is deleted.

o   Paragraph G.2.b.(1) is replaced with the following:

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount

**EQDEC**                                                                                                     **12 17**

Includes copyrighted material of Insurance Services Office, Inc., with its permission

equal to the percentage or dollar amount  (as shown in the **Separate Limits Schedule**) of the limit of insurance on  the property that has sustained loss or damage.

- ○ Paragraphs G.2.b.(2), G.2.c., G.2.d. are deleted.

**Paragraph H**
- Paragraph H. is deleted.

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL PROPERTY
CP 10 45 08 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EARTHQUAKE AND VOLCANIC ERUPTION ENDORSEMENT
## (SUB-LIMIT FORM)

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** This endorsement applies to the Covered Property and Coverages for which an Earthquake - Volcanic Eruption Limit of Insurance is shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations.

**C. Additional Covered Causes Of Loss**

1. The following are added to the Covered Causes of Loss:

   **a.** Earthquake.

   **b.** Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

   All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

2. If the Earthquake - Volcanic Eruption Coverage Schedule or the Declarations indicate that this endorsement covers Earthquake-Sprinkler Leakage Only, then the Covered Causes of Loss in Paragraph **C.1.** of this endorsement do not apply, and the following apply instead:

   **a.** Sprinkler Leakage resulting from Earthquake.

   **b.** Sprinkler Leakage resulting from Volcanic Eruption. Volcanic Eruption means the eruption, explosion or effusion of a volcano.

All Earthquake shocks or Volcanic Eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**D. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes of Loss Form (and the Exclusions section of the Mortgageholders Errors and Omissions Coverage Form and the Standard Property Policy) apply to coverage provided under this endorsement, except as provided in **D.2.** and **D.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. The exclusion of collapse, in the Causes of Loss-Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to collapse caused by Earthquake or Volcanic Eruption.

4. The Additional Coverage - Collapse, in the Causes of Loss - Broad Form, Causes of Loss - Special Form and Mortgageholders Errors And Omissions Coverage Form, does not apply to the coverage provided under this endorsement. This endorsement includes coverage for collapse caused by Earthquake or Volcanic Eruption.

5. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

Copyright, Insurance Services Office, Inc., 1998

6. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

7. The Ordinance Or Law Exclusion in this Coverage Part continues to apply with respect to any loss under this Coverage Part including any loss under this endorsement, unless Ordinance Or Law Coverage is added by endorsement.

8. We will not pay for loss of or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Property Damage Deductible applicable to this endorsement.

   This limitation, **D.8.,** does not apply if:

   a. The Earthquake - Volcanic Eruption Coverage Schedule or the Declarations indicate that the "Including Masonry Veneer" option applies; or

   b. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco).

9. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

## E. No Coinsurance

The Coinsurance Condition in this policy, if any, does not apply to the coverage provided under this endorsement.

Various Coverage Extensions, in the Coverage Form to which this endorsement is attached, require coinsurance. The coinsurance requirement for such Coverage Extensions is eliminated with respect to coverage provided under this endorsement.

## F. Limit Of Insurance

### 1. General Information

The term Limit of Insurance means the Limit of Insurance applicable to Earthquake - Volcanic Eruption for the Covered Property or Coverage under which loss or damage is sustained.

The Earthquake - Volcanic Eruption Coverage Schedule or the Declarations provide information on the Limit of Insurance applicable to Covered Property and Coverages for Earthquake - Volcanic Eruption.

### 2. Annual Aggregate Limit

The Limit of Insurance for Earthquake - Volcanic Eruption is an annual aggregate limit and as such is the most we will pay for the total of all loss or damage that is caused by Earthquake or Volcanic Eruption in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one Earthquake or Volcanic Eruption during that period of time. Thus, if the first Earthquake or Volcanic Eruption does not exhaust the Limit of Insurance, then the balance of that Limit is available for a subsequent Earthquake(s) or Volcanic Eruption(s).

If a single Earthquake or Volcanic Eruption (as defined in Section **C.** of this endorsement) begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance applicable to the following annual policy period will **not** apply to such Earthquake or Volcanic Eruption.

### 3. Increased Annual Aggregate Limit Option

If the Earthquake - Volcanic Eruption Coverage Schedule or the Declarations indicate that the Increased Annual Aggregate Limit Option applies, then the following applies instead of Paragraph **F.2.** above:

The Limit of Insurance for Earthquake - Volcanic Eruption is the most we will pay in a single Earthquake or Volcanic Eruption (as defined in Section **C.** of this endorsement) for loss or damage caused by the Earthquake or Volcanic Eruption. If there is more than one Earthquake or Volcanic Eruption in a 12-month period (starting with the beginning of the present annual policy period), the most we will pay for the total of all loss or damage sustained during that period of time and caused by Earthquake or Volcanic Eruption is two times the Limit of Insurance.

If a single Earthquake or Volcanic Eruption (as defined in Section **C.** of this endorsement) begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance applicable to the following annual policy period will **not** apply to such Earthquake or Volcanic Eruption.

   Copyright, Insurance Services Office, Inc., 1998

**4. Additional Coverages And Coverage Extensions**

Amounts payable under an Additional Coverage or Coverage Extension, as set forth in the applicable Coverage Form, do not increase the Limit of Insurance for Earthquake - Volcanic Eruption.

**5. Limitation**

For property or coverage that is subject to a Blanket Limit on Earthquake - Volcanic Eruption (as shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations), we will not pay more than we would pay in the absence of such Blanket Limit. Therefore, the maximum amount payable for any such item of property or coverage is the Limit of Insurance or stated value (as shown in a Statement of Values on file with us) specific to that item of property or coverage for Covered Causes of Loss other than Earthquake - Volcanic Eruption.

**6. Ensuing Loss**

If a Cause of Loss (such as fire) is covered by means of an exception to the Earth Movement Exclusion, in the Causes of Loss Form, we will also pay for the loss or damage caused by that other Covered Cause of Loss. But the most we will pay, for the total of all loss or damage caused by the Earthquake, Volcanic Eruption and other Covered Cause of Loss, is the Limit of Insurance applicable to such other Covered Cause of Loss. We will **not** pay the sum of the two Limits.

**EXAMPLES - ENSUING LOSS**

Two examples follow, using these facts: The Commercial Property Coverage Part, in these examples, includes the Causes of Loss - Basic Form (which covers fire) and this Earthquake - Volcanic Eruption Endorsement. A building is damaged by Earthquake, and by Fire which is caused by the Earthquake. The value of the damaged building is $1,000,000. The Limit of Insurance applicable to the building, for the Basic Causes of Loss, is $800,000. The Limit of Insurance for Earthquake - Volcanic Eruption is $400,000. The Earthquake Deductible amount is $50,000.

**Example #1**

The damage due to Earthquake is $500,000.

The damage due to Fire is $500,000.

Payment for Earthquake damage is $400,000 ($500,000 damage minus $50,000 Earthquake deductible = $450,000; Limit is $400,000)

Payment for Fire damage is $400,000 ($500,000 damage capped at the difference between the Basic Limit and the Earthquake Limit)

Total Loss Payment is $800,000.

**Example #2**

The damage due to Earthquake is $800,000.

The damage due to Fire is $100,000.

Payment for Earthquake damage is $400,000 ($800,000 damage minus $50,000 Earthquake deductible = $750,000; Limit is $400,000)

Payment for Fire damage is $100,000 (amount of damage)

Total Loss Payment is $500,000.

**G. Property Damage Deductible**

1. The provisions of Section **G.2.** of this endorsement are applicable to all Coverage Forms except:

   **a.** Business Income (And Extra Expense) Coverage Form;

   **b.** Business Income (Without Extra Expense) Coverage Form;

   **c.** Extra Expense Coverage Form.

2. The Deductible, if any, in this Coverage Part is replaced by the following with respect to Earthquake and Volcanic Eruption:

   **a. All Policies**

   **(1)** The Deductible provisions apply to each Earthquake or Volcanic Eruption.

   **(2)** Separate Deductibles are calculated for, and apply to, each building, personal property at each building and personal property in the open. Deductibles are separately calculated and applied even if:

   **(a)** Two or more buildings sustain loss or damage;

   **(b)** Personal property at two or more buildings sustains loss or damage; and/or

   **(c)** A building and the personal property in that building sustain loss or damage.

   **(3)** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance.

   Copyright, Insurance Services Office, Inc., 1998

**(4)** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations for any described premises.

**(5)** If there is loss or damage caused by Earthquake or Volcanic Eruption, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**b.   Calculation Of The Deductible - Specific Insurance Other Than Builders Risk**

**(1)   Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2)   Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the latest value shown in the most recent Report of Values on file with us.

However:

**(a)** If the most recent Report of Values shows less than the full value of the property on the report dates, we will determine the deductible amount as a percentage of the full value as of the report dates.

**(b)** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the value shown in the most recent Statement of Values on file with us.

**c.   Calculation Of The Deductible - Blanket Insurance Other Than Builders Risk**

**(1)   Property Not Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is that shown in the most recent Statement of Values on file with us.

**(2)   Property Subject To Value Reporting Forms**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of that property as of the time of loss or damage.

**d.   Calculation Of The Deductible - Builders Risk Insurance**

**(1)   Builders Risk Other Than Reporting Form**

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to a percentage (as shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the actual cash value of that property as of the time of loss or damage.

**(2)   Builders Risk Reporting Form**

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage (as shown in the Earthquake - Volcanic Eruption Coverage Schedule or in the Declarations, concerning the Earthquake - Volcanic Eruption Deductible) of the value of the property that has sustained loss or damage. The value to be used is the actual cash value shown in the most recent Report of Values on file with us.

However:

**(a)**   If the most recent Report of Values shows less than the actual cash value of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value as of the report date.

**(b)**   If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value of the property as of the time of loss or damage.

**H.   Example - Application Of Deductible In G.2.b.(1) And G.2.c.(1) - For Specific Or Blanket Insurance Other Than Builders Risk (Not Subject To Value Reporting Forms)**

The values, as shown in the most recent Statement of Values on file with us, are:

Building #1 $500,000

Building #2 $500,000

Business Personal Property at Building #1 $250,000

Business Personal Property at Building #2 $250,000

For this example, assume that the amounts of loss do not exceed the applicable Limits of Insurance (for specific insurance). Also assume that the total amount of loss does not exceed the applicable blanket Limit of Insurance (for blanket insurance).

Building #1 and Business Personal Property at Building #1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Business Personal Property).

The Deductible is 10%.

Building

Step **(1):** $500,000 x 10%  =  $50,000

Step **(2):** $95,000 - $50,000  =  $45,000

Business Personal Property

Step **(1):** $250,000 x 10%  =  $25,000

The loss, $5,000, does not exceed the deductible.

The most we will pay is $45,000. The remainder of the building loss, $50,000, is not covered due to application of the Deductible. There is no loss payment for the business personal property.

**I.   Business Income And Extra Expense Period Of Restoration**

This Section, **I**, is applicable only to the Coverage Forms specified below:

**1.**   Business Income (And Extra Expense) Coverage Form;

**2.**   Business Income (Without Extra Expense) Coverage Form;

**3.**   Extra Expense Coverage Form.

The "period of restoration" definition stated in the Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each Earthquake or Volcanic Eruption. A single Earthquake or Volcanic Eruption is defined in Section **C.** of this endorsement.

Copyright, Insurance Services Office, Inc., 1998

**COMMERCIAL PROPERTY**
**CP 00 10 06 07**

# BUILDING AND PERSONAL PROPERTY
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property — Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

c. **Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

(1) The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of prepackaged software;

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(b) Vehicles or self-propelled machines, other than autos, you hold for sale;

(c) Rowboats or canoes out of water at the described premises; or

(d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

q. The following property while outside of buildings:

   (1) Grain, hay, straw or other crops;

   (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

3. **Covered Causes Of Loss**

   See applicable Causes Of Loss Form as shown in the Declarations.

4. **Additional Coverages**

   a. **Debris Removal**

   (1) Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) Debris Removal does not apply to costs to:

      (a) Extract "pollutants" from land or water; or

      (b) Remove, restore or replace polluted land or water.

   (3) Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

      (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

      (b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

      (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

      (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

      Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

   (5) **Examples**

      The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | |
|---|---|
| Limit of Insurance: | $   90,000 |
| Amount of Deductible: | $        500 |
| Amount of Loss: | $   50,000 |
| Amount of Loss Payable: | $   49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense: | $   10,000 |
| Debris Removal Expense Payable: | $   10,000 |

($10,000 is 20% of $50,000.)

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**EXAMPLE #2**

| | |
|---|---|
| Limit of Insurance: | $   90,000 |
| Amount of Deductible: | $        500 |
| Amount of Loss: | $   80,000 |
| Amount of Loss Payable: | $   79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense: | $   30,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $   10,500 |
| Additional Amount: | $   10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

   **b.  Preservation Of Property**

      If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

      **(1)**  While it is being moved or while temporarily stored at another location; and

      **(2)**  Only if the loss or damage occurs within 30 days after the property is first moved.

   **c.  Fire Department Service Charge**

      When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

      **(1)**  Assumed by contract or agreement prior to loss; or

      **(2)**  Required by local ordinance.

      No Deductible applies to this Additional Coverage.

   **d.  Pollutant Clean-up And Removal**

      We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

      This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

      The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

   **e.  Increased Cost Of Construction**

      **(1)**  This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

      **(2)**  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

      **(3)**  The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

  **(a)** You were required to comply with before the loss, even when the building was undamaged; and

  **(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

  **(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

  **(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

  **(a)** We will not pay for the Increased Cost of Construction:

    **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

    **(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

  **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

 © ISO Properties, Inc., 2007 □

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss — Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss — Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.** **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.** **Newly Acquired Or Constructed Property**

**(1)** **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2)** **Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

© ISO Properties, Inc., 2007

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss — Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss — Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

  **(a)** In or on a vehicle; or

  **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

  **(a)** The trailer is used in your business;

  **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

  **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

  **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

  **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

© ISO Properties, Inc., 2007

## D. Deductible

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

### EXAMPLE #1

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance – Building #1: | $ | 60,000 |
| Limit of Insurance – Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
−    250
$ 59,850 Loss Payable – Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

### EXAMPLE #2

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | | |
|---|---|---|
| Loss to Building #1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building #2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable – Building #1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable – Building #2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

© ISO Properties, Inc., 2007

h. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

5. **Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

   a. **Description Of Terms**

   (1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

      (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

      (b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

         (i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

         (ii) Used by the building owner to conduct customary operations.

   (2) Buildings under construction or renovation are not considered vacant.

   b. **Vacancy Provisions**

   If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

   (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

      (a) Vandalism;

      (b) Sprinkler leakage, unless you have protected the system against freezing;

      (c) Building glass breakage;

      (d) Water damage;

      (e) Theft; or

      (f) Attempted theft.

   (2) With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

   a. At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

   b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

## F. Additional Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 100,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

Step **(1):** $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

© ISO Properties, Inc., 2007

**EXAMPLE #2 (ADEQUATE INSURANCE)**

When:
| | | |
|---|---|---|
| The value of the property is: | $ | 250,000 |
| The Coinsurance percentage for it is: | | 80% |
| The Limit of Insurance for it is: | $ | 200,000 |
| The Deductible is: | $ | 250 |
| The amount of loss is: | $ | 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

When:
| | | |
|---|---|---|
| The value of the property is: | | |
| Building at Location #1: | $ | 75,000 |
| Building at Location #2: | $ | 100,000 |
| Personal Property at Location #2: | $ | 75,000 |
| | $ | 250,000 |
| The Coinsurance percentage for it is: | | 90% |
| The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ | 180,000 |
| The Deductible is: | $ | 1,000 |
| The amount of loss is: | | |
| Building at Location #2: | $ | 30,000 |
| Personal Property at Location #2: | $ | 20,000 |
| | $ | 50,000 |

Step **(1):** $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000

Step **(4):** $40,000 — $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**EXAMPLE**

| If: | | |
|---|---|---|
| The applicable Limit of Insurance is: | $ | 100,000 |
| The annual percentage increase is: | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | | 146 |
| The amount of increase is: $100,000 x .08 x 146 ÷ 365 = | $ | 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(4) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

© ISO Properties, Inc., 2007

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

 © ISO Properties, Inc., 2007

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.** This Coverage Part;

**2.** The Covered Property;

**3.** Your interest in the Covered Property; or

**4.** A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

**1.** There has been full compliance with all of the terms of this Coverage Part; and

**2.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

**1.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**2.** If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

**1.** We cover loss or damage commencing:

    **a.** During the policy period shown in the Declarations; and

    **b.** Within the coverage territory.

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

   Copyright, ISO Commercial Risk Services, Inc.,  1983, 1987   **CP 00 90 07 88**   ☐

COMMERCIAL PROPERTY
CP 01 09 10 00

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MASSACHUSETTS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** If loss or damage is caused by fire or lightning, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY OR UNOCCUPANCY**

If the building where loss or damage occurs, whether intended for occupancy by owner or tenant, has been vacant or unoccupied for more than:

**1.** 60 consecutive days for residential premises of 3 units or less; or

**2.** 30 consecutive days for all other premises;

immediately before that loss or damage, we will not pay for the loss or damage.

A building is vacant when it does not contain enough business personal property to conduct customary operations.

**C.** The **Mortgageholders** Additional Condition is replaced by the following:

We will pay for covered loss of or damage to real estate to each mortgageholder shown in the Declarations, or in an attached schedule, in the order of precedence, as interests may appear.

**D.** Paragraph **3.d.** of the **Replacement Cost** Optional Coverage is replaced by the following:

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced:

**(a)** On the described premises; or

**(b)** At some other location in the Commonwealth of Massachusetts; and

**(2)** Unless the repairs or replacement are made within a reasonable time, but no more than 2 years after the loss or damage.

With respect to tenants' improvements and betterments, if covered, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of the applicable Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**E.** The following provisions are added:

**1.** In spite of any provision of any general or special law:

**a.** We will not pay for loss or damage to real property caused by any Covered Cause of Loss if the amount of loss is $5,000 or more unless you first submit to us a certificate of municipal liens from the collector of taxes of the city or town where the property is located.

**b.** We will pay to the city or town any amount outstanding on the certificate of municipal liens arising from the provisions of Massachusetts General Law Chapters 40, 59, 60, 80, 83 and 164, Sections 58B through 58F.

The payment will not exceed the amount of loss payable under this Coverage Part.

We will send you and the mortgageholder proof of our payment to the city or town.

**c.** The claim of the city or town will have priority over the claim of any mortgageholder, assignee, you or any other interested party, except where otherwise provided by the laws of the United States.

**d.** We will not be liable to any city, town, mortgageholder, assignee, you or any other interested party for:

   **(1)** Amounts paid to a city or town; or

   **(2)** Amounts not paid to a city or town based upon a certificate showing that no municipal liens exist.

**e.** Paragraphs **1.a.**, **1.b.**, **1.c.**, and **1.d.** above will not apply to any owner-occupied one- to four-family dwelling if the owner of the dwelling lived there when the claim for loss or damage arose.

**2.** We will not pay any claim for:

**a.** Loss, damage or destruction of $1,000 or more to a building or structure; or

**b.** Loss, damage or destruction, of any amount, that causes a building or structure to become:

   **(1)** Dangerous to life or limb; or

   **(2)** Unused, uninhabited or abandoned and open to the weather;

   as provided under Massachusetts General Law, Section 6 of Chapter 143;

without giving at least 10 days' written notice before such payment to:

**c.** The Building Commissioner or the appointed Inspector of Buildings; and

**d.** The Board of Health or the Board of Selectmen of the city or town where the property is located.

**3.** If at any time before our payment, the city or town notifies us by certified mail of its intent to begin proceedings designed to perfect a lien under Massachusetts General Law:

**a.** Chapter 143, Section 3A or 9; or

**b.** Chapter 111, Section 127B;

we will not pay while the proceedings are pending. The proceedings must be started within 30 days after we receive the notice.

Any lien perfected under the Massachusetts General Laws referred to in **3.a.** and **3.b.** above will extend to the city or town and may be enforced by it against the proceeds of this policy.

**4.** We will not be liable to any city, town, mortgageholder, assignee, you or any other interested party for:

**a.** Amounts paid to a city or town; or

**b.** Amounts not paid to a city or town;

under Provisions **2.** and **3.** above.

**F.** The following condition is added and supersedes any provisions to the contrary:

**NONRENEWAL**

This provision applies to coverage on real property which is used predominantly for residential purposes and consists of not more than four dwelling units, and to coverage on personal property of a person residing in such real property:

**1.** Ordinarily we will renew this policy automatically and send you the renewal notice. Our notice will explain what you should do if you do not want to continue this policy.

**2.** We may elect not to renew this policy. We may do so by delivering to you or mailing to you at your last mailing address shown in the Declarations, written notice of nonrenewal, accompanied by the specific reasons for nonrenewal, at least 45 days before the expiration date of this policy. However, if your policy was executed on behalf of us, in whole or in part, by or on behalf of your insurance agent or our insurance broker, we will send such written notice only to the agent or broker. Every insurance agent or broker receiving this notice is required to, within 15 days of its receipt, send a copy to you unless the agent or broker has replaced the insurance.

 Copyright, Insurance Services Office, Inc., 1999 CP 01 09 10 00   □

**G.** The following is added:

## STANDARD FIRE POLICY PROVISIONS

Your policy contains Legal Action Against Us, Appraisal and Cancellation Provisions. Massachusetts law requires that the Suit, Appraisal and Cancellation Provisions of the Massachusetts Standard Fire Policy supersede any similar provisions contained in your policy. Therefore, all Legal Action Against Us, Appraisal and Cancellation Provisions contained in your policy are void. The Suit, Appraisal and Cancellation Provisions of the Massachusetts Standard Fire Policy shall apply instead.

In consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations, this company, for the term of years specified in the Declarations from inception date (At 12:01 A.M. Standard Time) to expiration date (At 12:01 A.M. Standard Time) at location of property involved, to an amount not exceeding the amount(s) specified in the Declarations, does insure the Insured named in the Declarations and legal representatives, to the extent of the actual cash value of the property at the time of loss, but in no event for more than the interest of the insured, against all Loss By Fire, Lightning And By Removal From Premises Endangered By The Perils Insured Against In This Policy, Except As Hereinafter Provided, to the property described in the Declarations while located or contained as described in this policy or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of this Company.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

| | |
|---|---|
| **Concealment Fraud** | This entire policy shall be void if, whether before or after a loss, the insured has willfully concealed or misrepresented any material fact or circumstance concerning this insurance or the subject thereof, or the interest of the insured therein, or in case of any fraud or false swearing by the insured relating thereto. |
| **Uninsurable And Excepted Property** | This policy shall not cover accounts, bills, currency, deeds, evidences of debt, money or securities; nor, unless specifically named hereon in writing, bullion or manuscripts. |
| **Perils Not Included** | This Company shall not be liable for loss by fire or other perils insured against in this policy caused, directly or indirectly, by **(a)** enemy attack by armed forces, including action taken by military, naval or air forces in resisting an actual or an immediately impending enemy attack; **(b)** invasion; **(c)** insurrection; **(d)** rebellion; **(e)** revolution; **(f)** civil war; **(g)** usurped power; **(h)** order of any civil authority except acts of destruction at the time of and for the purpose of preventing the spread of fire, provided that such fire did not originate from any of the perils excluded by this policy; **(i)** neglect of the insured to use all reasonable means to save and preserve the property at and after a loss, or when the property is endangered by fire in the neighboring premises; **(j)** nor shall this company be liable for loss by theft. |
| **Other Insurance** | Other insurance may be prohibited or the amount of insurance may be limited by endorsement attached hereto. |

**Conditions Suspending Or Restricting Insurance**

Unless otherwise provided in writing added hereto this company shall not be liable for loss occurring **(a)** while the hazard is increased by any means within the control or knowledge of the insured; or **(b)** while the described premises, whether intended for occupancy by owner or tenant, are vacant or unoccupied beyond a period of sixty consecutive days, for residential premises of three units or less and thirty (30) consecutive days for all other premises, or **(c)** as a result of explosion or riot, unless fire ensue, and in that event for loss by fire only.

**Other Perils Or Subjects**

Any other peril to be insured against or subject of insurance to be covered in this policy shall be by endorsement in writing hereon or added hereto.

**Added Provisions**

The extent of the application of insurance under this policy and of the contribution to be made by this company in case of loss, and any other provision or agreement not inconsistent with the provisions of this policy, may be provided for in writing added hereto, but no provision may be waived except such as by the terms of this policy is subject to change.

**Waiver Provisions**

No permission affecting this insurance shall exist, or waiver of any provision be valid, unless granted herein or expressed in writing added hereto. No provision, stipulation or forfeiture shall be held to be waived by any requirement or proceeding on the part of this company relating to appraisal or to any examination provided for herein.

**Cancellation Of Policy**

This policy shall be cancelled at any time at the request of the insured, in which case this company shall, upon demand and surrender of this policy, refund the excess of paid premium above the customary short rates for the expired time. This policy may be cancelled at any time by this company by giving to the insured a five days written notice of cancellation, and to the mortgagee to whom this policy is payable twenty days written notice of cancellation except where the stated reason for cancellation is nonpayment of premium where, in such instance, this policy may be cancelled at any time by this company by giving to the insured a ten days written notice of cancellation, and the mortgagee a twenty days written notice of cancellation, with or without tender of the excess paid premium above the pro rata premium for the expired time, which excess, if not tendered, shall be refunded on demand. Notice of cancellation shall state that said excess premium (if not tendered) will be refunded on demand and shall state or be accompanied by a statement of the specific reason or reasons for such cancellation. After this policy has been in effect for sixty days, or after sixty days from any anniversary date, no notice of cancellation shall be effective unless it is based on the occurrence, after the effective date of the policy, of one or more of the following: **(1)** nonpayment of premium; **(2)** conviction of a crime arising out of acts increasing the hazard insured against; **(3)** discovery of fraud or material misrepresentation by the insured in obtaining the policy; **(4)** discovery of willful or reckless acts or omissions by the insured increasing the hazard insured against; **(5)** physical changes in the property insured which result in the property becoming uninsurable; or **(6)** a determination by the commissioner that continuation of the policy would violate or place the insurer in violation of the law. Where the stated reason is nonpayment of premium, the insured may continue the coverage and avoid the effect of the cancellation by payment at any time prior to the effective date of cancellation.

**Mortgagee Interests And Obligations** Notwithstanding any other provisions of this policy, if this policy shall be made payable to a mortgagee of the covered real estate, no act or default of any person other than such mortgagee or his agent or those claiming under him, whether the same occurs before or during the term of this policy, shall render this policy void as to such mortgagee nor affect such mortgagee's right to recover in case of loss on such real estate; provided, that the mortgagee shall on demand pay according to the established scale of rate for any increase of risk not paid for by the insured; and whenever this company shall be liable to a mortgagee for any sum for loss under this policy for which no liability exists as to the mortgagor, or owner, and this company shall elect by itself, or with others, to pay the mortgagee the full amount secured by such mortgage, then the mortgagee shall assign and transfer to the company interested, upon such payment, the said mortgage together with the note and debt thereby secured.

**Pro Rata Liability** This company shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved.

**Requirements In Case Loss Occurs** The insured shall give immediate written notice to this company of any loss, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed and damaged property, showing in detail the quantity, description, actual cash value and amount of loss claimed; and the insured shall forthwith render to this company a signed, sworn statement in proof of loss which sets forth to the best knowledge and belief of the insured the following: the time and cause of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupancy, location, possession or exposures of said property, since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and detailed estimates for repair of the damage. The insured, as often as may be reasonably required, shall exhibit to any person designated by this company all that remains of any property herein described, and submit to examinations under oath by any person named by this company, and subscribe the same; and as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this company or its representative, and shall permit extracts and copies thereof to be made.

**When Loss Payable**   In case of any loss or damage, the company within thirty days after the insured shall have submitted a statement, as provided in the preceding clause, shall either pay the amount for which it shall be liable, which amount if not agreed upon shall be ascertained by award of referees as hereinafter provided, or replace the property with other of the same kind and goodness, or it may, within fifteen days after such statement is submitted, notify the insured of its intention to rebuild or repair the premises, or any portion thereof separately covered by this policy, and shall thereupon enter upon said premises and proceed to rebuild or repair the same with reasonable expedition. It is moreover understood that there can be no abandonment of the property described to the company, and that the company shall not in any case be liable for more than the sum insured, with interest thereon from the time when the loss shall become payable, as provided above. The company shall be liable for the payment of interest to the insured at a rate of one percent over the prime interest rate on the agreed figure commencing thirty days after the date an executed proof of loss for such figure is received by the company, said interest to continue so long as the claim remains unpaid.

**Appraisal**   In case of loss under this policy and a failure of the parties to agree as to the amount of loss, it is mutally agreed that the amount of such loss shall be referred to three disinterested men, the company and the insured each choosing one out of three persons to be named by the other, and the third being selected by the two so chosen, and the award in writing by a majority of the referees shall be conclusive and final upon the parties as to the amount of loss or damage, and such reference, unless waived by the parties, shall be a condition precedent to any right of action in law or equity to recover for such loss; but no person shall be chosen or act as a referee, against the objection of either party, who has acted in a like capacity within four months.

**Suit**   No suit or action against this company for the recovery of any claim by virtue of this policy shall be sustained in any court of law or equity in this commonwealth unless commenced within two years from the time the loss occurred; provided, however, that if, within said two years, in accordance with the provisions of the preceding paragraph, the amount of the loss shall have been referred to arbitration after failure of the parties to agree thereon, the limitation of time for bringing such suit or action shall in no event be less than ninety days after a valid award has been made upon such reference or after such reference or award has been expressly waived by the parties. If suit or action upon this policy is enjoined or abated, suit or action may be commenced at any time within one year after the dissolution of such injunction, or the abatement of such suit or action, to the same extent as would be possible if there was no limitation of time provided herein for the bringing of such suit or action.

**Subrogation**   This company may require from the insured an assignment of all right of recovery against any party for loss to the extent that payment therefor is made by this company.

Copyright, Insurance Services Office, Inc.,  1999

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RHODE ISLAND CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** The last sentence of the **Appraisal** Loss Condition does not apply.

**C.** The following is added to the **Appraisal** Loss Condition:

  **1.** You and we must notify the other of the appraiser selection within 20 days of the written demand for appraisal.

  **2.** If the appraisers do not agree on the selection of an umpire within 15 days, they must request selection of an umpire by a judge of a court having jurisdiction.

**D. Vacancy And Unoccupancy Loss Condition**

  **1.** For insurance provided under the Building And Personal Property Coverage Form, the Condominium Association Coverage Form, or the Condominium Commercial Unit-Owners Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

    **VACANCY AND UNOCCUPANCY**

    **a.** If the building where loss or damage occurs has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.

    **b.** If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

      **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

        **(a)** Vandalism;

        **(b)** Sprinkler leakage, unless you have protected the system against freezing;

        **(c)** Building glass breakage;

        **(d)** Water damage;

        **(e)** Theft; or

        **(f)** Attempted theft.

      **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%. However, we will not pay for any loss or damage caused by fire or lightning if the circumstances stated in **a.** above apply.

    **c.** With respect to Section **1.b.,** above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

    **d.** A building is vacant when it does not contain enough business personal property to conduct customary operations.

    **e.** Buildings under construction or renovation are not considered vacant.

 © ISO Properties, Inc.,  2003

**2.** For insurance provided under the Leasehold Interest Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

**a.** If the building where loss or damage occurs has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.

**b.** If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs, and:

**(1)** You have entered into an agreement to sublease the described premises as of the time of loss or damage, we will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%. However, we will not pay for any loss or damage caused by fire or lightning if the circumstances stated in **2.a.** above apply.

**(2)** You have not entered into an agreement to sublease the described premises as of the time of loss or damage, we will not pay for any loss of Covered Leasehold Interest.

**c.** With respect to Section **2.b.**, above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

**d.** A building is vacant when it does not contain enough business personal property to conduct customary operations.

**e.** Buildings under construction or renovation are not considered vacant.

**3.** For insurance provided under the Mortgageholders Errors And Omissions Coverage Form, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

**a.** If the building where loss or damage occurs, or out of which a claim or "suit" arises, has been vacant or unoccupied for more than 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, we will not pay for any loss or damage caused by fire or lightning.

**b.** If the building where loss or damage occurs, or out of which a claim or "suit" arises, has been vacant for more than 60 consecutive days before that loss or damage, or the event that gives rise to the claim or "suit", we will not pay for any loss or damage.

**c.** A building is vacant when it does not contain enough business personal property to conduct customary operations.

**4.** For insurance provided under the Standard Property Policy, the **Vacancy** Loss Condition is replaced by the following:

**VACANCY AND UNOCCUPANCY**

**a.** We will not pay for loss or damage if the building where loss or damage occurs has been "vacant" or "unoccupied" for more than:

**(1)** 30 consecutive days before the loss or damage occurs, if caused by Vandalism (if it is a Covered Cause of Loss);

**(2)** 30 consecutive days after a local building inspector issues an order stating that the building is in violation of the State Building Code, if the loss or damage is caused by fire or lightning; or

**(3)** 60 consecutive days before the loss or damage occurs, if caused by any other Covered Cause of Loss;

whether or not such vacancy or unoccupancy begins before the inception of this policy.

But with respect to **(1)** and **(3)** above, we will pay if the building is "unoccupied" due to circumstances that are usual or incidental to the described occupancy.

**b.** With respect to **a.(1)** and **a.(3)** above, this condition does not apply if the Vacancy Permit Endorsement is attached.

© ISO Properties, Inc., 2003

c. With respect to **a.(1)** and **a.(3)** above, when this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant.

d. Buildings under construction or renovation are not considered "vacant" or "unoccupied".

E. The following is added:

No provision, stipulation or forfeiture will be held to be waived by any requirement or proceeding on our part relating to appraisal or to any examination provided for in this policy.

F. The following is added when this Coverage Part applies to loss or damage to Buildings by fire or explosion, other than owner-occupied 1- to 4-family dwellings:

1. We will not pay for a loss that is more than $10,000 unless we receive from you a certificate issued by the taxing jurisdiction official that shows:

   a. That no lien exists for the benefit of the taxing jurisdiction; or

   b. The amount of any such lien that exists;

   against the building or structure.

   The $10,000 limit shown above may be adjusted yearly for inflation by the Insurance Department.

2. Under the following conditions, we will put our payment for loss or damage into an interest-bearing escrow account:

   a. The taxing jurisdiction official certifies that a lien exists. We will not put more than the amount of that lien into the account.

   b. You do not receive a certificate from the taxing jurisdiction official within 30 days after you file a statement of loss with us. In this case, we will put the entire loss payment into the account.

3. But, if you can prove to us that:

   a. You have requested the certificate by certified mail; and

   b. The taxing jurisdiction official has not provided it to you within 15 days after your request;

   we will make our payment directly to you as soon as possible.

4. Also, if the taxing authority certifies that it has received proof that you will repair or rebuild on the same premises where the loss or damage occurred, we can then pay you directly for the loss or damage.

G. The **Legal Action Against Us** Commercial Property Condition is replaced by the following:

**LEGAL ACTION AGAINST US**

1. No one may bring a legal action against us under this Coverage Part unless there has been full compliance with all of the terms of this Coverage Part.

2. Subject to Paragraph **1.** above, any action on this policy for the recovery of any claim for direct loss or damage by fire and lightning must be brought within 2 years after the date on which such direct loss or damage occurred.

H. The following is added to the **Mortgageholders** Condition and supercedes any provision to the contrary:

The Mortgagee shall not be entitled to payment of a claim under this policy for loss or damage to a covered building when such loss or damage is less than $3,500, and for which said Mortgagee is otherwise entitled to payment, unless no liability exists as to the mortgagor.

COMMERCIAL PROPERTY
CP 01 30 10 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# VIRGINIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. The cancellation will be effective even if we have not made or offered a refund. The following provisions govern calculation of return premium:

   **a.** We will compute return premium pro rata and round to the next higher whole dollar when this policy is cancelled:

   **(1)** At our request;

   **(2)** Because you no longer have a financial or insurable interest in the property or business operation that is the subject of insurance;

   **(3)** And rewritten by us or a member of our company group; or

   **(4)** After the first year, if it is a prepaid policy written for a term of more than one year.

   **b.** When this policy is cancelled at your request (except when Paragraph **a.(2)**, **a.(3)** or **a.(4)** applies), we will return 90% of the pro rata unearned premium, rounded to the next higher whole dollar.

   However, when such cancellation takes place during the first year of a multiyear prepaid policy, we will return the full annual premium for the subsequent years. In addition, earned premium will not be less than our policywriting minimum premium.

**B.** The **Appraisal** Loss Condition is replaced by the following:

**Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. You and we must notify the other of the appraiser selected within 20 days of the written demand for appraisal. The two appraisers will select an umpire. If the appraisers do not agree on the selection of an umpire within 15 days, the insured or the insurer may apply in writing, for the appointment of an umpire, to the judge of the circuit court of the county or city in which the damaged or destroyed property was located at the time of loss. The appraisers will state separately the value of the property and amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss. Any outcome of the appraisal will be binding on both parties. Each party will:

**1.** Pay its own appraiser; and

**2.** Bear the other expenses of the appraisal and umpire equally.

However, if we make written demand for an appraisal of the loss, we will reimburse you for the reasonable cost of your chosen appraiser, and for your portion of the cost of the umpire.

  © Insurance Services Office, Inc., 2015

If there is an appraisal, we will still retain our right to deny the claim.

**C.** Paragraph **a.(1)** of the **Duties In The Event Of Loss Or Damage** Loss Condition does not apply.

**D.** When insurance is provided under the:

Legal Liability Coverage Form or Mortgageholders Errors And Omissions Coverage Form

The following is added and supersedes any other provisions to the contrary:

If we elect to cancel or not renew this policy, then:

**1.** We will mail or deliver a written notice of such action to the first Named Insured shown in the Declarations stating the reason, at least:

   **a.** 15 days before the effective date of cancellation or the expiration date of this policy for nonpayment of premium; or

   **b.** 45 days before the effective date of cancellation or the expiration date of this policy for any other reason.

**2.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, it will be sent in accordance with Virginia Law; proof of mailing will be sufficient proof of notice.

**E.** For insurance provided under the Commercial Property Coverage Part, if the Replacement Cost Optional Coverage is shown in the Commercial Property Coverage Part Declarations, the following provision applies and supersedes any provision to the contrary:

You may make an initial claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Replacement Cost Optional Coverage provides if you notify us of your intent to do so within six months of the later of the following dates:

**1.** The last date on which you received a payment for actual cash value; or

**2.** The date of entry of a final order of a court of competent jurisdiction declaring your right to full replacement cost.

**F.** The **Fire Department Service Charge** Additional Coverage is replaced by the following:

**Fire Department Service Charge**

**1.** When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations, unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

   **a.** Assumed by contract or agreement prior to loss; or

   **b.** Required by local ordinance.

**2.** If the fire department service charge is not covered under the terms of Paragraph **1.**, then the following applies:

When a volunteer fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay the amount billed to you, up to $250, unless a higher limit is shown in the Declarations for volunteer fire department service charges.

This Additional Coverage applies to your liability for service charges billed to you by a volunteer fire department, provided that:

   **a.** The volunteer fire department is not fully funded by real estate taxes or other property taxes; and

   **b.** The service charge is not made in response to a call outside of the volunteer fire department's fire protection district, city or municipality pursuant to a contract.

No Deductible applies to this Additional Coverage.

© Insurance Services Office, Inc., 2015

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-1,P-9 |
| 2 | 1 | P-1,P-9 |
| 3 | 1 | P-1,P-9 |

| **Describe any "P-9":** |
|---|
| UL300 COMPLIANT FIRE SUPPRESSION SYSTEM |
| |

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 4 | 1 | P-1,P-9 |
| 5 | 1 | P-1,P-9 |
| 6 | 1 | P-1,P-9 |

**Describe any "P-9":**

UL300 COMPLIANT FIRE SUPPRESSION SYSTEM

* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"**P-1**" **Automatic Sprinkler System,** including related supervisory services.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 7 | 1 | P-1,P-9 |
| 8 | 1 | P-1,P-9 |
| 9 | 1 | P-1,P-9 |

| **Describe any "P-9":** |
|---|
| UL300 COMPLIANT FIRE SUPPRESSION SYSTEM |
| |

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1" Automatic Sprinkler System, including related supervisory services.

© Insurance Services Office, Inc., 2016

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 10 | 1 | P-1, P-9 |
| 11 | 1 | P-1, P-9 |
| 12 | 1 | P-1, P-9 |
| **Describe any "P-9":** | | |
| UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 13 | 1 | P-1,P-9 |
| 14 | 1 | P-1,P-9 |
| 15 | 1 | P-1,P-9 |
| **Describe any "P-9":** | | |
| UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1" Automatic Sprinkler System,** including related supervisory services.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 16 | 1 | P-1,P-9 |
| 17 | 1 | P-1,P-9 |
| 18 | 1 | P-1,P-9 |
| **Describe any "P-9":** | | |
| UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |
| | | |

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

 **"P-1" Automatic Sprinkler System,** including related supervisory services.

© Insurance Services Office, Inc., 2016

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 19 | 1 | P-1,P-9 |
| 20 | 1 | P-1,P-9 |
| 21 | 1 | P-1,P-9 |
| **Describe any "P-9":** | | |
| UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

 **"P-1" Automatic Sprinkler System,** including related supervisory services.

    © Insurance Services Office, Inc., 2016       □

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 22 | 1 | P-1,P-9 |
| 23 | 1 | P-1,P-9 |
| 24 | 1 | P-1,P-9 |

**Describe any "P-9":**

UL300 COMPLIANT FIRE SUPPRESSION SYSTEM

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"P-1" Automatic Sprinkler System, including related supervisory services.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 25 | 1 | P-1,P-9 |
| 26 | 1 | P-1,P-9 |
| 27 | 1 | P-1,P-9 |

**Describe any "P-9":**

UL300 COMPLIANT FIRE SUPPRESSION SYSTEM

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

**"P-1"** **Automatic Sprinkler System,** including related supervisory services.

© Insurance Services Office, Inc., 2016

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|:---:|:---:|:---:|
| 28 | 1 | P-1,P-9 |
| 29 | 1 | P-1,P-9 |
| 30 | 1 | P-1,P-9 |

**Describe any "P-9":**

UL300 COMPLIANT FIRE SUPPRESSION SYSTEM

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"**P-1**" **Automatic Sprinkler System,** including related supervisory services.

© Insurance Services Office, Inc., 2016

**CP 04 11 09 17**   □

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 11 09 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**SCHEDULE\***

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 31 | 1 | P-1,P-9 |
| 32 | 1 | P-1,P-9 |
|  |  |  |
| **Describe any "P-9":** | | |
| UL300 COMPLIANT FIRE SUPPRESSION SYSTEM | | |

\* Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property Conditions:

**Protective Safeguards**

As a condition of this insurance, you are required to:

**1.** Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

**2.** Actively engage and maintain in the "on" position at all times any automatic fire alarm or other automatic system listed in the Schedule; and

**3.** Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to the Exclusions section of:

Causes Of Loss – Basic Form

Causes Of Loss – Broad Form

Causes Of Loss – Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the following symbols:

"**P-1**" **Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

**a.** Any automatic fire protective or extinguishing system, including connected:

**(1)** Sprinklers and discharge nozzles;

**(2)** Ducts, pipes, valves and fittings;

**(3)** Tanks, their component parts and supports; and

**(4)** Pumps and private fire protection mains.

**b.** When supplied from an automatic fire protective system:

**(1)** Non-automatic fire protective systems; and

**(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

© Insurance Services Office, Inc., 2016

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
CP 04 40 06 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 011 | 011 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 025 | 025 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 032 | 032 | $25,000 |

| **Description Of Property:** | | |
|---|---|---|
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| **Causes Of Loss** | | |
|---|---|---|
| **Breakdown Or Contamination:** X | | |
| **Power Outage:** | X | |

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 001 | 001 | $25,000 |

| **Description Of Property:** | | |
|---|---|---|
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| **Causes Of Loss** | | |
|---|---|---|
| **Breakdown Or Contamination:** X | | |
| **Power Outage:** | X | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Page 2 of 18**      © ISO Properties, Inc., 2006      **CP 04 40 06 07**

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 002 | 002 | $25,000 |

| | | | |
|---|---|---|---|
| **Description Of Property:** | | | |
| **Deductible:** | $500 | | |
| **Refrigeration Maintenance Agreement:** | X | | |
| **Selling Price:** | X | | |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 003 | 003 | $25,000 |

| | | | |
|---|---|---|---|
| **Description Of Property:** | | | |
| **Deductible:** | $500 | | |
| **Refrigeration Maintenance Agreement:** | X | | |
| **Selling Price:** | X | | |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2006

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 004 | 004 | $25,000 |

**Description Of Property:**

**Deductible:** $500

**Refrigeration Maintenance Agreement:** X

**Selling Price:** X

| Causes Of Loss |
|:---:|

**Breakdown Or Contamination:** X

**Power Outage:** X

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 005 | 005 | $25,000 |

**Description Of Property:**

**Deductible:** $500

**Refrigeration Maintenance Agreement:** X

**Selling Price:** X

| Causes Of Loss |
|:---:|

**Breakdown Or Contamination:** X

**Power Outage:** X

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2006

**CP 04 40 06 07**

POLICY NUMBER:  8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 006 | 006 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|:---:|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 007 | 007 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|:---:|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

POLICY NUMBER:  8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 008 | 008 | $25,000 |

**Description Of Property:**

**Deductible:**              $500

**Refrigeration Maintenance**   X
**Agreement:**

**Selling Price:**           X

| Causes Of Loss |
|:---:|

**Breakdown Or Contamination:** X

**Power Outage:**            X

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 009 | 009 | $25,000 |

**Description Of Property:**

**Deductible:**              $500

**Refrigeration Maintenance**   X
**Agreement:**

**Selling Price:**           X

| Causes Of Loss |
|:---:|

**Breakdown Or Contamination:** X

**Power Outage:**            X

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

POLICY NUMBER: 8120T24753                                        **COMMERCIAL PROPERTY**
                                                                       **CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 012 | 012 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|
| **Breakdown Or Contamination:** X |
| **Power Outage:**            X |

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 013 | 013 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|
| **Breakdown Or Contamination:** X |
| **Power Outage:**            X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 015 | 015 | $25,000 |

| | | |
|---|---|---|
| **Description Of Property:** | | |
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| **Causes Of Loss** |
|:---:|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 016 | 016 | $25,000 |

| | | |
|---|---|---|
| **Description Of Property:** | | |
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| **Causes Of Loss** |
|:---:|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2006

**CP 04 40 06 07**

POLICY NUMBER:  8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 018 | 018 | $25,000 |

**Description Of Property:**

**Deductible:**  $500

**Refrigeration Maintenance Agreement:**  X

**Selling Price:**  X

| Causes Of Loss |
|---|

**Breakdown Or Contamination:** X

**Power Outage:**  X

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 020 | 020 | $25,000 |

**Description Of Property:**

**Deductible:**  $500

**Refrigeration Maintenance Agreement:**  X

**Selling Price:**  X

| Causes Of Loss |
|---|

**Breakdown Or Contamination:** X

**Power Outage:**  X

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 021 | 021 | $25,000 |

| | | |
|---|---|---|
| **Description Of Property:** | | |
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| Causes Of Loss |
|:---:|

| | |
|---|---|
| **Breakdown Or Contamination:** X | |
| **Power Outage:** | X |

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 022 | 022 | $25,000 |

| | | |
|---|---|---|
| **Description Of Property:** | | |
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| Causes Of Loss |
|:---:|

| | |
|---|---|
| **Breakdown Or Contamination:** X | |
| **Power Outage:** | X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2006

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 023 | 023 | $25,000 |

| | | |
|---|---|---|
| **Description Of Property:** | | |
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| Causes Of Loss | | |
|:---:|---|---|
| **Breakdown Or Contamination:** X | | |
| **Power Outage:** | X | |

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 024 | 024 | $25,000 |

| | | |
|---|---|---|
| **Description Of Property:** | | |
| **Deductible:** | $500 | |
| **Refrigeration Maintenance Agreement:** | X | |
| **Selling Price:** | X | |

| Causes Of Loss | | |
|:---:|---|---|
| **Breakdown Or Contamination:** X | | |
| **Power Outage:** | X | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 026 | 026 | $25,000 |

**Description Of Property:**

| | |
|---|---|
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

**Breakdown Or Contamination:** X

**Power Outage:** X

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 027 | 027 | $25,000 |

**Description Of Property:**

| | |
|---|---|
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

**Breakdown Or Contamination:** X

**Power Outage:** X

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2006

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 028 | 028 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 029 | 029 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

 © ISO Properties, Inc., 2006

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 031 | 031 | $25,000 |

**Description Of Property:**

**Deductible:** $500

**Refrigeration Maintenance Agreement:** X

**Selling Price:** X

| Causes Of Loss |
|---|

**Breakdown Or Contamination:** X

**Power Outage:** X

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 014 | 014 | $25,000 |

**Description Of Property:**

**Deductible:** $500

**Refrigeration Maintenance Agreement:** X

**Selling Price:** X

| Causes Of Loss |
|---|

**Breakdown Or Contamination:** X

**Power Outage:** X

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2006

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 017 | 017 | $25,000 |

**Description Of Property:**

**Deductible:**    $500

**Refrigeration Maintenance Agreement:**    X

**Selling Price:**    X

| Causes Of Loss |
|:---:|

**Breakdown Or Contamination:** X

**Power Outage:**

| Premises Number | Building Number | Limit Of Insurance |
|:---:|:---:|:---:|
| 019 | 019 | $25,000 |

**Description Of Property:**

**Deductible:**    $500

**Refrigeration Maintenance Agreement:**    X

**Selling Price:**    X

| Causes Of Loss |
|:---:|

**Breakdown Or Contamination:** X

**Power Outage:**    X

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

POLICY NUMBER: 8120T24753

**COMMERCIAL PROPERTY**
**CP 04 40 06 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SPOILAGE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 030 | 030 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | |

| Premises Number | Building Number | Limit Of Insurance |
|---|---|---|
| 010 | 010 | $25,000 |

| | |
|---|---|
| **Description Of Property:** | |
| **Deductible:** | $500 |
| **Refrigeration Maintenance Agreement:** | X |
| **Selling Price:** | X |

| Causes Of Loss |
|---|

| | |
|---|---|
| **Breakdown Or Contamination:** | X |
| **Power Outage:** | X |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

© ISO Properties, Inc., 2006

**CP 04 40 06 07**

The Coverage Form to which this endorsement applies is extended to insure against direct physical loss or damage by the Covered Causes of Loss, but only with respect to coverage provided by this endorsement.

**A.** Paragraph **A.1., Covered Property,** is replaced by the following:

**1. Covered Property**

Covered Property means "perishable stock" at the described premises owned by you or by others that is in your care, custody or control.

**B.** With respect to the coverage provided by this endorsement, property located on buildings or in the open or in vehicles is considered to be Property Not Covered.

**C.** Paragraph **A.3., Covered Causes Of Loss,** is replaced by the following:

**3. Covered Causes Of Loss**

Covered Causes of Loss means the following only if indicated by an "X" in the Schedule:

**a.** Breakdown or Contamination, meaning:

**(1)** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such equipment or apparatus is at the described premises; and

**(2)** Contamination by the refrigerant.

**b.** Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**D. Selling Price**

If Selling Price is indicated by an "X" in the Schedule, the following is added to the **Valuation** Loss Condition:

We will determine the value of finished "perishable stock" in the event of loss or damage at:

**1.** The selling price, as if no loss or damage had occurred;

**2.** Less discounts and expenses you otherwise would have had.

**E.** Paragraph **A.5., Coverage Extensions,** does not apply.

**F.** Paragraph **B., Exclusions,** is replaced by the following:

**B. Exclusions**

**1.** Only the following Exclusions contained in Paragraph **B.1.** of the Causes of Loss Form applicable to this Coverage Part apply to Spoilage Coverage:

**a.** Earth Movement;

**b.** Governmental Action;

**c.** Nuclear Hazard;

**d.** War And Military Action; and

**e.** Water.

**2.** The following Exclusions are added:

We will not pay for loss or damage caused by or resulting from:

**a.** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

**b.** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

**c.** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

**(1)** Lack of fuel; or

**(2)** Governmental order.

**d.** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

**e.** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

**G.** Paragraph **D., Deductible,** is replaced by the following:

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance. No other deductible in this policy applies to the coverage provided by this endorsement.

**H.** Paragraph **F., Additional Conditions,** is replaced by the following:

**ADDITIONAL CONDITION**

The following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

**REFRIGERATION MAINTENANCE AGREEMENTS**

If Breakdown or Contamination is designated as a Covered Cause of Loss and a refrigeration maintenance agreement is shown as applicable by an "X" in the Schedule, the following condition applies:

You must maintain a refrigeration maintenance or service agreement. If you voluntarily terminate this agreement and do not notify us, the insurance provided by this endorsement will be automatically suspended at the involved location.

**I.** Paragraph **G., Optional Coverages,** does not apply.

**J.** The following is added to the **Definitions:**

"Perishable stock" means personal property:

**a.** Maintained under controlled conditions for its preservation; and

**b.** Susceptible to loss or damage if the controlled conditions change.

© ISO Properties, Inc., 2006

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.**, Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes Of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, Exclusions; or

2. Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (a) An ordinance or law that is enforced even if the property has not been damaged; or

   (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

© ISO Properties, Inc., 2007
□

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage — Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

© ISO Properties, Inc., 2007

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

    **(a)** Electrical current, including arcing;

    **(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

    **(c)** Pulse of electromagnetic energy; or

    **(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

    **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    **(3)** Smog;

    **(4)** Settling, cracking, shrinking or expansion;

    **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

    **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

    **(7)** The following causes of loss to personal property:

        **(a)** Dampness or dryness of atmosphere;

        **(b)** Changes in or extremes of temperature; or

        **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    **(1)** You do your best to maintain heat in the building or structure; or

    **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    **(1)** Acting alone or in collusion with others; or

    **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

 © ISO Properties, Inc., 2007 ☐

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage — Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

**(ii)** Breakage of building glass;

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.,** Ordinance Or Law;

**(b)** Paragraph **B.1.c.,** Governmental Action;

**(c)** Paragraph **B.1.d.,** Nuclear Hazard;

**(d)** Paragraph **B.1.e.,** Utility Services; and

**(e)** Paragraph **B.1.f.,** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

© ISO Properties, Inc., 2007

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

      © ISO Properties, Inc., 2007           □

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage — Collapse**

The coverage provided under this Additional Coverage — Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage — Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage — Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**(2)** The property is Covered Property under this Coverage Form.

**5.** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

**b.** The personal property which collapses is inside a building; and

**c.** The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage — Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage — Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage — Collapse as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage — Limited Coverage For 'Fungus', Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    **a.** A "specified cause of loss" other than fire or lightning; or

    **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage — Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

**1. Property In Transit**

This Extension applies only to your personal property to which this form applies.

a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b. Loss or damage must be caused by or result from one of the following causes of loss:

(1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

(2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3. Glass**

a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

© ISO Properties, Inc., 2007

**b.** Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

**COMMERCIAL PROPERTY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TENTATIVE RATE

The rates used in the development of the premium for the Commercial Property Coverage Part are tentative. We will adjust the premium effective from the inception date of this Coverage Part once the rates are promulgated. If this is a renewal of a policy previously issued by us, we will adjust the premium effective from the renewal date of this Coverage Part once the rates are promulgated.

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

**IN WITNESS WHEREOF**, we have caused this policy to be executed and attested and if required by state law, this policy shall not be valid unless countersigned by an authorized representative.

By:                                              By:

_____          _____
**Elizabeth Heck**                        **Thomas D. Hughes**

President and Chief Executive Officer                Corporate Secretary



***Corporate Headquarters***
*New York City*
**GNY Insurance Companies**
200 Madison Avenue
New York, NY 10016
212-683-9700

Email: information@gny.com

***After Hours Emergency Claim Phone Number:  855-276-1271***

***Connecticut***
**GNY Insurance Companies**
180 Glastonbury Blvd.
Glastonbury, CT 06033
860-652-7090

***Maryland***
**GNY Insurance Companies**
230 Schilling Circle, Suite 374
Hunt Valley, MD 21031
410-785-7172

***New Jersey and Pennsylvania***
**GNY Insurance Companies**
333 Thornall Street, 9th floor
Edison, NJ 08837
732-238-6300

***Midwest*** *(Illinois, Indiana, Ohio and Michigan)*
**GNY Insurance Companies**
200 Madison Avenue
New York, New York  10016
800-522-5504

***Massachusetts, Maine, New Hampshire and Rhode Island***
**GNY Insurance Companies**
400 Crown Colony Drive, Suite 604
Quincy, MA 02169-0930
617-847-5200

SIC PJ 01 17