UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEGAL SEA FOODS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STRATHMORE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case 1:20-cv-10850-NMG<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO DISMISS**
**PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Strathmore Insurance Company respectfully moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the First Amended Complaint (Doc. 14) ("Complaint") filed by Plaintiff Legal Sea Foods, LLC in the above-captioned action, in its entirety and with prejudice. The Complaint, which concerns the availability of insurance coverage for alleged business income losses arising out of the COVID-19 pandemic, purports to assert four causes of action: breach of contract under the subject insurance policy's business income and extra expense coverages (Count I); breach of contract under the policy's additional coverage for civil authority (Count II); violation of Mass. Gen. L. c. 93A (Count III); and declaratory judgment (Count IV). However, the Complaint does not allege sufficient facts to allow the Court to draw a reasonable inference that Plaintiff is plausibly entitled to relief under any such theory. The Complaint should, therefore, be dismissed under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. The specific grounds for dismissal are set forth in the Memorandum filed contemporaneously herewith.

WHEREFORE, Defendant Strathmore Insurance Company respectfully requests that the Court grant this Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and dismiss the Complaint in its entirety and with prejudice.

## **REQUEST FOR ORAL ARGUMENT**

Defendant Strathmore Insurance Company respectfully requests oral argument on the foregoing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

DEFENDANT STRATHMORE INSURANCE COMPANY,

By its attorneys,

/s/ *Jonathan E. Small*
Gregory P. Varga (BBO #629227)
Jonathan E. Small (BBO #672480)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
E-mail: gvarga@rc.com
E-mail: jsmall@rc.com

Julianna M. Charpentier (BBO #703286)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, MA  02108
Tel: (617) 557-5900
E-mail: jcharpentier@rc.com

Dated: June 19, 2020

- 3 -

## RULE 7.1(a)(2) CERTIFICATION

Defendant Strathmore Insurance Company's undersigned counsel certifies that the parties have conferred and attempted in good faith to resolve or narrow the issues raised in the foregoing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

/s/ *Jonathan E. Small*
Jonathan E. Small

## CERTIFICATE OF SERVICE

I, Jonathan E. Small, certify that a copy of the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those, if any, indicated as non-registered participants, on this 19th day of June, 2020.

/s/ *Jonathan E. Small*
Jonathan E. Small