UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEGAL SEA FOODS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>STRATHMORE INSURANCE COMPANY,<br><br>*Defendant*. | Civil Action No.: 1:20-CV-10850 |

**LEGAL SEA FOODS, LLC'S *ASSENTED-TO* MOTION FOR LEAVE TO FILE SUR-REPLY NOT TO EXCEED 7 PAGES IN SUPPORT OF ITS <u>OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

Now comes the Plaintiff, Legal Sea Foods, LLC ("Legal Sea Foods") and hereby respectfully moves this Court for leave to file a sur-reply in support of its Opposition to Defendant Strathmore Insurance Company's ("Strathmore") Motion to Dismiss.

In support, Legal Sea Foods states that Strathmore has assented to the filing of this motion, and further states as follows:

1. Legal Sea Foods filed its Complaint on May 4, 2020 (ECF No. 1) and First Amended Complaint on June 5, 2020 (ECF No. 14).

2. Strathmore filed its Motion to Dismiss on June 19, 2020 (ECF No. 16).

3. Legal Sea Foods filed its Opposition to the Motion to Dismiss on July 6, 2020 (ECF No. 19).

4. Strathmore requested leave to file a reply memorandum in support of its Motion to Dismiss on July 9, 2020 (ECF No. 20), which was allowed by this Court on July 10, 2020 (ECF No. 21). Strathmore then filed its Reply on July 20, 2020 (ECF No. 22).

2

5. Legal Sea Foods believes a sur-reply addressing certain of the legal arguments and authorities and factual allegations raised for the first time in Strathmore's Reply will materially aid the Court in its consideration of the Motion papers.

6. No hearing has been scheduled on the Motion to Dismiss, and the filing of a sur-reply not to exceed seven pages in length on or before July 27, 2020 (seven days after the filing of the Reply) will not unduly delay the resolution of the underlying motion or prejudice any party.

7. Legal Sea Foods certifies that if has conferred with Strathmore's counsel, and that Strathmore has no objection to the relief requested herein (see also ECF No. 20, ¶ 5).

WHEREFORE, Plaintiff Legal Sea Foods, LLC respectfully requests that this Court grant its motion to file a sur-reply on or before July 27, 2020, not to exceed seven pages, in support of its Opposition to Defendant Strathmore Insurance Company's Motion to Dismiss.

\*\*\*

Date:  July 21, 2020

Respectfully submitted,

PLAINTIFF LEGAL SEA FOODS, LLC

By and through its attorneys,

*/s/ Michael s. Levine*
Michael S. Levine (BBO # 633248)
  *mlevine@hunton.com*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037
Phone:  (202) 955-1857
Fax:  (202) 778-2201

Harry L. Manion, III (BBO # 317440)
  *hmanion@hunton.com*
Christopher M. Pardo (BBO # 674674)
  *cpardo@hunton.com*
Anna L. Rothschild (BBO # 703881)
  *arothschild@hunton.com*
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02116
Phone:  (617) 648-2700
Fax:  (617) 433-5022

 -and-

Rachel E. Hudgins (*pro hac vice*)
  *rhudgins@hunton.com*
HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree St. NE
Atlanta, GA 30308
Phone:  (404) 888-4000
Fax:  (404) 888-4190

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I, Michael S. Levine, hereby certify that I conferred with counsel for the Defendant Strathmore Insurance Company prior to the filing of this instant motion, and the Defendant assented to the relief requested herein.

*/s/ Michael S. Levine*
Michael S. Levine

**CERTIFICATE OF SERVICE**

I, Michael S. Levine, hereby certify that I served the foregoing on all counsel of record, through the Court's CM/ECF e-filing system on July 21, 2020.

*/s/ Michael S. Levine*
Michael S. Levine
