## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>Legal Sea Foods, LLC</u>
    Plaintiff

    V.

<u>Strathmore Insurance Company</u>
    Defendant

CIVIL ACTION

NO. 20-cv-10850 – NMG

## **<u>ORDER OF DISMISSAL</u>**

<u>Gorton, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>March 5, 2021</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                    By the Court,

<u>3/8/2021</u>                            <u>/s/ Leonardo T. Vieira</u>
Date                              Deputy Clerk