UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEGAL SEA FOODS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>STRATHMORE INSURANCE COMPANY,<br><br>    *Defendant*. | Civil Action No.: 1:20-CV-10850 |

## NOTICE OF APPEAL

Notice is hereby given that, in accordance with Federal Rule of Appellate Procedure 4, Plaintiff Legal Sea Foods, LLC, hereby appeals to the United States Court of Appeals for the First Circuit from the order entered in this action on March 8, 2021 (ECF 53) and from all prior orders of the court, including without limitation the Memorandum and Order entered on March 5, 2021 (ECF 52).

Date:  March 12, 2021

Respectfully submitted,

PLAINTIFF LEGAL SEA FOODS, LLC

By and through its attorneys,

<u>/s/ Christopher M. Pardo</u>
Harry L. Manion, III (BBO # 317440)
  hmanion@hunton.com
Christopher M. Pardo (BBO # 674674)
  cpardo@hunton.com
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
Phone:  (617) 648-2700
Fax:  (617) 433-5022

-and-

        Michael S. Levine (BBO # 633248)
         *mlevine@hunton.com*
        HUNTON ANDREWS KURTH LLP
        2200 Pennsylvania Ave. NW
        Washington, DC 20037
        Phone:  (202) 955-1857
        Fax:  (202) 778-2201

         -and-

        Rachel E. Hudgins (*pro hac vice*)
         *rhudgins@hunton.com*
        HUNTON ANDREWS KURTH LLP
        Bank of America Plaza, Suite 4100
        600 Peachtree St. NE
        Atlanta, GA 30308
        Phone:  (404) 888-4000
        Fax:  (404) 888-4190

## **CERTIFICATE OF SERVICE**

    I, Christopher M. Pardo, hereby certify that I served the foregoing on all counsel of record, through the Court's CM/ECF e-filing system on March 12, 2021.

        */s/ Christopher M. Pardo*
        Christopher M. Pardo