# United States Court of Appeals
## For the First Circuit

---

No. 21-1202

LEGAL SEA FOODS, LLC,

Plaintiff, Appellant,

v.

STRATHMORE INSURANCE CO.,

Defendant, Appellee.

---

**JUDGMENT**

Entered: June 3, 2022

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed. The parties shall bear their own costs.


By the Court:

Maria R. Hamilton, Clerk


cc:
Harry L. Manion III
Nicholas D. Stellakis
Christopher Michael Pardo
Michael S. Levine
Rachel E. Hudgins
Gregory P. Varga
Linda Louise Morkan
Jonathan Edward Small
John N. Ellison
William Gerald McElroy Jr.